IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

| | |
|---|---|
| NORTHERN STATES POWER COMPANY, a Wisconsin corporation,<br><br>Plaintiff,<br><br>v.<br><br>THE CITY OF ASHLAND, WISCONSIN; ASHLAND COUNTY, WISCONSIN; SOO LINE RAILROAD COMPANY; WISCONSIN CENTRAL, LTD.; and L.E. MYERS COMPANY,<br><br>Defendants. | Case No.   12-cv-602 |

**PLAINTIFF NORTHERN STATES POWER COMPANY'S OPPOSITION TO DEFENDANTS SOO LINE RAILROAD COMPANY AND WISCONSIN CENTRAL, LTD.'S MOTION TO DISMISS PLAINTIFF'S FIRST AMENDED COMPLAINT**

Plaintiff Northern States Power Company, a Wisconsin corporation ("NSPW"), by its undersigned counsel, hereby submits its opposition to Defendants Soo Line Railroad Company and Wisconsin Central, Ltd.'s (collectively, the "Railroads'") Motion to Dismiss the First Amended Complaint. As set forth in the Railroads' motion, NSPW recently filed its First Amended Complaint naming two additional defendants who – like the Railroads – are responsible for costs and damages at the Ashland Superfund Site. The legal claims and factual allegations against the Railroads, however, remain the same.

Accordingly, the Railroads have renewed their already fully-briefed motion against the initial complaint, relying upon their prior opening memorandum and reply [Dkt. ## 19, 25]. Likewise, NSPW hereby renews its Opposition and, in support, incorporates by reference its previously filed memorandum of law in opposition to the Railroads' prior motion as well as its memorandum of law in opposition to the City of Ashland's similar motion [Dkt. ## 23, 30]. For

this Court's convenience, NSPW attaches hereto its previous memoranda of law as Exhibits A and B, respectively. As explained fully therein, the Railroads' motion should be denied.

Dated: February 22, 2013                Respectfully submitted,

                                                  /s/ Margrethe Kearney
Mary Rose Alexander
Arthur Foerster
Margrethe Kearney
LATHAM & WATKINS LLP
233 South Wacker Drive, Suite 5800
Chicago, IL 60606
Telephone: (312) 876-7700
Facsimile: (312) 993-9767

Jon Furlow
David A. Crass
Albert Bianchi, Jr.
MICHAEL BEST & FRIEDRICH LLP
One South Pinckney Street, Suite 700
Madison, WI 53703
Telephone: (608) 257-3501
Facsimile: (608) 283-2275

*Attorneys for Plaintiff Northern States Power Company, a Wisconsin corporation*

## CERTIFICATE OF SERVICE

I hereby certify that on February 22, 2013, a true and correct copy of the foregoing PLAINTIFF NORTHERN STATES POWER COMPANY'S OPPOSITION TO DEFENDANTS SOO LINE RAILROAD COMPANY AND WISCONSIN CENTRAL, LTD.'S MOTION TO DISMISS PLAINTIFF'S FIRST AMENDED COMPLAINT was filed electronically via the Electronic Court Filing system, which will send notification of such filing to the following attorneys of record:

Ted Waskowski
Richard C. Yde
Barbara A. Neider
Margaret I. Hoefer
Strafford Rosenbaum LLP
222 West Washington Avenue, Suite 900
P.O. Box 1784
Madison, Wisconsin 53701

Gregory A. Fontaine
Wendy M. Carlisle
Andrew W. Davis
Nathan E. Endrud
Leonard, Street and Deinard
150 South Fifth Street, Suite 2300
Minneapolis, MN 55402

Robert M. Baratta, Jr.
David S. Becker
Freeborn & Peters LLP
311 South Wacker Drive, Suite 3000
Chicago, IL 60606

Richard J. Lewandowski
Whyte Hirschboeck Dudek
33 East Main Street, Suite 300
Madison, WI 53703

By: /s/ Margrethe Kearney
     Margrethe Kearney