IN THE UNITED STATES DISTRICT COURT

FOR THE WESTERN DISTRICT OF WISCONSIN

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

NORTHERN STATES POWER COMPANY,

                      Plaintiff,

     v.

THE CITY OF ASHLAND, WISCONSIN,
ASHLAND COUNTY, WISCONSIN,
SOO LINE RAILROAD COMPANY,
WISCONSIN CENTRAL, LTD., and
L.E. MYERS COMPANY,

                      Defendants.

ORDER

12-cv-602-bbc

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

    The order entered herein on April 1, 2013 is amended by adding to the Order section, the following provision:

    5. The motions to dismiss plaintiff's original complaint filed by defendants Wisconsin Central, Ltd. and Soo Line Railroad Company, dkt. #18, and by defendant The City of Ashland, dkt. #28, are DENIED as mooted by the filing of plaintiff's amended complaint, dkt. # 34.

1

In all other respects, the order remains as entered.

Entered this 5th day of April, 2013.

                                        BY THE COURT:
                                        /s/
                                        BARBARA B. CRABB
                                        District Judge