IN THE UNITED STATES DISTRICT COURT

FOR THE WESTERN DISTRICT OF WISCONSIN

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

| | |
|---|---|
| NORTHERN STATES POWER COMPANY, | |
| Plaintiff, | ORDER |
| | 12-cv-602-bbc |
| v. | |
| THE CITY OF ASHLAND, WISCONSIN, ASHLAND COUNTY, WISCONSIN, SOO LINE RAILROAD COMPANY, WISCONSIN CENTRAL, LTD., and L.E. MYERS COMPANY, | |
| Defendants. | |

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

A telephone status conference was held in this case on March 13, 2015, before District Judge Barbara B. Crabb. Plaintiff Northern States Power Company appeared by Jon Furlow, Mary Rose Alexander and Margrethe Krontoft Kearney. Defendant City of Ashland appeared by Barbara Neider and Ted Waskowski. Defendant L.E. Myers Company appeared by Christopher Hanewicz and Mark Schneider. Defendant Ashland County appeared by Thomas Heneghan and Philip Bower. Defendants Soo Line Railroad and Wisconsin Central, Ltd., did not participate in the call.

At the hearing counsel advised that the period for public comment on the proposed consent decree expired last week. The parties anticipate that the plaintiff and the defendant railroads will be filing a motion for entry of the settlement agreement within a week.

The court advised counsel that the court has set aside one week to try this case against the remaining defendants. Counsel should work together so as to be able to complete the trial within that period of time.

Entered this 13th day of March, 2015.

BY THE COURT:
/s/
BARBARA B. CRABB
District Judge