IN THE UNITED STATES DISTRICT COURT

FOR THE WESTERN DISTRICT OF WISCONSIN

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

NORTHERN STATES POWER COMPANY,

                Plaintiff,

v.

THE CITY OF ASHLAND, WISCONSIN,
ASHLAND COUNTY, WISCONSIN,
SOO LINE RAILROAD COMPANY,
WISCONSIN CENTRAL, LTD., and
L.E. MYERS COMPANY,

                Defendants.

ORDER

12-cv-602-bbc

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

A telephone status conference was held in this case on April 10, 2015, before District Judge Barbara B. Crabb. All parties appeared by counsel.

The purpose of the hearing was to discuss the allocation of trial hours in this case. The court advised counsel that it would be willing to extend the trial two more days, with trial being held the week of April 27, 2015 and on May 6-7. With the addition of two extra trials days, counsel advised that they have worked out an agreement on the allocation of trial hours as follows:

    Plaintiff: 24 hours

    Defendants City and County of Ashland: 22 hours (shared)

    Defendant L.E. Myers: 6 hours

Each side will also be permitted a short opening statement, not to exceed 20 minutes.

Entered this 10th day of April, 2015.

> BY THE COURT:
>
> /s/
>
> _____
> BARBARA B. CRABB
> District Judge