IN THE UNITED STATES DISTRICT COURT

FOR THE WESTERN DISTRICT OF WISCONSIN

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

NORTHERN STATES POWER COMPANY,

                     Plaintiff,

    v.

THE CITY OF ASHLAND, WISCONSIN;
ASHLAND COUNTY, WISCONSIN;
and L.E. MYERS COMPANY,

                     Defendants.

ORDER

12-cv-602-bbc

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

      Plaintiff Northern States Power Company has filed a motion in which it asks the court to exclude "156 documents—nearly 2,000 pages" that it says defendant City of Ashland produced on Sunday, April 19, 2015. Dkt. #492, at 1. Plaintiff does not otherwise identify the documents. Defendant City of Ashland says it produced the documents as part of its exchange of exhibit list materials and that the documents should not be excluded for various reasons. The court will take up plaintiff's objections to the documents as the need arises at trial. Accordingly, plaintiff's motion, dkt. #492, is DENIED without prejudice.

      Entered this 24th day of April, 2015.

                                BY THE COURT:
                                /s/

                                _____
                                BARBARA B. CRABB
                                District Judge