# Attachment A

# Summary of Invoices

Federal Rule of Evidence 1006 Summary Exhibit
NSPW Invoices and Proof of Payment

## Anchor QEA

| Vendor | Invoice Date | Invoice Number | Amount | Ex. No. | Beg Bates | End Bates | Pay Date | Pay Check # | Beg Bates | Annual Totals |
|---|---|---|---|---|---|---|---|---|---|---|
| Anchor QEA Invoice | 7/24/2013 | 34616 | $ 82,695.75 | | WNSP01200901 | WNSP01200907 | 10/23/2013 | #0000014668 | WNSP01243273 | |
| Anchor QEA Invoice | 8/27/2013 | 35013 | $ 86,656.31 | | WNSP01200908 | WNSP01200915 | 10/23/2013 | #0000014668 | WNSP01243273 | |
| Anchor QEA Invoice | 9/26/2013 | 35363 | $ 341,671.89 | | WNSP01200922 | WNSP01200943 | 11/20/2013 | #0000014915 | WNSP01243273 | |
| Anchor QEA Invoice | 10/10/2013 | 35437 | $ 74,937.17 | | WNSP01200916 | WNSP01200921 | 11/12/2013 | #0000014843 | WNSP01243273 | |
| Anchor QEA Invoice | 11/19/2013 | 35925 | $ 325,535.02 | | WNSP01201167 | WNSP01201177 | 12/24/2013 | #0000015180 | WNSP01243273 | |
| *2013 Total* | | | *$ 911,496.14* | | | | | | | *$ 911,496.14* |
| Anchor QEA Invoice | 12/12/2013 | 36193 | $ 411.75 | | WNSP01208162 | WNSP01208167 | 1/17/2014 | #0000015378 | WNSP01274420 | |
| Anchor QEA Invoice | 3/16/2014 | 37175 | $ 130,080.46 | | WNSP01208170 | WNSP01208177 | 4/11/2014 | #0000016005 | WNSP01274420 | |
| Anchor QEA Invoice | 4/24/2014 | 37619 | $ 159,029.70 | | WNSP01254459 | WNSP01254471 | 5/23/2014 | #0000016368 | WNSP01274420 | |
| Anchor QEA Invoice | 5/12/2014 | 37803 | $ 171,513.95 | | WNSP01254472 | WNSP01254490 | 6/11/2014 | #0000016506 | WNSP01274420 | |
| Anchor QEA Invoice | 6/25/2014 | 38375 | $ 230,598.27 | | WNSP01254491 | WNSP01254523 | 7/30/2014 | #0000016889 | WNSP01274420 | |
| Anchor QEA Invoice | 7/30/2014 | 38728 | $ 303,597.68 | | WNSP01254524 | WNSP01254548 | 9/3/2014 | #0000017220 | WNSP01274420 | |
| Anchor QEA Invoice | 8/20/2014 | 38856 | $ 262,182.15 | | WNSP01271382 | WNSP01271421 | 10/7/2014 | #0000017558 | WNSP01274420 | |
| *2014 Total* | | | *$ 1,257,413.96* | | | | | | | *$ 1,257,413.96* |

## Ashland Construction

| Vendor | Invoice Date | Invoice Number | Amount | | Beg Bates | End Bates | Pay Date | Pay Check # | Beg Bates | |
|---|---|---|---|---|---|---|---|---|---|---|
| Ashland Construction | 5/4/2011 | 16319 | $ 1,048.25 | | WNSP00606937 | WNSP00606938 | 6/24/2011 | #0001104159 | WNSP01073288 | |
| *2011 Total* | | | *$ 1,048.25* | | | | | | | *$ 1,048.25* |
| Ashland Construction | 10/16/2012 | 17444 | $ 900.00 | | WNSP00604728 | WNSP00604729 | 11/14/2012 | #0001116886 | WNSP01073289 | |
| *2012 Total* | | | *$ 900.00* | | | | | | | *$ 900.00* |
| Ashland Construction | 11/19/2013 | 18296 | $ 900.00 | | WNSP01201165 | WNSP01201166 | 12/18/2013 | #0001127005 | WNSP01243273 | |
| *2013 Total* | | | *$ 900.00* | | | | | | | *$ 900.00* |
| Ashland Construction | 7/14/2014 | 18669 | $ 800.00 | | WNSP01254549 | WNSP01254550 | 8/12/2014 | #0001133004 | WNSP01274420 | |
| Ashland Construction | 7/14/2014 | 18673 | $ 850.00 | | WNSP01254551 | WNSP01254553 | 8/12/2014 | #'0001133004 | WNSP01274420 | |
| Ashland Construction | 11/12/2014 | 19049 | $ 450.00 | | WNSP01272083 | WNSP01272084 | 12/11/2014 | #0001136002 | WNSP01274420 | |
| *2014 Total* | | | *$ 2,100.00* | | | | | | | *$ 2,100.00* |

## Braun Intertec

| Vendor | Invoice Date | Invoice Number | Amount | | Beg Bates | End Bates | Pay Date | Pay Check # | Beg Bates | |
|---|---|---|---|---|---|---|---|---|---|---|
| Braun Intertec | 9/17/2014 | B008833 | $ 36,959.95 | | WNSP01271451 | WNSP01271465 | 10/16/2014 | #0001134689 | WNSP01274420 | |
| Braun Intertec | 9/18/2014 | B008837 | $ 15,478.85 | | WNSP01271466 | WNSP01271472 | 12/9/2014 | #0001135939 | WNSP01274420 | |
| Braun Intertec | 10/20/2014 | B011950 | $ 4,942.50 | | WNSP01271422 | WNSP01271427 | 10/16/2014 | #0001134689 | WNSP01274420 | |
| Braun Intertec | 11/24/2014 | B016042 | $ 24,595.29 | | WNSP01271443 | WNSP01271450 | 12/23/2014 | #0001136277 | WNSP01274420 | |
| Braun Intertec | 11/27/2014 | B014891 | $ 22,149.63 | | WNSP01271428 | WNSP01271442 | 12/16/2014 | #0001136086 | WNSP01274420 | |
| *2014 Total* | | | *$ 104,126.22* | | | | | | | *$ 104,126.22* |

