**United States District Court**
Western District of Wisconsin
Robert W. Kastenmeier Courthouse
120 N. Henry Street, Rm. 540
Madison, Wisconsin 53703

Chambers of
Barbara B. Crabb
District Judge

Telephone
608-264-5447

July 29, 2015

To: All counsel in Northern States Power Company v. City of Ashland, et al.
12-cv-602-bbc

Dear Counsel:

In reviewing the exhibit lists in this case, I am having a hard time determining what exhibits are part of the record and what ones are not. It would be very helpful to me if plaintiff NSP and defendant Ashland County would each submit a "final list of exhibits" as defendant City of Ashland has done and do so no later than August 7, 2015. If any party has objections to any other party's "final list," that party should submit those objections in a separate document no later than August 14, 2015.

Very truly yours,

*Barbara B. Crabb*

Barbara B. Crabb
District Judge

BBC:skv