IN THE UNITED STATES DISTRICT COURT

FOR THE WESTERN DISTRICT OF WISCONSIN

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

NORTHERN STATES POWER COMPANY,

               Plaintiff,

      v.

THE CITY OF ASHLAND, WISCONSIN,
and ASHLAND COUNTY, WISCONSIN,

               Defendant.

ORDER

12-cv-602-bbc

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

Presently before the court are three motions relating to the trial exhibits in this case: (1) plaintiff Northern States Power's motion to admit certain trial exhibits, dkt. #520; (2) defendant City of Ashland's corrected motion to admit certain trial exhibits, dkt. #531; and (3) defendant City's motion to admit certain trial exhibits, dkt. #552. Also before the court are various letters from the parties containing objections to various documents: (1) defendant City's objections to plaintiff's exhibits, dkt. #576; (2) defendant County's objections to plaintiff's exhibits, dkt. #577; (3) plaintiff's objections to defendant County's exhibits, dkt. #578; (4) plaintiff's objections to defendant City's exhibits, dkt. #579; (5) defendant City's objections to plaintiff's exhibits, dkt. #580); and (6) plaintiff's objections to trial exhibits, dkt. #581. The parties have moved into evidence the trial exhibits they have set out in dkt. #574 (plaintiff); dkt. #559 (City of Ashland); and dkt. #575 (Ashland County). Finally, defendant Ashland County filed a motion to strike plaintiff's proposed finding of fact no.

1

266, dkt. #570.

After reviewing the various motions and the responses, I am admitting all exhibits proposed by any party to which the opposing party or parties have not objected.  I am granting defendant County's motion to strike, which is unopposed by plaintiff, dkt. #572, and I am admitting certain exhibits and rejecting others, as set out below.

| RULINGS ON EXHIBITS OFFERED BY ASHLAND COUNTY, DKT. #578 | |
| --- | --- |
| CI-5015 (Dep. Exh. 17) | Not received - Foundation |
| CI-5020 (Dep. Exh. 187) | Not received - Hearsay |
| CI-5033 (Dep. Exh. 218) | Not received - Hearsay |
| CI-5071 | Received |
| CI-5082 | Received |
| CI-5257 (STIP. 1368) | Not received - Relevance |
| CI-5259 | Received |
| CI-5284 (Dep. Exh. 314) | Received |
| CI-5332 | Received |
| CI-5347 | Received |
| CI-5348 | Received |
| CI-5389 | Received (except as to Exh. O) |
| RULINGS ON EXHIBITS OFFERED BY CITY OF ASHLAND, DKT. #559 | |
| CI-5246 | Not received - Hearsay |
| CI-5251 | Received |
| CI-5279 | Not received - Hearsay |
| CI-5332 | Received |

| | |
|---|---|
| CI-5347 | Received |
| CI-5348 | Received |
| CI-5022 (STIP 1283) | Received |
| STIP-1364 | Received |
| STIP-1368 (CI-5257) | Not received - Hearsay; Relevance |
| DEP. EX 23 | Received |
| DEP. EX. 157 (CI-5015) | Not received - Foundation |
| DEP. EX. 171 (CI-5018) | Not received - Foundation |
| DEP. EX. 187 (CI-5020) | Not received - Relevance |
| DEP. EX. 191 (STIP 1393) | Not received - Not shown to witness at trial |
| DEP. EX. 218 (CI-5033) | Not received - Hearsay |
| DEP. EX. 226 (CI-5037) | Not received - Hearsay |
| DEP. EX. 228 (CI-5038) | Received |
| DEP. EX. 23 (CI-5146) | Received |
| DEP. EX. 231 (CI-5040) | Not received - Relevance |
| DEP. EX. 239 (CI-5045) | Not received - Relevance |
| DEP. EX. 265 (CI-5058) | Not received - Relevance |
| DEP. EX. 268 (CI-5059) | Not received - Relevance |
| DEP. EX. 27 (CI-5148) | Not received - Not shown to witness at trial |
| DEP. EX. 270 (CI-5060) | Not received - Not shown to witness at trial |
| DEP. EX. 271 (CI-5061) | Not received - Not shown to witness at trial |

| | |
|---|---|
| DEP. EX. 273 (CI-5063) | Not received - Not shown to witness at trial |
| DEP. EX. 274 (CI-5064) | Not received - Not shown to witness at trial |
| DEP. EX. 287 (CI-5069) | Received |
| DEP. EX. 288 (STIP-1366) | Received |
| DEP. EX. 289 (CI-5070) | Received |
| DEP. EX. 293 (STIP-1367) | Received |
| DEP. EX. 294 (CI-5073) | Not received - Hearsay |
| DEP. EX. 295 (CI-5074) | Not received - Hearsay |
| DEP. EX. 314 (CI-5284) | Received |
| DEP. EX. 331 (CI-5081) | Not received - Hearsay |
| DEP. EX. 336 (STIP-1368) | Not received - Relevance |
| DEP. EX. 620 | Received - Relevance |
| RULINGS ON EXHIBITS OFFERED BY NORTHERN STATES POWER, DKT. #574 | |
| PX-3003 (Dep. Exh. 42) | Not Received - Foundation |
| PX-3012 | Received (as to City only) |
| PX-3025 | Received |
| PX-3026 | Received |
| PX-3268 (Dep. Exh. 93) | Not Received - Hearsay |
| PX-3269 (Dep. Exh. 95) | Not received - Hearsay |
| PX-3270 (Dep. Exh. 96) | Not received - Hearsay |
| PX-3274 (Dep. Exh. 102) | Not received - Hearsay |
| PX-3276 (Dep. Exh. 104) | Received |

| | |
|---|---|
| PX-3282 (Dep. Exh. 115) | Received |
| PX-3297 (Dep. Exh. 164) | Received |
| PX-3303 (Dep. Exh. 212) | Received (as to City only) |
| PX-3304 (Dep. Exh. 236) | Not Received - Foundation |
| PX-3311 (Dep. Exh. 487) | Received |
| PX-3314 (Dep. Exh. 495) | Received |
| PX-3324 (Dep. Exh. 592) | Not received - Relevance |
| PX-3325 (Dep. Exh. 593) | Not received - Relevance |
| PX-3360 (Dep. Exh. 17) | Not received - Hearsay |
| PX-3396 | Received as stipulated |
| PX-3571 | Not received - Hearsay |
| PX-3584 | Received |
| PX-3586 | Received |
| PX-3587 | Received |
| PX-3588 | Received |
| PX-3689 | Not received - Hearsay |
| PX-3869 | Not Received - Hearsay |
| PX-4079 | Received |
| PX-4084 | Received |
| PX-4144 | Received |
| PX-4145 | Received |
| PX-4164 | Received |
| DEP. EX. 163 | Not received - Hearsay |

ORDER

IT IS ORDERED that defendant Ashland County's unopposed motion to strike plaintiff's proposed finding of fact no. 266, dkt. #570, is GRANTED and all exhibits set out in dkts. ## 559, 574 and 575 that are not the subject of an objection are RECEIVED, as are all exhibits listed above as RECEIVED.  The remaining exhibits are NOT RECEIVED.

Entered this 10th day of September, 2015.

BY THE COURT:


/s/

_____
BARBARA B. CRABB
District Judge