## Briggs & Morgan

| Vendor | Invoice Date | Invoice Number | Amount | | Beg Bates | End Bates | Pay Date | Pay Check # | Beg Bates | |
|---|---|---|---|---|---|---|---|---|---|---|
| Briggs & Morgan | 2/14/2014 | 1825911 (Request ID) | $ 1,691.75 | | WNSP01254554 | WNSP01254557 | 6/24/2014 | #0000016596 | WNSP01254837 | |
| *2014 Total* | | | *$ 1,691.75* | | | | | | | *$ 1,691.75* |

## Coast and Harbor

| Vendor | Invoice Date | Invoice Number | Amount | | Beg Bates | End Bates | Pay Date | Pay Check # | Beg Bates | |
|---|---|---|---|---|---|---|---|---|---|---|
| Coast and Harbor | 7/31/2011 | 4806 | $ 790.50 | | WNSP01200717 | WNSP01200719 | 11/29/2011 | #0001108082 | WNSP01073288 | |
| Coast and Harbor | 8/31/2011 | 4673 | $ 12,954.00 | | WNSP01200720 | WNSP01200722 | 11/29/2011 | #0001108082 | WNSP01073288 | |
| *2011 Total* | | | *$ 13,744.50* | | | | | | | *$ 13,744.50* |

| Vendor | Invoice Date | Invoice Number | Amount | | Beg Bates | End Bates | Pay Date | Pay Check # | Beg Bates | |
|---|---|---|---|---|---|---|---|---|---|---|
| Coast and Harbor | 9/30/2011 | 4697 | $ | 6,900.28 | WNSP01200825 | WNSP01200828 | 1/26/2012 | #0001109706 | WNSP01073289 | |
| Coast and Harbor | 10/31/2011 | 4751 | $ | 595.00 | WNSP01200840 | WNSP01200841 | 1/26/2012 | #0001109706 | WNSP01073289 | |
| Coast and Harbor | 6/12/2012 | 5234 | $ | 1,575.00 | WNSP01200885 | WNSP01200886 | 8/23/2012 | #0001114726 | WNSP01073289 | |
| Coast and Harbor | 11/30/2011 | 4824 | $ | 5,489.75 | WNSP01208259 | WNSP01208261 | 3/29/2012 | #0001111204 | WNSP01073289 | |
| Coast and Harbor | 12/31/2011 | 4871 | $ | 1,381.25 | WNSP01208262 | WNSP01208264 | 3/29/2012 | #0001111204 | WNSP01073289 | |
| Coast and Harbor | 1/31/2012 | 4940 | $ | 6,885.00 | WNSP01200871 | WNSP01200873 | 7/24/2012 | #0001113970 | WNSP01073289 | |
| Coast and Harbor | 2/29/2012 | 5003 | $ | 2,860.00 | WNSP01200874 | WNSP01200876 | 7/24/2012 | #0001113970 | WNSP01073289 | |
| Coast and Harbor | 3/31/2012 | 5052 | $ | 742.50 | WNSP01200877 | WNSP01200878 | 7/24/2012 | #0001113970 | WNSP01073289 | |
| Coast and Harbor | 4/30/2012 | 5126 | $ | 258.00 | WNSP01200879 | WNSP01200880 | 7/24/2012 | #0001113970 | WNSP01073289 | |
| **2012 Total** | | | **$** | **26,686.78** | | | | | **$** | **26,686.78** |
| **Coleman Engineering Company** | | | | | | | | | | |
| Vendor | Invoice Date | Invoice Number | Amount | | Beg Bates | End Bates | Pay Date | Pay Check # | Beg Bates | |
| Coleman Engineering Company Invoice | 8/29/2011 | 58638-7 | $ | 34,421.64 | WNSP00571507 WNSP01200643 | WNSP00571507 WNSP01200643 | 9/27/2011 | #0001106514 | WNSP01073288 | |
| Coleman Engineering Company Invoice | 8/29/2011 | 58638-7 | $ | 14,285.00 | WNSP01200596 WNSP01200645 | WNSP01200597 WNSP01200645 | 9/27/2011 | #0001106514 | WNSP01073288 | |
| Coleman Engineering Company Invoice | 9/26/2011 | 58638-8 | $ | 5,135.00 | WNSP01200684 WNSP01200692 | WNSP01200685 WNSP01200692 | 10/25/2011 | #0001107248 | WNSP01073288 | |
| Coleman Engineering Company Invoice | 9/26/2011 | 58638-8 | $ | 2,922.50 | WNSP01200684 WNSP01200694 | WNSP01200685 WNSP01200694 | 10/25/2011 | #0001107248 | WNSP01073288 | |
| **2011 Total** | | | **$** | **56,764.14** | | | | | **$** | **56,764.14** |
| Coleman Engineering Company Invoice | 10/22/2014 | 23743 | $ | 78.00 | WNSP01272085 | WNSP01272086 | 11/7/2014 | #0001135550 | WNSP01274420 | |
| **2014 Total** | | | **$** | **78.00** | | | | | **$** | **78.00** |
| **Columbia Analytical** | | | | | | | | | | |
| Vendor | Invoice Date | Invoice Number | Amount | | Beg Bates | End Bates | Pay Date | Pay Check # | Beg Bates | |
| Columbia Analytical | 4/7/2011 | 21-151852-0 | $ | 2,280.00 | WNSP01200723 | WNSP01200724 | 11/29/2011 | #0001108082 | WNSP01073288 | |
| **2011 Total** | | | **$** | **2,280.00** | | | | | **$** | **2,280.00** |
| **De Maximis Inc.** | | | | | | | | | | |
| Vendor | Invoice Date | Invoice Number | Amount | | Beg Bates | End Bates | Pay Date | Pay Check # | Beg Bates | |
| De Maximis Inc. | 9/12/2014 | 142129 | $ | 2,218.98 | WNSP01271515 | WNSP01271523 | 12/16/2014 | #0000018268 | WNSP01274420 | |
| De Maximis Inc. | 10/16/2014 | 142481 | $ | 13,658.67 | WNSP01271486 | WNSP01271501 | 12/16/2014 | #0000018268 | WNSP01274420 | |
| De Maximis Inc. | 11/14/2014 | 142632 | $ | 4,571.59 | WNSP01271502 | WNSP01271514 | 12/16/2014 | #0000018268 | WNSP01274420 | |
| **2014 Total** | | | **$** | **20,449.24** | | | | | **$** | **20,449.24** |
| **Fastenal** | | | | | | | | | | |
| Vendor | Invoice Date | Invoice Number | Amount | | Beg Bates | End Bates | Pay Date | Pay Check # | Beg Bates | |
| Fastenal | 6/28/2013 | WIASH42183 | $ | 719.81 | WNSP01200944 | WNSP01200945 | 8/8/2013 | #0000014110 | WNSP01243273 | |
| Fastenal | 7/2/2013 | WIASH42228 | $ | 970.82 | WNSP01200948 | WNSP01200949 | 8/30/2013 | #0000014275 | WNSP01243273 | |
| **2013 Total** | | | **$** | **1,690.63** | | | | | **$** | **1,690.63** |
| **Foth** | | | | | | | | | | |
| Vendor | Invoice Date | Invoice Number | Amount | | Beg Bates | End Bates | Pay Date | Pay Check # | Beg Bates | |

| Vendor | Invoice Date | Invoice Number | Amount | | Beg Bates | End Bates | Pay Date | Pay Check # | Beg Bates | |
|---|---|---|---|---|---|---|---|---|---|---|
| Foth | 9/28/2012 | 1487701 | $ | 249,618.94 | WNSP01083915 | WNSP01083927 | 11/9/2012 | #0000012207 | WNSP01073289 | |
| Foth | 10/19/2012 | 1487701-1 | $ | 109,716.05 | WNSP01083928 | WNSP01083941 | 11/16/2012 | #0000012254 | WNSP01073289 | |
| Foth | 11/19/2012 | 1487701-2 | $ | 250,919.55 | WNSP01083942 | WNSP01083959 | 12/27/2012 | #0000012536 | WNSP01073289 | |
| **2012 Total** | | | **$** | **610,254.54** | | | | | | **$ 610,254.54** |
| Foth | 12/20/2012 | 1487701-3 | $ | 254,786.96 | WNSP01083978 | WNSP01083996 | 2/4/2013 | #0000012814 | WNSP01243273 | |
| Foth | 1/25/2013 | 1487701-4 | $ | 209,789.85 | WNSP01083997 | WNSP01084015 | 3/15/2013 | #0000013090 | WNSP01243273 | |
| Foth | 2/28/2013 | 1487701-5 | $ | 11,636.00 | WNSP01084016 | WNSP01084028 | 4/25/2013 | #0000013336 | WNSP01243273 | |
| Foth | 10/16/2013 | 1487701-10 | $ | 554,311.68 | WNSP01200977 | WNSP01201003 | 11/12/2013 | #0000014846 | WNSP01243273 | |
| Foth | 10/21/2013 | 1487701-11 | $ | 1,105,191.25 | WNSP01201004 | WNSP01201040 | 11/12/2013 | #0000014846 | WNSP01243273 | |
| Foth | 12/6/2013 | 1487701-12 | $ | 770,061.78 | WNSP01201041 | WNSP01201051 | 1/3/2014 | #0000015271 | WNSP01243273 | |
| **2013 Total** | | | **$** | **2,905,777.52** | | | | | | **$ 2,905,777.52** |
| Foth | 1/11/2014 | 1487701-13 | $ | 394,494.91 | WNSP01208182 | WNSP01208222 | 2/12/2014 | #0000015574 | WNSP01274420 | |
| Foth | 2/24/2014 | 1487701-15 | $ | 118,162.88 | WNSP01208223 | WNSP01208251 | 4/4/2014 | #0000015957 | WNSP01274420 | |
| Foth | 3/21/2014 | 1487701-16 | $ | 153,585.14 | WNSP01254569 | WNSP01254612 | 5/5/2014 | #0000016226 | WNSP01274420 | |
| Foth | 4/30/2014 | 1487701-17 | $ | 1,948,050.41 | WNSP01254613 | WNSP01254650 | 6/10/2014 | #0000016504 | WNSP01274420 | |
| Foth | 5/30/2014 | 1487701-18 | $ | 1,117,768.62 | WNSP01254651 | WNSP01254664 | 6/27/2014 | #0000016631 | WNSP01274420 | |
| Foth | 6/25/2014 | 1487701-19 | $ | 3,685,472.66 | WNSP01254665 | WNSP01254689 | 7/25/2014 | #0000016855 | WNSP01274420 | |
| Foth | 7/31/2014 | 1487701-20 | $ | 1,852,126.85 | WNSP01254690 | WNSP01254707 | 8/29/2014 | #0000017193 | WNSP01274420 | |
| Foth | 8/25/2014 | 1487701-21 | $ | 2,668,137.45 | WNSP01254814 | WNSP01254829 | 9/24/2014 | #0000017431 | WNSP01274420 | |
| Foth | 9/30/2014 | 1487701-22 | $ | 2,867,046.51 | WNSP01271584 | WNSP01271601 | 10/30/2014 | #0000017778 | WNSP01274420 | |
| Foth | 10/24/2014 | 1487701-23 | $ | 1,456,384.85 | WNSP01271524 | WNSP01271539 | 11/21/2014 | #0000018043 | WNSP01274420 | |
| Foth | 11/26/2014 | 1487701-24 | $ | 2,247,162.31 | WNSP01271540 | WNSP01271557 | 12/26/2014 | #0000018384 | WNSP01274420 | |
| Foth | 12/19/2014 | 1487701-25 | $ | 3,749,582.55 | WNSP01271558 | WNSP01271583 | 1/6/2015 | #0000018604 | WNSP01274420 | |
| **2014 Total** | | | **$** | **22,257,975.14** | | | | | | **$ 22,257,975.14** |

**Hays**

| Vendor | Invoice Date | Invoice Number | Amount | | Beg Bates | End Bates | Pay Date | Pay Check # | Beg Bates | |
|---|---|---|---|---|---|---|---|---|---|---|
| Hays | 11/15/2012 | 288724 | $ | 14,435.45 | WNSP00604607 | WNSP00604609 | 12/14/2012 | #0000014983 | WNSP01073289 | |
| Hays | 7/31/2013 | 315870 | $ | 49,050.66 | WNSP01200946 | WNSP01200947 | 8/30/2013 | #0000017574 | WNSP01243273 | |
| Hays | 11/5/2013 | 326797 | $ | 13,390.00 | WNSP01208157 | WNSP01208159 | 11/14/2013 | #0000018305 | WNSP01243273 | |
| **2013 Total** | | | **$** | **62,440.66** | | | | | | **$ 62,440.66** |
| Hays | 5/19/2014 | 347659 | $ | 408,595.85 | WNSP01254727 | WNSP01254728 | 6/25/2014 | #0000020518 | WNSP01274420 | |
| Hays | 5/19/2014 | 347660 | $ | 114,574.11 | WNSP01254729 | WNSP01254730 | 6/5/2014 | #0000020338 | WNSP01274420 | |
| **2014 Total** | | | **$** | **523,169.96** | | | | | | **$ 523,169.96** |

**Office Information Systems Inc.**

| Vendor | Invoice Date | Invoice Number | Amount | | Beg Bates | End Bates | Pay Date | Pay Check # | Beg Bates | |
|---|---|---|---|---|---|---|---|---|---|---|
| Office Information Systems Inc. | 8/9/2013 | 43575 | $ | 501.60 | WNSP01200962 | WNSP01200965 | 8/21/2013 | #0000087901 | WNSP01243273 | |
| Office Information Systems Inc. | 8/23/2013 | 43683 | $ | 188.10 | WNSP01200966 | WNSP01200969 | 9/20/2013 | #0000089259 | WNSP01243273 | |
| Office Information Systems Inc. | 9/6/2013 | 43791 | $ | 188.10 | WNSP01200970 | WNSP01200972 | 10/4/2013 | #0000090019 | WNSP01243273 | |
| Office Information Systems Inc. | 9/20/2013 | 43900 | $ | 689.70 | WNSP01200950 WNSP01200973 | WNSP01200953 WNSP01200976 | 10/25/2013 | #0000090999 | WNSP01243273 | |
| Office Information Systems Inc. | 10/4/2013 | 44008 | $ | 313.50 | WNSP01200954 | WNSP01200957 | 11/1/2013 | #0000091483 | WNSP01243273 | |

| Vendor | Invoice Date | Invoice Number | Amount | | Beg Bates | End Bates | Pay Date | Pay Check # | Beg Bates | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Office Information Systems Inc. | 10/18/2013 | 44117 | $ | 250.80 | WNSP01200958 | WNSP01200961 | 11/15/2013 | #0000092069 | WNSP01243273 | | |
| **2013 Total** | | | **$** | **2,131.80** | | | | | | **$** | **2,131.80** |
| Office Information Systems Invoice | 12/27/2013 | 44677 | $ | 62.70 | WNSP01208178 | WNSP01208180 | 2/3/2014 | #0000095831 | WNSP01274420 | | |
| **2014 Total** | | | **$** | **62.70** | | | | | | **$** | **62.70** |
| **Pro Energy** | | | | | | | | | | | |
| Vendor | Invoice Date | Invoice Number | Amount | | Beg Bates | End Bates | Pay Date | Pay Check # | Beg Bates | | |
| Pro Energy | 6/13/2014 | 140037 | $ | 5,673.15 | WNSP01254743 | WNSP01254745 | 7/22/2014 | #0000016824 | WNSP01274420 | | |
| Pro Energy | 6/20/2014 | 140101 | $ | 5,673.15 | WNSP01254746 | WNSP01254748 | 7/22/2014 | #0000016824 | WNSP01274420 | | |
| Pro Energy | 6/27/2014 | 140173 | $ | 5,638.15 | WNSP01254749 | WNSP01254751 | 8/4/2014 | #0000016957 | WNSP01274420 | | |
| Pro Energy | 6/6/2014 | 139966 | $ | 5,875.13 | WNSP01254752 | WNSP01254754 | 7/3/2014 | #0000016692 | WNSP01274420 | | |
| Pro Energy | 7/11/2014 | 140386 | $ | 3,048.15 | WNSP01254755 | WNSP01254757 | 8/8/2014 | #0000017018 | WNSP01274420 | | |
| Pro Energy | 7/18/2014 | 140457 | $ | 5,498.15 | WNSP01254758 | WNSP01254760 | 8/15/2014 | #0000017069 | WNSP01274420 | | |
| Pro Energy | 7/25/2014 | 140524 | $ | 6,233.15 | WNSP01254761 | WNSP01254763 | 8/22/2014 | #0000017130 | WNSP01274420 | | |
| Pro Energy | 7/4/2014 | 140322 | $ | 6,268.15 | WNSP01254764 | WNSP01254767 | 8/1/2014 | #0000016947 | WNSP01274420 | | |
| Pro Energy | 8/1/2014 | 140604 | $ | 5,778.15 | WNSP01254768 | WNSP01254771 | 8/29/2014 | #0000017203 | WNSP01274420 | | |
| Pro Energy | 8/15/2014 | 140811 | $ | 5,638.15 | WNSP01254772 | WNSP01254775 | 9/12/2014 | #'0000017353 | WNSP01274420 | | |
| Pro Energy | 8/8/2014 | 140706 | $ | 6,058.15 | WNSP01254776 | WNSP01254779 | 9/5/2014 | #0000017275 | WNSP01274420 | | |
| Pro Energy | 8/29/2014 | 140944 | $ | 5,988.15 | WNSP01271678 | WNSP01271681 | 9/26/2014 | #0000017476 | WNSP01274420 | | |
| Pro Energy | 8/29/2014 | 140945 | $ | 6,688.15 | WNSP01271674 | WNSP01271677 | 9/26/2014 | #0000017476 | WNSP01274420 | | |
| Pro Energy | 9/5/2014 | 141050 | $ | 3,694.95 | WNSP01271694 | WNSP01271697 | 10/3/2014 | #0000017544 | WNSP01274420 | | |
| Pro Energy | 9/12/2014 | 141100 | $ | 6,268.15 | WNSP01271682 | WNSP01271685 | 10/10/2014 | #0000017613 | WNSP01274420 | | |
| Pro Energy | 9/19/2014 | 141227 | $ | 6,548.15 | WNSP01271686 | WNSP01271689 | 10/17/2014 | #0000017668 | WNSP01274420 | | |
| Pro Energy | 9/26/2014 | 141318 | $ | 6,058.15 | WNSP01271690 | WNSP01271693 | 10/24/2014 | #0000017731 | WNSP01274420 | | |
| Pro Energy | 10/10/2014 | 141493 | $ | 6,408.15 | WNSP01271633 | WNSP01271636 | 11/7/2014 | #0000017889 | WNSP01274420 | | |
| Pro Energy | 10/17/2014 | 141618 | $ | 6,268.15 | WNSP01271637 | WNSP01271639 | 11/14/2014 | #0000017975 | WNSP01274420 | | |
| Pro Energy | 10/19/2014 | 141707 | $ | 6,198.15 | WNSP01271640 | WNSP01271642 | 11/18/2014 | #0000017994 | WNSP01274420 | | |
| Pro Energy | 10/3/2014 | 141417 | $ | 3,883.25 | WNSP01271643 | WNSP01271646 | 10/31/2014 | #0000017809 | WNSP01274420 | | |
| Pro Energy | 11/1/2014 | 141802 | $ | 3,883.25 | WNSP01271647 | WNSP01271649 | 12/1/2014 | #0000018129 | WNSP01274420 | | |
| Pro Energy | 11/14/2014 | 141964 | $ | 6,268.15 | WNSP01271650 | WNSP01271652 | 12/8/2014 | #0000018191 | WNSP01274420 | | |
| Pro Energy | 11/21/2014 | 142069 | $ | 6,268.15 | WNSP01271653 | WNSP01271655 | 12/12/2014 | #0000018249 | WNSP01274420 | | |
| Pro Energy | 11/8/2014 | 141909 | $ | 6,268.15 | WNSP01271656 | WNSP01271658 | 12/19/2014 | #0000018323 | WNSP01274420 | | |
| Pro Energy | 12/1/2014 | 142207 | $ | 6,618.15 | WNSP01271659 | WNSP01271661 | 12/31/2014 | #0000018432 | WNSP01274420 | | |
| Pro Energy | 12/12/2014 | 142389 | $ | 5,988.15 | WNSP01271662 | WNSP01271664 | 1/9/2015 | #0000018533 | WNSP01274420 | | |
| Pro Energy | 12/19/2014 | 142470 | $ | 5,918.15 | WNSP01271665 | WNSP01271667 | 1/16/2015 | #0000018612 | WNSP01274420 | | |
| Pro Energy | 12/26/2014 | 142586 | $ | 6,198.15 | WNSP01271668 | WNSP01271670 | 1/23/2015 | #0000018662 | WNSP01274420 | | |
| Pro Energy | 12/5/2014 | 142297 | $ | 3,047.80 | WNSP01271671 | WNSP01271673 | 1/5/2015 | #0000018468 | WNSP01274420 | | |
| **2014 Total** | | | **$** | **169,843.13** | | | | | | **$** | **169,843.13** |
| **Q3 Contracting** | | | | | | | | | | | |
| Vendor | Invoice Date | Invoice Number | Amount | | Beg Bates | End Bates | Pay Date | Pay Check # | Beg Bates | | |
| Q3 Contracting | 6/25/2014 | UWI0371087 | $ | 12,066.47 | WNSP01254781 | WNSP01254782 | 7/30/2014 | #'0000016911 | WNSP01274420 | | |
| Q3 Contracting | 8/7/2014 | RWI0390216 | $ | 8,181.79 | WNSP01271475 | WNSP01271478 | 9/11/2014 | #0000017331 | WNSP01274420 | | |

Federal Rule of Evidence 1006 Summary Exhibit
NSPW Invoices and Proof of Payment

| Vendor | Invoice Date | Invoice Number | Amount | | Beg Bates | End Bates | Pay Date | Pay Check # | Beg Bates | |
|---|---|---|---|---|---|---|---|---|---|---|
| Q3 Contracting | 8/20/2014 | RWI0394921 | $ | 422.72 | WNSP01271479 | WNSP01271481 | 9/19/2014 | #0000017406 | WNSP01274420 | |
| Q3 Contracting | 9/10/2014 | UWI0368980 Bartunek 6/24/14 6/25/14 | $ | 18,111.13 | WNSP01254780 | WNSP01254780 | 7/18/2014 | #'0000016806 | WNSP01274420 | |
| Q3 Contracting | 9/10/2014 | RWI0382726 Schanter 7/29/14 8/18/14 | $ | 2,055.38 | WNSP01254783 | WNSP01254783 | 8/25/2014 | '0000017142 | WNSP01274420 | |
| **2014 Total** | | | **$** | **40,837.49** | | | | | | **$ 40,837.49** |
| **RPS Evans Hamilton** | | | | | | | | | | |
| Vendor | Invoice Date | Invoice Number | Amount | | Beg Bates | End Bates | Pay Date | Pay Check # | Beg Bates | |
| RPS Evans Hamilton | 7/31/2011 | S11024 | $ | 91,844.00 | WNSP01200775 | WNSP01200776 | 11/29/2011 | #0001108082 | WNSP01073288 | |
| RPS Evans Hamilton | 8/31/2011 | S11028 | $ | 18,366.00 | WNSP01200777 | WNSP01200778 | 11/29/2011 | #0001108082 | WNSP01073288 | |
| **2011 Total** | | | **$** | **110,210.00** | | | | | | **$ 110,210.00** |
| RPS Evans Hamilton | 9/30/2011 | S11033 | $ | 49,336.25 | WNSP01200851 | WNSP01200852 | 1/26/2012 | #0001109706 | WNSP01073289 | |
| RPS Evans Hamilton | 10/31/2011 | S11042 | $ | 35,739.50 | WNSP01200853 | WNSP01200854 | 1/26/2012 | #0001109706 | WNSP01073289 | |
| RPS Evans Hamilton | 12/30/2011 | S11054 | $ | 30,696.00 | WNSP01208266 | WNSP01208267 | 3/29/2012 | #0001111204 | WNSP01073289 | |
| RPS Evans Hamilton | 11/30/2011 | S11048 | $ | 20,183.25 | WNSP01274424 | WNSP01274426 | 2/16/2012 | #0001110260 | WNSP01073289 | |
| **2012 Total** | | | **$** | **135,955.00** | | | | | | **$ 135,955.00** |
| **Techtron** | | | | | | | | | | |
| Vendor | Invoice Date | Invoice Number | Amount | | Beg Bates | End Bates | Pay Date | Pay Check # | Beg Bates | |
| Techtron | 6/6/2014 | 13628 | $ | 19,542.00 | WNSP01254784 | WNSP01254786 | 7/2/2014 | #0001132089 | WNSP01274420 | |
| Techtron | 7/22/2014 | 13833 | $ | 20,285.00 | WNSP01254787 | WNSP01254789 | 8/20/2014 | #0001133238 | WNSP01274420 | |
| Techtron | 8/22/2014 | 13976 | $ | 22,261.00 | WNSP01254790 | WNSP01254793 | 9/18/2014 | #0001134027 | WNSP01274420 | |
| Techtron | 9/15/2014 | 14081 | $ | 23,746.00 | WNSP01271706 | WNSP01271708 | 10/14/2014 | #0001134641 | WNSP01274420 | |
| Techtron | 10/10/2014 | 14197 | $ | 20,465.00 | WNSP01271698 | WNSP01271699 | 11/6/2014 | #0001135252 | WNSP01274420 | |
| Techtron | 11/5/2104 | 14297 | $ | 24,061.00 | WNSP01271700 | WNSP01271702 | 12/4/2014 | #0001135910 | WNSP01274420 | |
| Techtron | 12/5/2014 | 14394 | $ | 17,810.00 | WNSP01271703 | WNSP01271705 | 12/31/2014 | #0001136526 | WNSP01274420 | |
| **2014 Total** | | | **$** | **148,170.00** | | | | | | **$ 148,170.00** |
| **Test America** | | | | | | | | | | |
| Vendor | Invoice Date | Invoice Number | Amount | | Beg Bates | End Bates | Pay Date | Pay Check # | Beg Bates | |
| Test America | 3/22/2011 | 20003321 | $ | 1,500.00 | WNSP01200587 | WNSP01200588 | 8/25/2011 | #0001105665 | WNSP01073288 | |
| Test America | 3/22/2011 | 20003335 | $ | 975.00 | WNSP01200589 | WNSP01200590 | 8/25/2011 | #0001105665 | WNSP01073288 | |
| Test America | 3/25/2011 | 20003409 | $ | 1,500.00 | WNSP01200591 | WNSP01200592 | 8/25/2011 | #0001105665 | WNSP01073288 | |
| **2011 Total** | | | **$** | **3,975.00** | | | | | | **$ 3,975.00** |
| **Wenck** | | | | | | | | | | |
| Vendor | Invoice Date | Invoice Number | Amount | | Beg Bates | End Bates | Pay Date | Pay Check # | Beg Bates | |
| Wenck | 6/30/2012 | 1202577 | $ | 4,890.50 | WNSP01275123 | WNSP01275126 | 7/31/2012 | #0001114226 | WNSP01073289 | |
| Wenck | 7/31/2012 | 1203039 | $ | 1,155.92 | WNSP01275123 | WNSP01275126 | 11/30/2012 | #0001117381 | WNSP01073289 | |
| **2012 Total** | | | **$** | **6,046.42** | | | | | | **$ 6,046.42** |
| Wenck | 6/30/2014 | 11402916 | $ | 5,629.70 | WNSP01254806 | WNSP01254807 | 7/29/2014 | #0000891717 | WNSP01274420 | |
| **2014 Total** | | | **$** | **5,629.70** | | | | | | **$ 5,629.70** |
| | | | | | | | | | | |
| **Subtotal** | | **$** | | | | | | | | **$ 29,383,848.67** |

Federal Rule of Evidence 1006 Summary Exhibit
NSPW Invoices and Proof of Payment

| Vendor | Invoice Date | Invoice Number | Amount | Beg Bates | End Bates | Pay Date | Pay Check # | Beg Bates | | |
|---|---|---|---|---|---|---|---|---|---|---|
| **Michael Best & Friedrich** | | | | | | | | | | |
| Michael Best & Friedrich | 1/27/2011 | 1136014 | $2,244.41 | WNSP01083690 | WNSP01083694 | | | | | |
| Michael Best & Friedrich | 2/24/2011 | 1138935 | $8,423.44 | WNSP01083695 | WNSP01083702 | | | | | |
| Michael Best & Friedrich | 3/30/2011 | 1143281 | $14,072.30 | WNSP01083703 | WNSP01083709 | | | | | |
| Michael Best & Friedrich | 4/13/2011 | 1144727 | $10,878.63 | WNSP01083710 | WNSP01083715 | | | | | |
| Michael Best & Friedrich | 5/11/2011 | 1148550 | $4,665.70 | WNSP01083716 | WNSP01083720 | | | | | |
| Michael Best & Friedrich | 6/23/2011 | 1153891 | $4,847.40 | WNSP01083721 | WNSP01083731 | | | | | |
| Michael Best & Friedrich | 7/22/2011 | 1157199 | $23,781.87 | WNSP01083732 | WNSP01083742 | | | | | |
| Michael Best & Friedrich | 10/24/2011 | 1168583 | $1,540.58 | WNSP01083743 | WNSP01083748 | | | | | |
| Michael Best & Friedrich | 11/17/2011 | 1172443 | $9,480.60 | WNSP01083749 | WNSP01083776 | | | | | |
| Michael Best & Friedrich | 11/17/2011 | 1172452 | $17,668.26 | WNSP01083777 | WNSP01083788 | | | | | |
| Michael Best & Friedrich | 12/9/2011 | 1175011 | $16,132.63 | WNSP01083789 | WNSP01083800 | | | | | |
| *2011 Total* | | | *$113,735.82* | | | | | | $ | 113,735.82 |
| Michael Best & Friedrich | 1/8/2014 | 1271865 | $2,168.50 | WNSP01271738 | WNSP01271744 | | | | | |
| Michael Best & Friedrich | 1/9/2014 | 1272101 | $8,664.92 | WNSP01271745 | WNSP01271749 | | | | | |
| Michael Best & Friedrich | 4/15/2014 | 1285954 | $35,516.30 | WNSP01271750 | WNSP01271758 | | | | | |
| Michael Best & Friedrich | 4/15/2014 | 1285964 | $15,475.50 | WNSP01271714 | WNSP01271721 | | | | | |
| Michael Best & Friedrich | 4/15/2014 | 1285970 | $17,270.50 | WNSP01208070 | WNSP01208077 | | | | | |
| Michael Best & Friedrich | 5/7/2014 | 1289185 | $17,042.29 | WNSP01271730 | WNSP01271737 | | | | | |
| Michael Best & Friedrich | 6/16/2014 | 1295159 | $6,877.00 | WNSP01271763 | WNSP01271765 | | | | | |
| Michael Best & Friedrich | 8/12/2014 | 1303030 | $4,081.50 | WNSP01271768 | WNSP01271769 | | | | | |
| Michael Best & Friedrich | 9/11/2014 | 1307597 | $2,347.06 | WNSP01271770 | WNSP01271771 | | | | | |
| Michael Best & Friedrich | 11/11/2014 | 1317315 | $3,846.00 | WNSP01271759 | WNSP01271760 | | | | | |
| Michael Best & Friedrich | 11/11/2014 | 1317316 | $2,605.50 | WNSP01271761 | WNSP01271762 | | | | | |
| Michael Best & Friedrich | 12/4/2014 | 1320912 | $1,326.00 | WNSP01271772 | WNSP01271773 | | | | | |
| Michael Best & Friedrich | 12/31/2014 | 1324897 | $2,193.00 | WNSP01271774 | WNSP01271775 | | | | | |
| *2014 Total* | | | *$119,414.07* | | | | | | $ | 119,414.07 |
| *Subtotal* | | | | | | | | | $ | 233,149.89 |

Federal Rule of Evidence 1006 Summary Exhibit
NSPW Invoices and Proof of Payment

| Gradient | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| Vendor | Invoice Date | Invoice Number | Amount | | Beg Bates | End Bates | Pay Date | Pay Check # | Beg Bates | |
| Gradient | 12/27/2010 | 21012006 | $ | 5,680.70 | WNSP01207946 | WNSP01207950 | | | | |
| Gradient | 2/4/2011 | 21101043 | $ | 884.00 | WNSP01207951 | WNSP01207953 | | | | |
| Gradient | 6/3/2011 | 21105123 | $ | 1,202.50 | WNSP01207954 | WNSP01207956 | | | | |
| *Total* | | | *$* | *7,767.20* | | | | | | *$ 7,767.20* |
| **Steigerwaldt Land Services, Inc.** | | | | | | | | | | |
| Vendor | Invoice Date | Invoice Number | Amount | | Beg Bates | End Bates | Pay Date | Pay Check # | Beg Bates | |
| Steigerwaldt | 2/7/2012 | 5376-IN | $ | 775.00 | WNSP00604627 | WNSP00604629 | 2/17/2012 | #0001110320 | WNSP01073289 | |
| Steigerwaldt | 4/3/2013 | 1 | $ | 12,400.00 | WNSP00604845 | WNSP00604846 | 5/28/2013 | #0001121705 | WNSP01243273 | |
| Steigerwaldt | 4/5/2013 | 4052013 | $ | 6,900.00 | WNSP00604847 WNSP01082200 | WNSP00604848 WNSP01082230 | 5/28/2013 | #0001121705 | WNSP01243273 | |
| *Total* | | | *$* | *20,075.00* | | | | | | *$ 20,075.00* |
| **URS** | | | | | | | | | | |
| Vendor | Invoice Date | Invoice Number | Amount | | Beg Bates | End Bates | Pay Date | Pay Check # | Beg Bates | |
| URS | 9/22/2004 | 1310198 | $ | 34,040.00 | WNSP00606541 | WNSP00606544 | 11/23/2004 | #0001013766 | WNSP01073281 | |
| URS | 3/11/2005 | 1609676 | $ | 4,160.00 | WNSP00571620 | WNSP00571623 | 4/5/2005 | #0001020205 | WNSP01073282 | |
| URS | 12/31/2005 | 2058975 | $ | 7,389.14 | WNSP00605037 | WNSP00605039 | 1/28/2006 | #0001033570 | WNSP01073283 | |
| URS | 4/7/2006 | 2235017 | $ | 790.78 | WNSP00605125 | WNSP00605128 | 5/4/2006 | #0001037833 | WNSP01073283 | |
| URS | 11/6/2006 | 2563952 | $ | 5,037.60 | WNSP00605285 | WNSP00605287 | 11/30/2006 | #0001046993 | WNSP01073283 | |
| URS | 12/1/2006 | 25686379 | $ | 5,102.50 | WNSP00605308 | WNSP00605311 | 12/22/2006 | #0001048004 | WNSP01073283 | |
| URS | 1/5/2007 | 2654103 | $ | 2,362.50 | WNSP00606978 | WNSP00606981 | 1/29/2007 | #0001049618 | WNSP01073284 | |
| URS | 2/8/2007 | 2698766 | $ | 6,973.62 | WNSP00607011 WNSP00671878 | WNSP00671880 | 3/20/2007 | #0001051809 | WNSP01073284 | |
| URS | 3/7/2007 | 2740766 | $ | 1,987.80 | WNSP00607029 | WNSP00607032 | 4/3/2007 | #0001052447 | WNSP01073284 | |
| URS | 4/10/2007 | 2793796 | $ | 10,050.00 | WNSP00607035 | WNSP00607038 | 5/4/2007 | #0001053756 | WNSP01073284 | |
| URS | 5/4/2007 | 2831502 | $ | 4,207.50 | WNSP00607120 | WNSP00607123 | 6/7/2007 | #0001055087 | WNSP01073284 | |
| URS | 6/6/2007 | 2877076 | $ | 2,256.00 | WNSP00607095 | WNSP00607098 | 6/29/2007 | #0001056127 | WNSP01073284 | |
| URS | 7/6/2007 | 2925708 | $ | 4,173.77 | WNSP00607082 | WNSP00607085 | 7/30/2007 | #0001057354 | WNSP01073284 | |
| URS | 9/7/2007 | 3012269 | $ | 226.75 | WNSP00607175 | WNSP00607180 | 10/1/2007 | #0001059909 | WNSP01073284 | |
| URS | 11/29/2007 | 3154204 | $ | 833.73 | WNSP00607236 | WNSP00607238 | 12/29/2007 | #0001063601 | WNSP01073284 | |
| URS | 1/8/2008 | 3205811 | $ | 141.00 | WNSP00607259 | WNSP00607261 | 2/1/2008 | #0001064785 | WNSP01073285 | |
| URS | 4/1/2008 | 3338832 | $ | 564.00 | WNSP00607287 | WNSP00607289 | 5/1/2008 | #0000003961 | WNSP01073285 | |
| URS | 7/8/2008 | 3472021 | $ | 1,263.04 | WNSP00607334 | WNSP00607337 | 8/7/2008 | #0000004160 | WNSP01073285 | |
| *Total* | | | *$* | *91,559.73* | | | | | | *$ 91,559.73* |
| *Subtotal* | | | | | | | | | | *$ 119,401.93* |

7