## COURT TRANSCRIPT COSTS

|   | A | B | C | D |
|---|---|---|---|---|
| 1 | **INVOICE DATE** | **DESCRIPTION** | **REPORTER** | **EXPENSE** |
| 2 | | | | |
| 3 | 5/21/2015 | Transcripts of Days 1-8 of trial, 4/27/2015 - 5/8/2015 (AM sessions ) | Lynette Swenson | $6,756.21 |
| 4 | | | | |
| 5 | 5/22/2015 | Transcripts of Days 1-8 of trial, 4/27/2015 - 5/8/2015 (PM sessions ) | Cheryl Seeman | $5,720.07 |
| 6 | | | | |
| 7 | 6/2/2015 | Transcript of Hearing held 5/22/2015 | Lynette Swenson | $201.77 |
| 8 | | | | |
| 9 | | | **TOTAL EXPENSE** | **$12,678.05** |

# DEPOSITION COSTS

| | A | B | C | D |
|---|---|---|---|---|
| 1 | **DEPOSITION DATE** | **WITNESS** | **INVOICE AMOUNT** | **COURT REPORTER** |
| 2 | 8/26/2013 | William P. Carrington | $ 233.53 | Gramann |
| 3 | 8/27/2013 | James H. Tomczak | $ 167.22 | Gramann |
| 4 | 8/28/2013 | Kenneth Veno and Roland Peterson | $ 306.16 | Gramann |
| 5 | 8/29/2013 | Norman Peterson | $ 222.13 | Gramann |
| 6 | 9/16/2013 | David F. Wosepka | $ 379.69 | Gramann |
| 7 | 9/17/2013 | Edward J. Sindelar and Edward Monroe | $ 388.08 | Gramann |
| 8 | 9/18/2013 | James R. Struck and Lowell Miller | $ 369.51 | Gramann |
| 9 | 9/23/2013 | Brea Grace | $ 359.76 | Gramann |
| 10 | 9/24/2013 | Anthony M. Murphy | $ 315.81 | Gramann |
| 11 | 3/4/2014 | James Jellish | $ 225.77 | Gramann |
| 12 | 3/5/2014 | Brian Knapp | $ 315.81 | Gramann |
| 13 | 3/18/2014 | Ronald E. Bizzarri | $ 539.05 | Gramann |
| 14 | 3/20/2014 | Edward M. Gerulat, Jr. | $ 563.00 | Gramann |
| 15 | 4/17/2014 | Joseph Kabasa and Robert Klamerus | $ 348.78 | Gramann |
| 16 | 5/7/2014 | James A. Musso | $ 734.54 | Gramann |
| 17 | 5/28/2014 | David Crass Volume I | $ 248.98 | Gramann |
| 18 | 5/28/2014 v | David Crass Video | $ 796.00 | Gramann |
| 19 | 5/29/2014 | David A. Crass (Volume II) | $ 226.83 | Gramann |
| 20 | 5/29/2014v | David Crass video | $ 744.73 | Gramann |
| 21 | 6/18/2014 | Karen L. Everson, Volume I | $ 496.50 | Gramann |
| 22 | 6/19/2014 | Karen L. Everson, Volume II | $ 278.00 | Gramann |
| 23 | 6/24/2014 | David Donovan | $ 583.75 | Gramann |
| 24 | 6/26/2014 | Jerry Winslow | $ 736.10 | Gramann |
| 25 | 6/26/2014 | Jerry Winslow video | $ 230.78 | Gramann |
| 26 | 6/30/2014 | John Wilson | $ 482.50 | Gramann |
| 27 | 7/1/2014 | LeRoy Wilder | $ 312.00 | Gramann |
| 28 | 7/9/2014 | Robert Zoch, Jr. | $ 315.25 | Gramann |
| 29 | 7/10/2014 | Paul Boehm (Volume 1) | $ 676.75 | Gramann |
| 30 | 7/15/2014 | Walter J. Shields | $ 787.00 | Gramann |
| 31 | 7/16/2014 | Ross Mishkin | $ 563.00 | Gramann |
| 32 | 7/17/2014 | Kurt D. Herman | $ 754.50 | Gramann |
| 33 | 7/18/2014 | James I. Ebert | $ 356.25 | Gramann |
| 34 | 8/6/2014 | Paul Boehm (Volume 2) | $ 324.00 | Gramann |
| 35 | 8/21/2014 | William J. Hengemihle, Jr. | $ 601.35 | Gramann |
| 36 | 9/17/2014 | Guy C. Patrick | $ 555.10 | Gramann |
| 37 | 9/22/2014 | Robert M. Karls | $ 658.70 | Gramann |
| 38 | 9/24/2014 | Alan W.A. Jeffrey | $ 460.10 | Gramann |
| 39 | 9/30/2014 | Dennis R. Helsel | $ 513.55 | Gramann |
| 40 | 10/2/2014 | J. Bushnell Nielsen | $ 769.35 | Gramann |
| 41 | 10/7/2014 | Dr. Emily Greenwald | $ 755.50 | Gramann |
| 42 | 10/10/2014 | John Hankey | $ 1,019.75 | Gramann |
| 43 | 10/14/2014 | Wayne M. Grip | $ 255.20 | Gramann |
| 44 | 10/17/2014 | Eugene M. Wengert | $ 286.40 | Gramann |

# DEPOSITION COSTS

|    | A | B | | C | D |
|----|-----------|------------------------------------------------|---|----------|---------|
| 45 | 10/30/2014 | Neil M. Ram | $ | 581.25 | Gramann |
| 46 | 11/10/2014 | Walter L. Shields, Volume 2 | $ | 328.20 | Gramann |
| 47 | 11/11/2014 | Tom L. Beck | $ | 394.30 | Gramann |
| 48 | 11/12/2014 | David Drach and Wayne Serkland | $ | 382.15 | Gramann |
| 49 | 11/13/2014 | Glenn Olander-Quamme and Timothy Mulcahy | $ | 416.95 | Gramann |
| 50 | 11/14/2014 | LeeAnn Thomas | $ | 409.45 | Gramann |
| 51 | 12/1/2014 | 30(b)(6) Deposition of Peter Mann | $ | 772.95 | Gramann |
| 52 | 12/2/2014 | James Dunn | $ | 1,065.55 | Gramann |
| 53 | 12/9/2014 | Michael BeBeau | $ | 748.30 | Gramann |
| 54 | 12/10/2014 | Michael Sizemore | $ | 225.45 | Gramann |
| 55 | 12/15/2014 | Ross Mishkin | $ | 221.90 | Gramann |
| 56 | 12/17/2014 | Paul D. Boehm, Ph.D. - Volume III | $ | 797.13 | Gramann |
| 57 | 12/18/2014 | Kurt Herman, M.Eng., P.G. - Volume II | $ | 740.06 | Gramann |
| 58 | 1/8/2015 | Raymond M. Hyde and Scott Clark | $ | 552.20 | Gramann |
| 59 | 1/14/2015 | Anke M. Hildebrandt | $ | 240.60 | Gramann |
| 60 | 2/6/2015 | James I. Ebert, Volume II | $ | 138.35 | Gramann |
| 61 | 2/11/2015 | Peter Erickson | $ | 825.75 | Gramann |
| 62 | 2/12/2015 | 30(b)(6) Deposition of Andrew Ballew | $ | 611.08 | Gramann |
| 63 | 2/18/2015 | Thomas Hubbard | $ | 449.35 | Gramann |
| 64 | 2/24/2015 | Steven M. Brand | $ | 175.60 | Gramann |
| 65 | 3/24/2015 | Guy C. Patrick, Volume II | $ | 667.86 | Gramann |
| 66 | 4/2/2015 | Robert Karls | $ | 700.20 | Gramann |
| 67 | 4/8/2015 | Dennis R. Helsel, Volume II | $ | 584.51 | Gramann |
| 68 | 4/9/2015 | Andrew Ballew, Volume II | $ | 122.73 | Gramann |
| 69 | 4/10/2015 | Alan W.A. Jeffrey, Volume II | $ | 198.60 | Gramann |
| 70 | 4/14/2015 | Neil M. Ram, Ph.D., Volume II | $ | 1,031.91 | Gramann |
| 71 | | | | | |
| 72 | | **Total** | $ | 33,639.14 | |



# UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF WISCONSIN

Invoice  Number: 1519
Call Number:

## INVOICE

**TO:** Stafford Rosenbaum
c/o paulstrommen@staffordlawcom

**FROM:**
**Lynette Swenson**
**Federal Court Reporter**
**120 North Henry Street, Rm. 520**
**Madison, WI  53703**

### TRANSCRIPTS:

**Case Type:**   Civil          **Date Ordered: Daily**          **Date Delivered**:  Daily

**In the matter of NSPW v. City/County of Ashland   12-CV-602-BBC**
**Stenographic transcript of  court trial held before District Judge Barbara B. Crabb**

| | | | |
|---|---|---|---|
| Day 1 4-27-15 | Rough transcript | 140 pgs. @ $3.05 | $ 427.00 |
| | Final transcript | 144 pgs. @ $5.15/2 | 370.80 |
| Day 2 4-28-15 | Rough transcript | 150 pgs. @ $3.05 | 457.50 |
| | Final transcript | 156 pgs. @ $5.15/2 | 401.70 |
| Day 3 4-29-15 | Rough transcript | 142 pgs. @ $3.05 | 433.10 |
| | Final transcript | 148 pgs. @ $5.15/2 | 381.10 |
| Day 4 5-1-15 | Rough transcript | 185 pgs. @ $3.05 | 564.25 |
| | Final transcript | 188 pgs. @ $5.15/2 | 484.10 |
| Day 5 5-4-15 | Rough transcript | 150 pgs. @ $3.05 | 457.50 |
| | Final transcript | 154 pgs. @ $5.15/2 | 396.55 |
| Day 6 5-6-15 | Rough transcript | 159 pgs. @ $3.05 | 484.95 |
| | Final transcript | 163 pgs. @ $5.15/2 | 419.72 |
| Day 7 5-7-15 | Rough transcript | 164 pgs. @ $3.05 | 500.20 |
| | Final transcript | 167 pgs. @ $5.15/2 | 430.02 |
| Day 8 5-8-15 | Rough transcript | 96 pgs. @ $3.05 | 292.80 |
| | Final transcript | 99 pgs. @ $5.15/2 | 254.92 |

**TOTAL     $ 6,756.21**

Ashland/NSP
22243-1
#11 - trial transcripts

**CERTIFICATION:**

I certify that the transcript fees charged and page format used comply with the requirements of the court and the Judicial Conference of the United States.

_/s/_____ Date: __5-21-15_____
Lynette Swenson

AO 44 (Rev. 04/09)

# UNITED STATES DISTRICT COURT
for the
Western District of Wisconsin

| INVOICE | NUMBER 65203 |
|---|---|

| TO: Stafford Rosenbaum, LLP<br>222 West Washington Avenue<br>Suite 900, P.O. Box 1784<br>Madison, Wisconsin 53701-1784<br><br>PHONE: (608) 256-0226<br>FAX: | MAKE CHECK PAYABLE TO:<br><br>Cheryl A. Seeman<br>120 North Henry Street, Room 520<br>Madison, Wisconsin 53703<br><br>PHONE: (608) 255-3821 |

## TRANSCRIPTS

| ☐ CRIMINAL   ✓ CIVIL | DATE ORDERED 05/08/2015 | DATE DELIVERED 05/22/2015 |
|---|---|---|

IN THE MATTER OF (CASE NUMBER AND TITLE)
NSPC v. THE CITY OF ASHLAND, WI, et al.   Case No. 12-CV-602-BBC

## CHARGES

| CATEGORY | ORIGINAL | | | 1ST COPY | | | ADDITIONAL COPIES | | | TOTAL CHARGES |
|---|---|---|---|---|---|---|---|---|---|---|
| | PAGES | PRICE @ | SUB TOTAL | PAGES | PRICE @ | SUB TOTAL | PAGES | PRICE @ | SUB TOTAL | |
| Ordinary | | | 0.00 | | | 0.00 | | | 0.00 | 0.00 |
| 14-Day | 1,029 | 2.13 | 2,191.7 | 1,029 | 0.45 | 463.05 | | | 0.00 | 2,654.82 |
| Expedited | | | 0.00 | | | 0.00 | | | 0.00 | 0.00 |
| Daily | | | 0.00 | | | 0.00 | | | 0.00 | 0.00 |
| Hourly | | | 0.00 | | | 0.00 | | | 0.00 | 0.00 |
| Realtime | 1,005 | 3.05 | 3,065.2 | | | 0.00 | | | | 3,065.25 |

| For proceedings on (Date): 4/27/2015 through 5/8/2015 | TOTAL | 5,720.07 |
|---|---|---|
| Court Trial Transcripts: Afternoon Sessions<br>Volumes: 1-P, 2-P, 3-P, 5-P, 6-P, 7-P, 8-P | LESS DISCOUNT FOR LATE DELIVERY | |
| | ADD AMOUNT OF DEPOSIT | |
| | AMOUNT DUE (OR REFUND) | 5,720.07 |

### ADDITIONAL INFORMATION

Full price may be changed only if the transcript is delivered within the required time frame.  For example, if an order for expedited transcript is not completed and delivered within (7) calendar days, payment would be at the 14-day *delivery* rate, and if not completed and delivered within 14 days, payment would be at the ordinary delivery rate.

### CERTIFICATION

I certify that the transcript fees charged and page format used comply with the requirements of this court and the Judicial Conference of the United States.

| SIGNATURE OF OFFICIAL COURT REPORTER /s/   Cheryl A. Seeman, RMR, CRR | DATE 05/22/2015 |
|---|---|

DISTRIBUTION:   TO PARTY (2 copies - I to be returned with payment)   COURT REPORTER   COURT REPORTER SUPERVISOR

Ashland/NSP
22243·1        E110
# 11-trial transcripts

#-my-called 5/29/15 LM 4a
1099 form.

# UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF WISCONSIN

Invoice Number: 1527
Call Number:

## INVOICE

**TO: Stafford Rosenbaum**
**c/o rmaier@staffordlaw.com**

**FROM:**

**Lynette Swenson**
**Federal Court Reporter**
**120 North Henry Street, Rm. 520**
**Madison, WI 53703**
**(608)255-3821**

## TRANSCRIPTS:

**Case Type:** Civil        **Date Ordered: 5-28-15**        **Date Delivered:** 6-2-15

**In the matter of NSPW v. City of Ashland, et al.  12-CV-602-BBC**

**Stenographic transcript of hearing held on 5-22-15 before District Judge Barbara B. Crabb**

**90 pgs. @ $4.25  (14-day delivery)  (divided by 2)**                    **$ 191.25**

**TOTAL    $ 191.25**

```
  0 · ∗
191 · 25 ×
  0 · 055 ≡
 10 · 52 ∗

 10 · 52 +
191 · 25 +
201 · 77 ∗
```

## CERTIFICATION:

I certify that the transcript fees charged and page format used comply
the court and the Judicial Conference of the United States.

_/s/_____  Date: __6-2-15_____
Lynette Swenson

# INVOICE



**GRAMANN**
REPORTING
*Innovation · Expertise · Integrity*

740 North Plankinton Ave.
Suite 400
Milwaukee, WI 53203

PHONE: 414.272.7878
FAX: 414.272.1806

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 211486 | 9/18/2013 | 116422 |
| **Job Date** | **Case No.** | |
| 8/26/2013 | 12-CV-602 | |
| **Case Name** | | |
| Northern States Power Company v. The City of Ashland, Wisconsin, et al. | | |
| **Payment Terms** | | |
| Due upon receipt | | |

Mr. Ted Waskowski
Stafford Rosenbaum LLP
222 West Washington Avenue, Suite 900
P.O. Box 1784
Madison WI 53701-1784

---

1 COPY OF THE TRANSCRIPT OF:

William P. Carrington        98.00 Pages      166.60

    Exhibit Scanning                           36.75

    CD                                              10.00

    Priority Mail & Handling                   8.00

**TOTAL DUE >>>    $221.35**

*[handwritten: tax $12.18 total $233.53]*

Check out our new office at:
740 N. Plankinton Ave. - Suite 400
Milwaukee, WI 53203
Phone: 800.899.7222 or 414.272.7878 Fax: 414.272.1806

ETRANSCRIPT, TEXT and PDF files e-mailed on 9/4/13.
Special case rates applied.

Thank you for your business!!

*Thank You*

WE SINCERELY APPRECIATE YOUR BUSINESS!

*[handwritten: Ashland/NSP 22243-1 #11 ✓ please pay -KRP]*

*[stamp: RECEIVED SEP 23 2013 BY]*

**Tax ID:** 39-1582838

---

*Please detach bottom portion and return with payment.*

Mr. Ted Waskowski
Stafford Rosenbaum LLP
222 West Washington Avenue, Suite 900
P.O. Box 1784
Madison WI 53701-1784

Invoice No.   : 211486
Invoice Date   : 9/18/2013
**Total Due**   : **$ 221.35**

Remit To: **Gramann Reporting, Ltd.**
         **740 N. Plankinton Avenue**
         **Suite 400**
         **Milwaukee WI 53203**

Job No.   : 116422
BU ID   : 1-MAIN
Case No.   : 12-CV-602
Case Name   : Northern States Power Company v. The City of Ashland, Wisconsin, et al.

# INVOICE



**GRAMANN**
REPORTING
*Innovation · Expertise · Integrity*

740 North Plankinton Ave.
Suite 400
Milwaukee, WI 53203

PHONE: 414.272.7878
FAX: 414.272.1806

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 211490 | 9/18/2013 | 116423 |
| **Job Date** | **Case No.** | |
| 8/27/2013 | 12-CV-602 | |
| **Case Name** | | |
| Northern States Power Company v. The City of Ashland, Wisconsin, et al. | | |
| **Payment Terms** | | |
| Due upon receipt | | |

Mr. Ted Waskowski
Stafford Rosenbaum LLP
222 West Washington Avenue, Suite 900
P.O. Box 1784
Madison WI 53701-1784

| 1 COPY OF THE TRANSCRIPT OF: | | |
|---|---|---|
| James H. Tomczak | 75.00  Pages | 127.50 |
| Exhibit Scanning | | 16.00 |
| CD | | 10.00 |
| Handling | | 5.00 |
| | **TOTAL DUE >>>** | **$158.50** |

*tax $8.72    total $167.22*

Check out our new office at:
740 N. Plankinton Ave. - Suite 400
Milwaukee, WI 53203
Phone: 800.899.7222 or 414.272.7878 Fax: 414.272.1806

ETRANSCRIPT, TEXT and PDF files e-mailed on 9/4/13.
Special case rates applied.

Thank you for your business!!

*Thank You*

WE SINCERELY APPRECIATE
YOUR BUSINESS!

*Ashland/NSP
#22243-1
#11
√please pay-KRP*

**Tax ID:** 39-1582838

*Please detach bottom portion and return with payment.*

Mr. Ted Waskowski
Stafford Rosenbaum LLP
222 West Washington Avenue, Suite 900
P.O. Box 1784
Madison WI 53701-1784

| | | |
|---|---|---|
| Invoice No. | : | 211490 |
| Invoice Date | : | 9/18/2013 |
| **Total Due** | : | **$ 158.50** |

Remit To: **Gramann Reporting, Ltd.**
**740 N. Plankinton Avenue**
**Suite 400**
**Milwaukee WI  53203**

| | | |
|---|---|---|
| Job No. | : | 116423 |
| BU ID | : | 1-MAIN |
| Case No. | : | 12-CV-602 |
| Case Name | : | Northern States Power Company v. The City of Ashland, Wisconsin, et al. |

# INVOICE



## GRAMANN
### REPORTING
*Innovation · Expertise · Integrity*

740 North Plankinton Ave.
Suite 400
Milwaukee, WI 53203

PHONE: 414.272.7878
FAX: 414.272.1806

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 211518 | 9/18/2013 | 116424 |
| **Job Date** | **Case No.** | |
| 8/28/2013 | 12-CV-602 | |
| **Case Name** | | |
| Northern States Power Company v. The City of Ashland, Wisconsin, et al. | | |
| **Payment Terms** | | |
| Due upon receipt | | |

Mr. Ted Waskowski
Stafford Rosenbaum LLP
222 West Washington Avenue, Suite 900
P.O. Box 1784
Madison WI 53701-1784

| | | | |
|---|---|---|---|
| 1 COPY OF THE TRANSCRIPT OF: | | | |
| Roland Peterson | 103.00 | Pages | 175.10 |
| Exhibit Scanning | | | 3.50 |
| 1 COPY OF THE TRANSCRIPT OF: | | | |
| Kenneth Veno | 58.00 | Pages | 98.60 |
| Exhibit Scanning | | | 8.00 |
| Handling | | | 5.00 |
| | | **TOTAL DUE >>>** | **$290.20** |

Check out our new office at:
740 N. Plankinton Ave. - Suite 400
Milwaukee, WI 53203
Phone: 800.899.7222 or 414.272.7878 Fax: 414.272.1806

ETRANSCRIPT, TEXT and PDF files e-mailed on 9/6/13.
Special case rates applied.

Thank you for your business!!

*tax $15.96 total $306.16*

*Thank You*

*WE SINCERELY APPRECIATE YOUR BUSINESS!*

*Ashland /NSP*
*22243-1*
*#11*

*√ please pay - KRP*

*RECEIVED SEP 23 2013*
*BY*

**Tax ID:** 39-1582838

*Please detach bottom portion and return with payment.*

Mr. Ted Waskowski
Stafford Rosenbaum LLP
222 West Washington Avenue, Suite 900
P.O. Box 1784
Madison WI 53701-1784

| | | |
|---|---|---|
| Invoice No. | : | 211518 |
| Invoice Date | : | 9/18/2013 |
| **Total Due** | : | **$ 290.20** |

Remit To: **Gramann Reporting, Ltd.**
**740 N. Plankinton Avenue**
**Suite 400**
**Milwaukee WI 53203**

| | | |
|---|---|---|
| Job No. | : | 116424 |
| BU ID | : | 1-MAIN |
| Case No. | : | 12-CV-602 |
| Case Name | : | Northern States Power Company v. The City of Ashland, Wisconsin, et al. |

# INVOICE



**GRAMANN**
REPORTING

*Innovation · Expertise · Integrity*

740 North Plankinton Ave.
Suite 400
Milwaukee, WI 53203
PHONE: 414.272.7878
Fax: 414.272.1806

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 211528 | 9/24/2013 | 116425 |
| **Job Date** | **Case No.** | |
| 8/29/2013 | 12-CV-602 | |
| **Case Name** | | |
| Northern States Power Company v. The City of Ashland, Wisconsin, et al. | | |
| **Payment Terms** | | |
| Due upon receipt | | |

Mr. Ted Waskowski
Stafford Rosenbaum LLP
222 West Washington Avenue, Suite 900
P.O. Box 1784
Madison WI 53701-1784

---

1 COPY OF THE TRANSCRIPT OF:

   Norman Peterson              119.00 Pages         202.30

      Exhibit Scanning                                3.25

      Handling                                     5.00

**TOTAL DUE >>>**      **$210.55**

*tax $ 11.58*
*total 222.13*

Check out our new office at:
740 N. Plankinton Ave. - Suite 400
Milwaukee, WI 53203
Phone: 800.899.7222 or 414.272.7878 Fax: 414.272.1806

*Ashland/NSP*
*22243-1*
*# 11*

ETRANSCRIPT, TEXT and PDF files e-mailed on 9/6/13.
Special case rates applied.

Thank you for your business!!

*Thank You*

WE SINCERELY APPRECIATE YOUR BUSINESS!

RECEIVED
SEP 27 2013
BY

**Tax ID:** 39-1582838

---

*Please detach bottom portion and return with payment.*

Mr. Ted Waskowski
Stafford Rosenbaum LLP
222 West Washington Avenue, Suite 900
P.O. Box 1784
Madison WI 53701-1784

| | | |
|---|---|---|
| Invoice No. | : | 211528 |
| Invoice Date | : | 9/24/2013 |
| **Total Due** | : | **$ 210.55** |

√KRP

Remit To: **Gramann Reporting, Ltd.**
          **740 N. Plankinton Avenue**
          **Suite 400**
          **Milwaukee WI 53203**

| | | |
|---|---|---|
| Job No. | : | 116425 |
| BU ID | : | 1-MAIN |
| Case No. | : | 12-CV-602 |
| Case Name | : | Northern States Power Company v. The City of Ashland, Wisconsin, et al. |

# INVOICE



**GRAMANN**
REPORTING

740 North Plankinton Ave.
Suite 400
Milwaukee, WI 53203

PHONE: 414.272.7878
FAX: 414.272.1806

*Innovation · Expertise · Integrity*

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 212023 | 10/2/2013 | 116666 |
| **Job Date** | **Case No.** | |
| 9/16/2013 | 12-CV-602 | |
| **Case Name** | | |
| Northern States Power Company v. The City of Ashland, Wisconsin, et al. | | |
| **Payment Terms** | | |
| Due upon receipt | | |

Mr. Ted Waskowski
Stafford Rosenbaum LLP
222 West Washington Avenue, Suite 900
P.O. Box 1784
Madison WI 53701-1784

---

1 COPY OF THE TRANSCRIPT OF:

David F. Wosepka      162.00 Pages      275.40

     Exhibit Scanning      79.50

     Handling      5.00

**TOTAL DUE >>>     $359.90**

Check out our new office at:
740 N. Plankinton Ave. - Suite 400
Milwaukee, WI 53203
Phone: 800.899.7222 or 414.272.7878 Fax: 414.272.1806

ETRANSCRIPT, TEXT and PDF files e-mailed on 9/25/13.
Special case rates applied.

Thank you for your business!!

*Ashland/NSP*
*22243-1*
*# 11*
*√OK*

**Tax ID:** 39-1582838

---

*Please detach bottom portion and return with payment.*

Mr. Ted Waskowski
Stafford Rosenbaum LLP
222 West Washington Avenue, Suite 900
P.O. Box 1784
Madison WI 53701-1784

| | | |
|---|---|---|
| Invoice No. | : | 212023 |
| Invoice Date | : | 10/2/2013 |
| **Total Due** | : | **$ 359.90** |

Remit To: **Gramann Reporting, Ltd.**
**740 N. Plankinton Avenue**
**Suite 400**
**Milwaukee WI 53203**

| | | |
|---|---|---|
| Job No. | : | 116666 |
| BU ID | : | 1-MAIN |
| Case No. | : | 12-CV-602 |
| Case Name | : | Northern States Power Company v. The City of Ashland, Wisconsin, et al. |

# INVOICE



**GRAMANN**
REPORTING

740 North Plankinton Ave.
Suite 400
Milwaukee, WI 53203

Phone: 414.272.7878
Fax: 414.272.1806

*Innovation · Expertise · Integrity*

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 212175 | 10/2/2013 | 116667 |
| **Job Date** | **Case No.** | |
| 9/17/2013 | 12-CV-602 | |
| **Case Name** | | |
| Northern States Power Company v. The City of Ashland, Wisconsin, et al. | | |
| **Payment Terms** | | |
| Due upon receipt | | |

Mr. Ted Waskowski
Stafford Rosenbaum LLP
222 West Washington Avenue, Suite 900
P.O. Box 1784
Madison WI 53701-1784

| | | | |
|---|---|---|---|
| 1 COPY OF TRANSCRIPT OF: | | | |
| Edward Monroe | 115.00 Pages | | 195.50 |
| Exhibit Scanning | | | 44.00 |
| 1 COPY OF TRANSCRIPT OF: | | | |
| Edward J. Sindelar | 63.00 Pages | | 107.10 |
| Exhibit Scanning | | | 16.25 |
| Handling | | | 5.00 |
| | | **TOTAL DUE >>>** | **$367.85** |

Check out our new office at:
740 N. Plankinton Ave. - Suite 400
Milwaukee, WI 53203
Phone: 800.899.7222 or 414.272.7878 Fax: 414.272.1806

ETRANSCRIPT, TEXT and PDF files e-mailed on 09/27/13.
Special case rates applied.

Thank you for your business!!

Ashland/NSP
22243-1
#11
JDK

**Tax ID:** 39-1582838

---

*Please detach bottom portion and return with payment.*

Mr. Ted Waskowski
Stafford Rosenbaum LLP
222 West Washington Avenue, Suite 900
P.O. Box 1784
Madison WI 53701-1784

| | | |
|---|---|---|
| Invoice No. | : | 212175 |
| Invoice Date | : | 10/2/2013 |
| **Total Due** | : | **$ 367.85** |

Remit To: **Gramann Reporting, Ltd.**
**740 N. Plankinton Avenue**
**Suite 400**
**Milwaukee WI 53203**

| | | |
|---|---|---|
| Job No. | : | 116667 |
| BU ID | : | 1-MAIN |
| Case No. | : | 12-CV-602 |
| Case Name | : | Northern States Power Company v. The City of Ashland, Wisconsin, et al. |

# INVOICE



**GRAMANN**
REPORTING

740 North Plankinton Ave.
Suite 400
Milwaukee, WI 53203

PHONE: 414.272.7878
FAX: 414.272.1806

*Innovation · Expertise · Integrity*

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 212256 | 10/2/2013 | 116669 |
| **Job Date** | **Case No.** | |
| 9/18/2013 | 12-CV-602 | |
| **Case Name** | | |
| Northern States Power Company v. The City of Ashland, Wisconsin, et al. | | |
| **Payment Terms** | | |
| Due upon receipt | | |

Mr. Ted Waskowski
Stafford Rosenbaum LLP
222 West Washington Avenue, Suite 900
P.O. Box 1784
Madison WI 53701-1784

| | | |
|---|---|---|
| 1 COPY OF TRANSCRIPT OF: | | |
| James R. Struck | 108.00  Pages | 183.60 |
| Exhibit Scanning | | 14.75 |
| 1 COPY OF TRANSCRIPT OF: | | |
| Lowell J. Miller | 72.00  Pages | 122.40 |
| Exhibit Scanning | | 24.50 |
| Handling | | 5.00 |
| | **TOTAL DUE  >>>** | **$350.25** |

Check out our new office at:
740 N. Plankinton Ave. - Suite 400
Milwaukee, WI 53203
Phone: 800.899.7222 or 414.272.7878 Fax: 414.272.1806

ETRANSCRIPT, TEXT, and PDF files e-mailed on 09/30/13.
Special case rates applied.

Thank you for your business!!

Ashland/NSP
22243-1

#11

JOK

**Tax ID:** 39-1582838

*Please detach bottom portion and return with payment.*

Mr. Ted Waskowski
Stafford Rosenbaum LLP
222 West Washington Avenue, Suite 900
P.O. Box 1784
Madison WI 53701-1784

| | | |
|---|---|---|
| Invoice No. | : | 212256 |
| Invoice Date | : | 10/2/2013 |
| **Total Due** | : | **$ 350.25** |

Remit To: **Gramann Reporting, Ltd.**
**740 N. Plankinton Avenue**
**Suite 400**
**Milwaukee WI  53203**

| | | |
|---|---|---|
| Job No. | : | 116669 |
| BU ID | : | 1-MAIN |
| Case No. | : | 12-CV-602 |
| Case Name | : | Northern States Power Company v. The City of Ashland, Wisconsin, et al. |

# INVOICE



**GRAMANN**
REPORTING

*Innovation · Expertise · Integrity*

740 North Plankinton Ave.
Suite 400
Milwaukee, WI 53203

PHONE: 414.272.7878
FAX: 414.272.1806

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 212243 | 10/4/2013 | 116968 |
| **Job Date** | **Case No.** | |
| 9/23/2013 | 12-CV-602 | |
| **Case Name** | | |
| Northern States Power Company v. The City of Ashland, Wisconsin, et al. | | |
| **Payment Terms** | | |
| Due upon receipt | | |

Mr. Ted Waskowski
Stafford Rosenbaum LLP
222 West Washington Avenue, Suite 900
P.O. Box 1784
Madison WI 53701-1784

| | | | |
|---|---|---|---|
| 1 COPY OF TRANSCRIPT OF: | | | |
| Brea Grace | 180.00 | Pages | 306.00 |
| Exhibit Scanning | | | 30.00 |
| Handling | | | 5.00 |
| | | **TOTAL DUE >>>** | **$341.00** |

Check out our new office at:
740 N. Plankinton Ave. - Suite 400
Milwaukee, WI 53203
Phone: 800.899.7222 or 414.272.7878 Fax: 414.272.1806

ETRANSCRIPT, TEXT and PDF files e-mailed on 09/30/13.
Special case rates applied.

Thank you for your business!!

*tax $18.76*

*RECEIVED OCT 0 8 2013*

*Ashland/NSP*
*22243-1*
*# 11*
*√please pay -TW*

**Thank You**

WE SINCERELY APPRECIATE
YOUR BUSINESS!

**Tax ID:** 39-1582838

*Please detach bottom portion and return with payment.*

Mr. Ted Waskowski
Stafford Rosenbaum LLP
222 West Washington Avenue, Suite 900
P.O. Box 1784
Madison WI 53701-1784

| | | |
|---|---|---|
| Invoice No. | : | 212243 |
| Invoice Date | : | 10/4/2013 |
| **Total Due** | : | **$ 341.00** |

Remit To: **Gramann Reporting, Ltd.**
**740 N. Plankinton Avenue**
**Suite 400**
**Milwaukee WI 53203**

| | | |
|---|---|---|
| Job No. | : | 116968 |
| BU ID | : | 1-MAIN |
| Case No. | : | 12-CV-602 |
| Case Name | : | Northern States Power Company v. The City of Ashland, Wisconsin, et al. |



# INVOICE

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 212350 | 10/4/2013 | 116969 |
| **Job Date** | | **Case No.** |
| 9/24/2013 | 12-CV-602 | |
| **Case Name** | | |
| Northern States Power Company v. The City of Ashland, Wisconsin, et al. | | |
| **Payment Terms** | | |
| Due upon receipt | | |

**GRAMANN**
REPORTING

740 North Plankinton Ave.
Suite 400
Milwaukee, WI 53203

PHONE: 414.272.7878
FAX: 414.272.1806

*Innovation · Expertise · Integrity*

Mr. Ted Waskowski
Stafford Rosenbaum LLP
222 West Washington Avenue, Suite 900
P.O. Box 1784
Madison WI 53701-1784

1 COPY OF TRANSCRIPT OF:

Anthony M. Murphy     158.00 Pages     268.60

    Exhibit Scanning     25.75

    Handling     5.00

**TOTAL DUE >>>**     **$299.35**

Check out our new office at:
740 N. Plankinton Ave. - Suite 400
Milwaukee, WI 53203
Phone: 800.899.7222 or 414.272.7878 Fax: 414.272.1806

ETRANSCRIPT, TEXT and PDF files e-mailed on 10/02/13.
Special case rates applied.

Thank you for your business!!

*tax $10.46*
*total $315.81*

*Ashland/NSP*
*22243-1*
*#11*

*√ please pay -KRP*



*Thank You*

WE SINCERELY APPRECIATE
YOUR BUSINESS!

**Tax ID:** 39-1582838

*Please detach bottom portion and return with payment.*

Mr. Ted Waskowski
Stafford Rosenbaum LLP
222 West Washington Avenue, Suite 900
P.O. Box 1784
Madison WI 53701-1784

| | | |
|---|---|---|
| Invoice No. | : | 212350 |
| Invoice Date | : | 10/4/2013 |
| **Total Due** | : | **$ 299.35** |

Remit To: **Gramann Reporting, Ltd.**
**740 N. Plankinton Avenue**
**Suite 400**
**Milwaukee WI 53203**

| | | |
|---|---|---|
| Job No. | : | 116969 |
| BU ID | : | 1-MAIN |
| Case No. | : | 12-CV-602 |
| Case Name | : | Northern States Power Company v. The City of Ashland, Wisconsin, et al. |

# INVOICE



**GRAMANN**
REPORTING

*Innovation · Expertise · Integrity*

740 North Plankinton Ave.
Suite 400
Milwaukee, WI 53203

PHONE: 414.272.7878
Fax: 414.272.1806

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 216071 | 3/13/2014 | 120186 |
| **Job Date** | **Case No.** | |
| 3/4/2014 | 12-CV-602 | |
| **Case Name** | | |
| Northern States Power Company v. The City of Ashland, Wisconsin, et al. | | |
| **Payment Terms** | | |
| Due upon receipt | | |

Mr. Ted Waskowski
Stafford Rosenbaum LLP
222 West Washington Avenue, Suite 900
P.O. Box 1784
Madison WI 53701-1784

---

1 COPY OF TRANSCRIPT OF:

| | | |
|---|---|---|
| James Jellish | 105.00 Pages | 178.50 |
| Exhibit Scanning | | 19.50 |
| CD | | 10.00 |
| Priority Mail & Handling | | 6.00 |
| | **TOTAL DUE >>>** | **$214.00** |

ETRANSCRIPT, TEXT and PDF files are available on our online repository.

*use tax 11.77*

Payment is due within thirty (30) days of the date of invoice. All past-due balances are subject to a late payment interest charge. *225.77*
Interest shall accrue at the legal rate of 5% per annum.

Thank you for your business!!

*✓ please pay - TRP*
*Ashland/NSP*
*22243-1*
*#11*

RECEIVED
MAR 17 2014
BY:



**Tax ID:** 39-1582838

---

*Please detach bottom portion and return with payment.*

Mr. Ted Waskowski
Stafford Rosenbaum LLP
222 West Washington Avenue, Suite 900
P.O. Box 1784
Madison WI 53701-1784

| | | |
|---|---|---|
| Invoice No. | : | 216071 |
| Invoice Date | : | 3/13/2014 |
| **Total Due** | : | **$ 214.00** |

Remit To: **Gramann Reporting, Ltd.**
**740 N. Plankinton Avenue**
**Suite 400**
**Milwaukee WI 53203**

| | | |
|---|---|---|
| Job No. | : | 120186 |
| BU ID | : | 1-MAIN |
| Case No. | : | 12-CV-602 |
| Case Name | : | Northern States Power Company v. The City of Ashland, Wisconsin, et al. |



# INVOICE

**GRAMANN**
REPORTING

*Innovation · Expertise · Integrity*

740 North Plankinton Ave.
Suite 400
Milwaukee, WI 53203

PHONE: 414.272.7878
FAX: 414.272.1806

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 216136 | 3/14/2014 | 120187 |
| **Job Date** | **Case No.** | |
| 3/5/2014 | 12-CV-602 | |
| **Case Name** | | |
| Northern States Power Company v. The City of Ashland, Wisconsin, et al. | | |
| **Payment Terms** | | |
| Due upon receipt | | |

Mr. Ted Waskowski
Stafford Rosenbaum LLP
222 West Washington Avenue, Suite 900
P.O. Box 1784
Madison WI 53701-1784

| | | |
|---|---|---|
| 1 COPY OF THE TRANSCRIPT OF: | | |
| Brian Knapp | 158.00 Pages | 268.60 |
| Exhibit Scanning | | 9.75 |
| CD | | 10.00 |
| Priority Mail & Handling | | 11.00 |
| | **TOTAL DUE  >>>** | **$299.35** |

ETRANSCRIPT, TEXT and PDF files are available on our online repository.

*Use tax @ 16.46*
*315.81*

Payment is due within thirty (30) days of the date of invoice. All past-due balances are subject to a late payment interest charge.
Interest shall accrue at the legal rate of 5% per annum.

Thank you for your business!!

*Ashland/NSP*
*22243-1*
*#11  √OK~KRP*

RECEIVED
MAR 19 2014
BY:

*Thank You*
FOR YOUR BUSINESS

**Tax ID:** 39-1582838

*Please detach bottom portion and return with payment.*

Mr. Ted Waskowski
Stafford Rosenbaum LLP
222 West Washington Avenue, Suite 900
P.O. Box 1784
Madison WI 53701-1784

Invoice No.    :  216136
Invoice Date  :  3/14/2014
**Total Due**    :  **$ 299.35**

Remit To: **Gramann Reporting, Ltd.**
**740 N. Plankinton Avenue**
**Suite 400**
**Milwaukee WI 53203**

Job No.      :  120187
BU ID        :  1-MAIN
Case No.     :  12-CV-602
Case Name  :  Northern States Power Company v. The City
of Ashland, Wisconsin, et al.

# INVOICE



## GRAMANN
### REPORTING

740 North Plankinton Ave.
Suite 400
Milwaukee, WI 53203

PHONE: 414.272.7878
FAX: 414.272.1806

*Innovation · Expertise · Integrity*

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 216382 | 3/26/2014 | 120300 |
| **Job Date** | **Case No.** | |
| 3/18/2014 | 12-CV-602 | |
| **Case Name** | | |
| Northern States Power Company v. The City of Ashland, Wisconsin, et al. | | |
| **Payment Terms** | | |
| Due upon receipt | | |

Mr. Ted Waskowski
Stafford Rosenbaum LLP
222 West Washington Avenue, Suite 900
P.O. Box 1784
Madison WI 53701-1784

| | | | |
|---|---|---|---|
| 1 COPY OF THE TRANSCRIPT OF: | | | |
| Ronald E. Bizzarri | 183.00 Pages | | 311.10 |
| Exhibit Scanning | | | 181.25 |
| 1 COPY OF THE TRANSCRIPT OF: | | | |
| Ronald E. Bizzarri - Confidential Excerpts | 8.00 Pages | | 13.60 |
| Handling | | | 5.00 |

**TOTAL DUE >>>**   **$510.95**

ETRANSCRIPT, TEXT and PDF files are available on our online repository.

use tax 28.10

Payment is due within thirty (30) days of the date of invoice. All past-due balances are subject to a late payment interest charge.
Interest shall accrue at the legal rate of 5% per annum.

539.00

Thank you for your business!!

√ please pay this
Ashland/NSP
22243-1
# 11

*Thank You*

*WE SINCERELY APPRECIATE
YOUR BUSINESS!*

RECEIVED
APR 01 2014
BY

**Tax ID:** 39-1582838

*Please detach bottom portion and return with payment.*

Mr. Ted Waskowski
Stafford Rosenbaum LLP
222 West Washington Avenue, Suite 900
P.O. Box 1784
Madison WI 53701-1784

| | | |
|---|---|---|
| Invoice No. | : | 216382 |
| Invoice Date | : | 3/26/2014 |
| **Total Due** | : | **$ 510.95** |

Remit To: **Gramann Reporting, Ltd.**
**740 N. Plankinton Avenue**
**Suite 400**
**Milwaukee WI 53203**

| | | |
|---|---|---|
| Job No. | : | 120300 |
| BU ID | : | 1-MAIN |
| Case No. | : | 12-CV-602 |
| Case Name | : | Northern States Power Company v. The City of Ashland, Wisconsin, et al. |

# INVOICE





**GRAMANN**
REPORTING

740 North Plankinton Ave.
Suite 400
Milwaukee, WI 53203

PHONE: 414.272.7878
Fax: 414.272.1806

*Innovation · Expertise · Integrity*

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 216430 | 3/28/2014 | 120301 |
| **Job Date** | **Case No.** | |
| 3/20/2014 | 12-CV-602 | |
| **Case Name** | | |
| Northern States Power Company v. The City of Ashland, Wisconsin, et al. | | |
| **Payment Terms** | | |
| Due upon receipt | | |

Mr. Ted Waskowski
Stafford Rosenbaum LLP
222 West Washington Avenue, Suite 900
P.O. Box 1784
Madison WI  53701-1784

---

1 COPY OF THE TRANSCRIPT OF:

| | | |
|---|---|---|
| Edward M. Gerulat, Jr. | 217.00  Pages | 368.90 |
| Exhibit Scanning | | 159.75 |
| Handling | | 5.00 |
| | **TOTAL DUE  >>>** | **$533.65** |

ETRANSCRIPT, TEXT and PDF files are available on our online repository.

usc tax 29.35

Payment is due within thirty (30) days of the date of invoice.  All past-due balances are subject to a late payment interest charge.   563.00
Interest shall accrue at the legal rate of 5% per annum.

Thank you for your business!!

*Voucher pays + x40* Ashland/NSP
22243-1
#11

*Thank You*

WE SINCERELY APPRECIATE
YOUR BUSINESS!

RECEIVED
APR 01 2014
BY:

**Tax ID:** 39-1582838

*Please detach bottom portion and return with payment.*

---

Mr. Ted Waskowski
Stafford Rosenbaum LLP
222 West Washington Avenue, Suite 900
P.O. Box 1784
Madison WI  53701-1784

| | | |
|---|---|---|
| Invoice No. | : | 216430 |
| Invoice Date | : | 3/28/2014 |
| **Total Due** | : | **$ 533.65** |

Remit To: **Gramann Reporting, Ltd.**
**740 N. Plankinton Avenue**
**Suite 400**
**Milwaukee WI  53203**

| | | |
|---|---|---|
| Job No. | : | 120301 |
| BU ID | : | 1-MAIN |
| Case No. | : | 12-CV-602 |
| Case Name | : | Northern States Power Company v. The City of Ashland, Wisconsin, et al. |



**GRAMANN**
REPORTING

740 North Plankinton Ave.
Suite 400
Milwaukee, WI 53203

Phone: 414.272.7878
Fax: 414.272.1806

*Innovation · Expertise · Integrity*



*OK*

# INVOICE

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 217019 | 4/24/2014 | 120544 |
| **Job Date** | **Case No.** | |
| 4/17/2014 | 12-CV-602 | |
| **Case Name** | | |
| Northern States Power Company v. The City of Ashland, Wisconsin, et al. | | |
| **Payment Terms** | | |
| Due upon receipt | | |

Mr. Ted Waskowski
Stafford Rosenbaum LLP
222 West Washington Avenue, Suite 900
P.O. Box 1784
Madison WI 53701-1784

| | | | |
|---|---|---|---|
| 1 COPY OF THE TRANSCRIPT OF: | | | |
| Robert Klamerus | 102.00 Pages | | 173.40 |
| Exhibit Scanning | | | 1.50 |
| 1 COPY OF THE TRANSCRIPT OF: | | | |
| Joseph Kabasa | 86.00 Pages | | 146.20 |
| Exhibit Scanning | | | 4.50 |
| Handling | | | 5.00 |

**TOTAL DUE  >>>**      **$330.60**

ETRANSCRIPT, TEXT and PDF files are available on our online repository.                  *Use tax 18,18*

Payment is due within thirty (30) days of the date of invoice.  All past-due balances are subject to a late payment interest charge. *348.78*
Interest shall accrue at the legal rate of 5% per annum.

Thank you for your business!!

*✓ Please pay - IRP*
*22243 - 1*
*Ashland/NSP*
*#11*

*RECEIVED*
*APR 2 8 2014*
*BY:*

**Tax ID:** 39-1582838

*Please detach bottom portion and return with payment.*

Mr. Ted Waskowski
Stafford Rosenbaum LLP
222 West Washington Avenue, Suite 900
P.O. Box 1784
Madison WI 53701-1784

| | | |
|---|---|---|
| Invoice No. | : | 217019 |
| Invoice Date | : | 4/24/2014 |
| **Total Due** | : | **$ 330.60** |

Remit To: **Gramann Reporting, Ltd.**
**740 N. Plankinton Avenue**
**Suite 400**
**Milwaukee WI  53203**

| | | |
|---|---|---|
| Job No. | : | 120544 |
| BU ID | : | 1-MAIN |
| Case No. | : | 12-CV-602 |
| Case Name | : | Northern States Power Company v. The City of Ashland, Wisconsin, et al. |

# INVOICE



## GRAMANN
### REPORTING

740 North Plankinton Ave.
Suite 400
Milwaukee, WI 53203

PHONE: 414.272.7878
FAX: 414.272.1806

*Innovation · Expertise · Integrity*

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 217988 | 6/2/2014 | 121470 |
| **Job Date** | **Case No.** | |
| 5/7/2014 | 12-CV-602 | |
| **Case Name** | | |
| Northern States Power Company v. The City of Ashland, Wisconsin, et al. | | |
| **Payment Terms** | | |
| Due upon receipt | | |

Mr. Ted Waskowski
Stafford Rosenbaum LLP
222 West Washington Avenue, Suite 900
P.O. Box 1784
Madison WI 53701-1784

---

ORIGINAL (SPLIT) AND 1 COPY OF THE TRANSCRIPT OF:

| | | |
|---|---|---|
| James A. Musso | 317.00 Pages | 554.75 |
| Full Day Appearance | | 20.00 |
| Exhibit Scanning | 394.00 Pages | 98.50 |
| Errata Request | | 3.00 |
| Postage, Handling, & Archiving | | 20.00 |

**TOTAL DUE  >>>**   **$696.25**

*Use tax 38.29*

*734.54*

**This invoice replaces invoice 217528.**

ETRANSCRIPT, TEXT and PDF files are available on our online repository.

Payment is due within thirty (30) days of the date of invoice.  All past-due balances are subject to a late payment interest charge.
Interest shall accrue at the legal rate of 5% per annum.

Thank you for your business!!

*please pay HRP*

*Ashland/NSP*
*22243-1*
*#11*

RECEIVED JUN 0 4 2014 BY

**Tax ID:** 39-1582838

---

*Please detach bottom portion and return with payment.*

Mr. Ted Waskowski
Stafford Rosenbaum LLP
222 West Washington Avenue, Suite 900
P.O. Box 1784
Madison WI 53701-1784

| | | |
|---|---|---|
| Invoice No. | : | 217988 |
| Invoice Date | : | 6/2/2014 |
| **Total Due** | : | **$ 696.25** |

Remit To: **Gramann Reporting, Ltd.**
**740 N. Plankinton Avenue**
**Suite 400**
**Milwaukee WI  53203**

| | | |
|---|---|---|
| Job No. | : | 121470 |
| BU ID | : | 1-MAIN |
| Case No. | : | 12-CV-602 |
| Case Name | : | Northern States Power Company v. The City of Ashland, Wisconsin, et al. |

# INVOICE



**GRAMANN**
REPORTING

740 North Plankinton Ave.
Suite 400
Milwaukee, WI 53203

PHONE: 414.272.7878
FAX: 414.272.1806

*Innovation · Expertise · Integrity*

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 218117 | 6/5/2014 | 121815 |
| **Job Date** | **Case No.** | |
| 5/28/2014 | 12-CV-602 | |
| **Case Name** | | |
| Northern States Power Company v. The City of Ashland, Wisconsin, et al. | | |
| **Payment Terms** | | |
| Due upon receipt | | |

Mr. Ted Waskowski
Stafford Rosenbaum LLP
222 West Washington Avenue, Suite 900
P.O. Box 1784
Madison WI 53701-1784

---

ORIGINAL (SPLIT) AND 1 COPY OF THE TRANSCRIPT OF:

| | | | |
|---|---|---|---|
| 30(b)(6) of Northern States Power Company through David A. Crass | 330.00 | Pages | 676.50 |
| Full Day Appearance | | | 28.75 |
| Exhibit Scanning | 113.00 | Pages | 28.25 |
| Errata Request | | | 5.00 |
| Postage, Handling, & Archiving | | | 16.00 |
| | | **TOTAL DUE >>>** | **$754.50** |

ETRANSCRIPT, TEXT and PDF files are available on our online repository.
Postage charge reflects cost of sending original transcript after witness' corrections and signature are received.
Cost of original transcript and reporter's appearance have been split with all defendants' cousel.

*Use tax 41.50*

*796.00*

*Ashland/NSP
22243-1
# 11*

*OTV*

RECEIVED
JUN 0 9 2014
BY:

**Tax ID:** 39-1582838

*Please detach bottom portion and return with payment.*

---

Mr. Ted Waskowski
Stafford Rosenbaum LLP
222 West Washington Avenue, Suite 900
P.O. Box 1784
Madison WI 53701-1784

| | | |
|---|---|---|
| Invoice No. | : | 218117 |
| Invoice Date | : | 6/5/2014 |
| **Total Due** | : | **$ 754.50** |

Remit To: **Gramann Reporting, Ltd.**
**740 N. Plankinton Avenue**
**Suite 400**
**Milwaukee WI 53203**

| | | |
|---|---|---|
| Job No. | : | 121815 |
| BU ID | : | 1-MAIN |
| Case No. | : | 12-CV-602 |
| Case Name | : | Northern States Power Company v. The City of Ashland, Wisconsin, et al. |

# INVOICE



**GRAMANN**
REPORTING

*Innovation · Expertise · Integrity*

740 North Plankinton Ave.
Suite 400
Milwaukee, WI 53203

PHONE: 414.272.7878
Fax: 414.272.1806

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 218515 | 6/20/2014 | 121851 |
| **Job Date** | **Case No.** | |
| 5/28/2014 | 12-CV-602 | |
| **Case Name** | | |
| Northern States Power Company v. The City of Ashland, Wisconsin, et al. | | |
| **Payment Terms** | | |
| Due upon receipt | | |

Mr. Ted Waskowski
Stafford Rosenbaum LLP
222 West Washington Avenue, Suite 900
P.O. Box 1784
Madison WI 53701-1784

VIDEOGRAPHER CHARGES:
David A. Crass (Volume I) - Video

| | | |
|---|---|---|
| Videographer Setup/Breakdown and First Hour | | 45.00 |
| Videographer Additional Hour(s) | 8.50 Hours | 187.00 |
| Video Handling & Archiving | | 4.00 |
| SALES TAX | | 12.98 |
| **TOTAL DUE >>>** | | **$248.98** |

This invoice replaces invoice 218181.
Charges have been split with all defendants' counsel.

Payment is due within thirty (30) days of the date of invoice. All past-due balances are subject to a late payment interest charge.
Interest shall accrue at the legal rate of 5% per annum.

Thank you for your business!

√pay
Ashland/NSP
22243-1 -KP
#11

**Tax ID:** 39-1582838

*Please detach bottom portion and return with payment.*

Mr. Ted Waskowski
Stafford Rosenbaum LLP
222 West Washington Avenue, Suite 900
P.O. Box 1784
Madison WI 53701-1784

| | | |
|---|---|---|
| Invoice No. | : | 218515 |
| Invoice Date | : | 6/20/2014 |
| **Total Due** | : | **$ 248.98** |

Remit To: **Gramann Reporting, Ltd.**
**740 N. Plankinton Avenue**
**Suite 400**
**Milwaukee WI 53203**

| | | |
|---|---|---|
| Job No. | : | 121851 |
| BU ID | : | Video |
| Case No. | : | 12-CV-602 |
| Case Name | : | Northern States Power Company v. The City of Ashland, Wisconsin, et al. |

# INVOICE



740 North Plankinton Ave.
Suite 400
Milwaukee, WI 53203

PHONE: 414.272.7878
Fax: 414.272.1806

*Innovation · Expertise · Integrity*

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 218506 | 6/20/2014 | 121855 |
| Job Date | Case No. | |
| 5/29/2014 | 12-CV-602 | |
| Case Name | | |
| Northern States Power Company v. The City of Ashland, Wisconsin, et al. | | |
| Payment Terms | | |
| Due upon receipt | | |

Mr. Ted Waskowski
Stafford Rosenbaum LLP
222 West Washington Avenue, Suite 900
P.O. Box 1784
Madison WI  53701-1784

VIDEOGRAPHER CHARGES:
   David A. Crass (Volume II) - Video
      Videographer Setup/Breakdown and First Hour                              45.00
      Videographer Additional Hour(s)            7.50  Hours       165.00
      Video Shipping, Handling, & Archiving                            5.00
      SALES TAX                                            11.83

**TOTAL DUE  >>>        $226.83**

This invoice replaces invoice 218180.
Charges have been split with all defendants' counsel.

Payment is due within thirty (30) days of the date of invoice.  All past-due balances are subject to a late payment interest charge.
Interest shall accrue at the legal rate of 5% per annum.

Thank you for your business!

*√ pay*
*Ashland / NSP*
*22243 - 1*
*# 11*    *-JCP*

**Tax ID:** 39-1582838

*Please detach bottom portion and return with payment*

Mr. Ted Waskowski
Stafford Rosenbaum LLP
222 West Washington Avenue, Suite 900
P.O. Box 1784
Madison WI  53701-1784

| | | |
|---|---|---|
| Invoice No. | : | 218506 |
| Invoice Date | : | 6/20/2014 |
| **Total Due** | : | **$ 226.83** |

**Remit To: Gramann Reporting, Ltd.**
          **740 N. Plankinton Avenue**
          **Suite 400**
          **Milwaukee WI  53203**

| | | |
|---|---|---|
| Job No. | : | 121855 |
| BU ID | : | Video |
| Case No. | : | 12-CV-602 |
| Case Name | : | Northern States Power Company v. The City of Ashland, Wisconsin, et al. |

# INVOICE



**GRAMANN**
REPORTING

*Innovation · Expertise · Integrity*

740 North Plankinton Ave.
Suite 400
Milwaukee, WI 53203

PHONE: 414.272.7878
Fax: 414.272.1806

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 218163 | 6/6/2014 | 121816 |
| **Job Date** | **Case No.** | |
| 5/29/2014 | 12-CV-602 | |
| **Case Name** | | |
| Northern States Power Company v. The City of Ashland, Wisconsin, et al. | | |
| **Payment Terms** | | |
| Due upon receipt | | |

Mr. Ted Waskowski
Stafford Rosenbaum LLP
222 West Washington Avenue, Suite 900
P.O. Box 1784
Madison WI 53701-1784

ORIGINAL (SPLIT) AND 1 COPY OF THE TRANSCRIPT OF:

| | | | |
|---|---|---|---|
| David A. Crass, Volume II | 304.00 | Pages | 623.20 |
| Full Day Appearance | | | 23.50 |
| Exhibit Scanning | 161.00 | Pages | 40.25 |
| Errata Request | | | 3.00 |
| Postage, Handling, & Archiving | | | 16.00 |

**TOTAL DUE >>>**    **$705.95**

ETRANSCRIPT, TEXT and PDF files are available on our online repository.
Postage charge reflects cost of sending original transcript after witness' corrections and signature are received.
Cost of original transcript and reporter's appearance have been split with all defendants' counsel.

*use tax 38.83*

*744.78*

*Ashland/NSP*
*22243-1*
*#11*

*OK*

RECEIVED
JUN 09 2014
BY

**Tax ID:** 39-1582838

---

*Please detach bottom portion and return with payment.*

Mr. Ted Waskowski
Stafford Rosenbaum LLP
222 West Washington Avenue, Suite 900
P.O. Box 1784
Madison WI 53701-1784

Invoice No.    : 218163
Invoice Date  : 6/6/2014
**Total Due**    : **$ 705.95**

Remit To: **Gramann Reporting, Ltd.**
          **740 N. Plankinton Avenue**
          **Suite 400**
          **Milwaukee WI  53203**

Job No.    : 121816
BU ID      : 1-MAIN
Case No.   : 12-CV-602
Case Name  : Northern States Power Company v. The City
             of Ashland, Wisconsin, et al.

# INVOICE



740 North Plankinton Ave.
Suite 400
Milwaukee, WI 53203

**GRAMANN**
REPORTING

PHONE: 414.272.7878
FAX: 414.272.1806

*Innovation · Expertise · Integrity*

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 218668 | 6/30/2014 | 122067 |
| **Job Date** | **Case No.** | |
| 6/18/2014 | 12-CV-602 | |
| **Case Name** | | |
| Northern States Power Company v. The City of Ashland, Wisconsin, et al. | | |
| **Payment Terms** | | |
| Due upon receipt | | |

Mr. Ted Waskowski
Stafford Rosenbaum LLP
222 West Washington Avenue, Suite 900
P.O. Box 1784
Madison WI 53701-1784

| | | | |
|---|---|---|---|
| ORIGINAL (SPLIT) AND 1 COPY OF THE TRANSCRIPT OF: | | | |
| Karen L. Everson, Volume I | 228.00 | Pages | 399.00 |
| Full Day Appearance | | | 21.75 |
| Exhibit Scanning | 211.00 | Pages | 52.75 |
| Errata Request | | | 3.00 |
| Postage, Handling, & Archiving | | | 20.00 |
| | | **TOTAL DUE >>>** | **$496.50** |

ETRANSCRIPT, TEXT and PDF files are available on our online repository.
Cost of original transcript and reporter's appearance have been split with all defendants' counsel. The charges on this invoice reflect your portion.

Payment is due within thirty (30) days of the date of invoice. All past-due balances are subject to a late payment interest charge. Interest shall accrue at the legal rate of 5% per annum.

Thank you for your business!

*pay Ashland/NSP 22243-1 #11*    OK    *(signature)*

RECEIVED
JUL 03 2014
BY:

**Tax ID:** 39-1582838

*Please detach bottom portion and return with payment.*

Mr. Ted Waskowski
Stafford Rosenbaum LLP
222 West Washington Avenue, Suite 900
P.O. Box 1784
Madison WI 53701-1784

| | | |
|---|---|---|
| Invoice No. | : | 218668 |
| Invoice Date | : | 6/30/2014 |
| **Total Due** | : | **$ 496.50** |

Remit To: **Gramann Reporting, Ltd.**
**740 N. Plankinton Avenue**
**Suite 400**
**Milwaukee WI 53203**

| | | |
|---|---|---|
| Job No. | : | 122067 |
| BU ID | : | 1-MAIN |
| Case No. | : | 12-CV-602 |
| Case Name | : | Northern States Power Company v. The City of Ashland, Wisconsin, et al. |

# INVOICE



**GRAMANN**
REPORTING

*Innovation · Expertise · Integrity*

740 North Plankinton Ave.
Suite 400
Milwaukee, WI 53203

PHONE: 414.272.7878
FAX: 414.272.1806

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 218711 | 6/30/2014 | 122068 |
| **Job Date** | **Case No.** | |
| 6/19/2014 | 12-CV-602 | |
| **Case Name** | | |
| Northern States Power Company v. The City of Ashland, Wisconsin, et al. | | |
| **Payment Terms** | | |
| Due upon receipt | | |

Mr. Ted Waskowski
Stafford Rosenbaum LLP
222 West Washington Avenue, Suite 900
P.O. Box 1784
Madison WI 53701-1784

---

ORIGINAL (SPLIT) AND 1 COPY OF THE TRANSCRIPT OF:

| | | | |
|---|---|---|---|
| Karen L. Everson, Volume II | 128.00 | Pages | 224.00 |
| Half Day Appearance | | | 10.00 |
| Exhibit Scanning | 104.00 | Pages | 26.00 |
| Errata Request | | | 3.00 |
| Postage, Handling, & Archiving | | | 15.00 |

**TOTAL DUE >>>        $278.00**

*use tex $15.29*

ETRANSCRIPT, TEXT and PDF files are available on our online repository.
Cost of original transcript and reporter's appearance have been split with all defendants' counsel. The charges on this invoice reflect your portion.

Payment is due within thirty (30) days of the date of invoice. All past-due balances are subject to a late payment interest charge. Interest shall accrue at the legal rate of 5% per annum.

Thank you for your business!

*pay
Ashland/NSP
22243-1
#11*

RECEIVED
JUL 03 2014
BY

**Tax ID:** 39-1582838

---

*Please detach bottom portion and return with payment.*

Mr. Ted Waskowski
Stafford Rosenbaum LLP
222 West Washington Avenue, Suite 900
P.O. Box 1784
Madison WI 53701-1784

| | | |
|---|---|---|
| Invoice No. | : | 218711 |
| Invoice Date | : | 6/30/2014 |
| **Total Due** | : | **$ 278.00** |

Remit To: **Gramann Reporting, Ltd.**
**740 N. Plankinton Avenue**
**Suite 400**
**Milwaukee WI 53203**

| | | |
|---|---|---|
| Job No. | : | 122068 |
| BU ID | : | 1-MAIN |
| Case No. | : | 12-CV-602 |
| Case Name | : | Northern States Power Company v. The City of Ashland, Wisconsin, et al. |

# INVOICE



GRAMANN
REPORTING

740 North Plankinton Ave.
Suite 400
Milwaukee, WI 53203

PHONE: 414.272.7878
FAX: 414.272.1806

*Innovation · Expertise · Integrity*

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 218742 | 7/2/2014 | 122069 |
| **Job Date** | **Case No.** | |
| 6/24/2014 | 12-CV-602 | |
| **Case Name** | | |
| Northern States Power Company v. The City of Ashland, Wisconsin, et al. | | |
| **Payment Terms** | | |
| Due upon receipt | | |

Mr. Ted Waskowski
Stafford Rosenbaum LLP
222 West Washington Avenue, Suite 900
P.O. Box 1784
Madison WI 53701-1784

| | | | |
|---|---|---|---|
| ORIGINAL (SPLIT) AND 1 COPY OF THE TRANSCRIPT OF: | | | |
| David Donovan | 289.00 | Pages | 505.75 |
| Full Day Appearance | | | 20.00 |
| Exhibit Scanning | 164.00 | Pages | 41.00 |
| Errata Request | | | 3.00 |
| Postage, Handling, & Archiving | | | 14.00 |
| | | **TOTAL DUE  >>>** | **$583.75** |

ETRANSCRIPT, TEXT and PDF files are available on our online repository.
Cost of original transcript and reporter's appearance have been split with all defendants' counsel. The charges on this invoice reflect your portion.

Payment is due within thirty (30) days of the date of invoice. All past-due balances are subject to a late payment interest charge. Interest shall accrue at the legal rate of 5% per annum.

Thank you for your business!

*pay Ashland/NSP 22243-1 #11*

RECEIVED JUL 07 2014 BY:

**Tax ID:** 39-1582838

*Please detach bottom portion and return with payment.*

Mr. Ted Waskowski
Stafford Rosenbaum LLP
222 West Washington Avenue, Suite 900
P.O. Box 1784
Madison WI 53701-1784

| Invoice No. | : | 218742 |
|---|---|---|
| Invoice Date | : | 7/2/2014 |
| **Total Due** | : | **$ 583.75** |

Remit To: **Gramann Reporting, Ltd.**
**740 N. Plankinton Avenue**
**Suite 400**
**Milwaukee WI 53203**

| Job No. | : | 122069 |
|---|---|---|
| BU ID | : | 1-MAIN |
| Case No. | : | 12-CV-602 |
| Case Name | : | Northern States Power Company v. The City of Ashland, Wisconsin, et al. |

# INVOICE



740 North Plankinton Ave.
Suite 400
Milwaukee, WI 53203

PHONE: 414.272.7878
FAX: 414.272.1806

*Innovation · Expertise · Integrity*

**GRAMANN**
REPORTING

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 218784 | 7/7/2014 | 122070 |
| **Job Date** | **Case No.** | |
| 6/26/2014 | 12-CV-602 | |
| **Case Name** | | |
| Northern States Power Company v. The City of Ashland, Wisconsin, et al. | | |
| **Payment Terms** | | |
| Due upon receipt | | |

Mr. Ted Waskowski
Stafford Rosenbaum LLP
222 West Washington Avenue, Suite 900
P.O. Box 1784
Madison WI 53701-1784

ORIGINAL (SPLIT) AND 1 COPY OF THE TRANSCRIPT OF:

| | | | |
|---|---|---|---|
| Jerry Winslow | 317.00 | Pages | 649.85 |
| Full Day Appearance | | | 20.00 |
| Exhibit Scanning | 197.00 | Pages | 49.25 |
| Errata Request | | | 3.00 |
| Postage, Handling, & Archiving | | | 14.00 |
| | | **TOTAL DUE  >>>** | **$736.10** |

ETRANSCRIPT, TEXT and PDF files are available on our online repository.
Cost of original transcript and reporter's appearance have been split with all defendants' counsel.

Payment is due within thirty (30) days of the date of invoice.  All past-due balances are subject to a late payment interest charge.
Interest shall accrue at the legal rate of 5% per annum.

Thank you for your business!

*[handwritten: /pay Ashland/NSP 22243-1 #11]*  *[handwritten: OK]*  *[stamp: RECEIVED JUL 10 2014 BY:]*

**Tax ID:** 39-1582838

*Please detach bottom portion and return with payment.*

Mr. Ted Waskowski
Stafford Rosenbaum LLP
222 West Washington Avenue, Suite 900
P.O. Box 1784
Madison WI  53701-1784

| | | |
|---|---|---|
| Invoice No. | : | 218784 |
| Invoice Date | : | 7/7/2014 |
| **Total Due** | : | **$ 736.10** |

Remit To: Gramann **Reporting, Ltd.**
740 N. Plankinton Avenue
Suite 400
Milwaukee WI  53203

| | | |
|---|---|---|
| Job No. | : | 122070 |
| BU ID | : | 1-MAIN |
| Case No. | : | 12-CV-602 |
| Case Name | : | Northern States Power Company v. The City of Ashland, Wisconsin, et al. |

# INVOICE



**GRAMANN**
REPORTING

740 North Plankinton Ave.
Suite 400
Milwaukee, WI 53203

Phone: 414.272.7878
Fax: 414.272.1806

*Innovation · Expertise · Integrity*

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 218788 | 7/2/2014 | 122543 |
| **Job Date** | **Case No.** | |
| 6/26/2014 | 12-CV-602 | |
| **Case Name** | | |
| Northern States Power Company v. The City of Ashland, Wisconsin, et al. | | |
| **Payment Terms** | | |
| Due upon receipt | | |

Mr. Ted Waskowski
Stafford Rosenbaum LLP
222 West Washington Avenue, Suite 900
P.O. Box 1784
Madison WI  53701-1784

| VIDEOGRAPHER CHARGES: | | |
|---|---|---|
| Jerry Winslow | | |
| Videographer Setup/Breakdown and First Hour | | 225.00 |
| Videographer Additional Hour(s) | 7.75  Hours | 852.50 |
| Video Shipping, Handling, & Archiving | | 21.00 |
| SALES TAX | | 60.42 |
| | **TOTAL DUE  >>>** | **$1,158.92** |

Reference No.   :  25229

Video archived at Gramann Reporting.
Original DVD(s) sent to Mr. Waskowski.

Payment is due within thirty (30) days of the date of invoice.  All past-due balances are subject to a late payment interest charge.
Interest shall accrue at the legal rate of 5% per annum.

Thank you for your business!

*[handwritten: Jpay Ashland/NSP 22243-1 #11 -TP]*

| | |
|---|---|
| **(-) Payments/Credits:** | 928.14 |
| **(+) Finance Charges/Debits:** | 0.00 |
| **(=) New Balance:** | **$230.78** |

**Tax ID:** 39-1582838

*Please detach bottom portion and return with payment.*

Mr. Ted Waskowski
Stafford Rosenbaum LLP
222 West Washington Avenue, Suite 900
P.O. Box 1784
Madison WI  53701-1784

Invoice No.    :  218788
Invoice Date   :  7/2/2014
**Total Due**     :  **$ 230.78**

Remit To:  **Gramann Reporting, Ltd.**
           **740 N. Plankinton Avenue**
           **Suite 400**
           **Milwaukee WI  53203**

Job No.     :  122543
BU ID       :  Video
Case No.    :  12-CV-602
Case Name   :  Northern States Power Company v. The City
               of Ashland, Wisconsin, et al.

# INVOICE



740 North Plankinton Ave.
Suite 400
Milwaukee, WI 53203

PHONE: 414.272.7878
FAX: 414.272.1806

**GRAMANN**
REPORTING

*Innovation · Expertise · Integrity*

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 218909 | 7/15/2014 | 122264 |
| **Job Date** | **Case No.** | |
| 6/30/2014 | 12-CV-602 | |
| **Case Name** | | |
| Northern States Power Company v. The City of Ashland, Wisconsin, et al. | | |
| **Payment Terms** | | |
| Due upon receipt | | |

Mr. Ted Waskowski
Stafford Rosenbaum LLP
222 West Washington Avenue, Suite 900
P.O. Box 1784
Madison WI 53701-1784

---

ORIGINAL (SPLIT) AND 1 COPY OF THE TRANSCRIPT OF:

| | | | |
|---|---|---|---|
| John Wilson | 235.00 | Pages | 411.25 |
| Full Day Appearance | | | 20.00 |
| Exhibit Scanning | 137.00 | Pages | 34.25 |
| Errata Request | | | 3.00 |
| Postage, Handling, & Archiving | | | 14.00 |

**TOTAL DUE  >>>     $482.50**

ETRANSCRIPT, TEXT and PDF files are available on our online repository.
Cost of original transcript, transcript archiving, errata, and reporter's appearance has been split with all defendants' counsel.  The charges
on this invoice reflect your portions.

Payment is due within thirty (30) days of the date of invoice.  All past-due balances are subject to a late payment interest charge.
Interest shall accrue at the legal rate of 5% per annum.

Thank you for your business!

*pay
Ashland/NSP
22243-1
#11*

*OK*

**RECEIVED**
**JUL 2 1 2014**
BY:

**Tax ID:** 39-1582838

---

*Please detach bottom portion and return with payment.*

Mr. Ted Waskowski
Stafford Rosenbaum LLP
222 West Washington Avenue, Suite 900
P.O. Box 1784
Madison WI 53701-1784

| | | |
|---|---|---|
| Invoice No. | : | 218909 |
| Invoice Date | : | 7/15/2014 |
| **Total Due** | : | **$ 482.50** |

Remit To: **Gramann Reporting, Ltd.**
**740 N. Plankinton Avenue**
**Suite 400**
**Milwaukee WI 53203**

| | | |
|---|---|---|
| Job No. | : | 122264 |
| BU ID | : | 1-MAIN |
| Case No. | : | 12-CV-602 |
| Case Name | : | Northern States Power Company v. The City of Ashland, Wisconsin, et al. |

# INVOICE



**GRAMANN**
REPORTING

740 North Plankinton Ave.
Suite 400
Milwaukee, WI 53203

PHONE: 414.272.7878
FAX: 414.272.1806

*Innovation · Expertise · Integrity*

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 218908 | 7/14/2014 | 122637 |
| **Job Date** | **Case No.** | |
| 7/1/2014 | 12-CV-602 | |
| **Case Name** | | |
| Northern States Power Company v. The City of Ashland, Wisconsin, et al. | | |
| **Payment Terms** | | |
| Due upon receipt | | |

Mr. Ted Waskowski
Stafford Rosenbaum LLP
222 West Washington Avenue, Suite 900
P.O. Box 1784
Madison WI 53701-1784

---

ORIGINAL (SPLIT) AND 1 COPY OF THE TRANSCRIPT OF:

| | | | |
|---|---|---|---|
| LeRoy Wilder | 149.00 | Pages | 260.75 |
| Half Day Appearance | | | 10.00 |
| Exhibit Scanning | 97.00 | Pages | 24.25 |
| Errata Request | | | 3.00 |
| Postage, Handling, & Archiving | | | 14.00 |
| | | **TOTAL DUE >>>** | **$312.00** |

ETRANSCRIPT, TEXT and PDF files are available on our online repository.
Cost of original transcript, transcript archiving, errata, and reporter's appearance has been split with all defendants' counsel.  The charges
on this invoice reflect your portions.

Payment is due within thirty (30) days of the date of invoice.  All past-due balances are subject to a late payment interest charge.
Interest shall accrue at the legal rate of 5% per annum.

Thank you for your business!

*pay Ashland/NSP 22243-1 #11*   *OK*   RECEIVED JUL 21 2014 BY:

**Tax ID:** 39-1582838

---

*Please detach bottom portion and return with payment.*

Mr. Ted Waskowski
Stafford Rosenbaum LLP
222 West Washington Avenue, Suite 900
P.O. Box 1784
Madison WI 53701-1784

| | | |
|---|---|---|
| Invoice No. | : | 218908 |
| Invoice Date | : | 7/14/2014 |
| **Total Due** | : | **$ 312.00** |

Remit To: **Gramann Reporting, Ltd.**
**740 N. Plankinton Avenue**
**Suite 400**
**Milwaukee WI  53203**

| | | |
|---|---|---|
| Job No. | : | 122637 |
| BU ID | : | 1-MAIN |
| Case No. | : | 12-CV-602 |
| Case Name | : | Northern States Power Company v. The City of Ashland, Wisconsin, et al. |



# INVOICE

740 North Plankinton Ave.
Suite 400
Milwaukee, WI 53203

**GRAMANN**
REPORTING

PHONE: 414.272.7878
FAX: 414.272.1806

*Innovation · Expertise · Integrity*

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 218988 | 7/16/2014 | 122595 |
| **Job Date** | **Case No.** | |
| 7/9/2014 | 12-CV-602 | |
| **Case Name** | | |
| Northern States Power Company v. The City of Ashland, Wisconsin, et al. | | |
| **Payment Terms** | | |
| Due upon receipt | | |

Mr. Ted Waskowski
Stafford Rosenbaum LLP
222 West Washington Avenue, Suite 900
P.O. Box 1784
Madison WI  53701-1784

---

ORIGINAL (SPLIT) AND 1 COPY OF THE TRANSCRIPT OF:

| | | | |
|---|---|---|---|
| Robert Zoch, Jr. | 330.00 | Pages | 577.50 |
| Full Day Appearance | | | 20.00 |
| Exhibit Scanning | 3.00 | Pages | 0.75 |
| Errata Request | | | 3.00 |
| Postage, Handling, & Archiving | | | 14.00 |

**TOTAL DUE  >>>**              **$615.25**

ETRANSCRIPT, TEXT and PDF files are available on our online repository.
Cost of original transcript, transcript archiving, errata, and reporter's appearance has been split with all defendants' counsel.  The charges on this invoice reflect your portions.

Payment is due within thirty (30) days of the date of invoice.  All past-due balances are subject to a late payment interest charge.
Interest shall accrue at the legal rate of 5% per annum.

Thank you for your business!

*Jpay*
*Ashand/NSP*
*22243-1*
*#11*

*OIC*

RECEIVED
JUL 21 2014
BY:

**Tax ID:** 39-1582838

*Please detach bottom portion and return with payment.*

Mr. Ted Waskowski
Stafford Rosenbaum LLP
222 West Washington Avenue, Suite 900
P.O. Box 1784
Madison WI  53701-1784

| | | |
|---|---|---|
| Invoice No. | : | 218988 |
| Invoice Date | : | 7/16/2014 |
| **Total Due** | : | **$ 615.25** |

Remit To:  **Gramann Reporting, Ltd.**
            **740 N. Plankinton Avenue**
            **Suite 400**
            **Milwaukee WI  53203**

| | | |
|---|---|---|
| Job No. | : | 122595 |
| BU ID | : | 1-MAIN |
| Case No. | : | 12-CV-602 |
| Case Name | : | Northern States Power Company v. The City of Ashland, Wisconsin, et al. |

# INVOICE



## GRAMANN
### REPORTING

*Innovation · Expertise · Integrity*

740 North Plankinton Ave.
Suite 400
Milwaukee, WI 53203

PHONE: 414.272.7878
FAX: 414.272.1806

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 219155 | 7/21/2014 | 122668 |
| **Job Date** | **Case No.** | |
| 7/10/2014 | 12-CV-602 | |
| **Case Name** | | |
| Northern States Power Company v. The City of Ashland, Wisconsin, et al. | | |
| **Payment Terms** | | |
| Due upon receipt | | |

Mr. Ted Waskowski
Stafford Rosenbaum LLP
222 West Washington Avenue, Suite 900
P.O. Box 1784
Madison WI 53701-1784

---

ORIGINAL (SPLIT) AND 1 COPY OF THE TRANSCRIPT OF:

| | | |
|---|---|---|
| Paul Boehm (Volume 1) | 332.00 Pages | 581.00 |
| Full Day Appearance | | 27.00 |
| Errata Request | | 3.00 |
| Exhibit Scanning | | 51.75 |
| Postage, Handling, & Archiving | | 14.00 |
| | **TOTAL DUE >>>** | **$676.75** |

ETRANSCRIPT, TEXT and PDF files are available on our online repository.
Cost of original transcript, transcript archiving, errata, and reporter's appearance has been split with all defendants' counsel. The charges on this invoice reflect your portions.

Payment is due within thirty (30) days of the date of invoice. All past-due balances are subject to a late payment interest charge. Interest shall accrue at the legal rate of 5% per annum.

*√ pay*
*Ashland/NSP*
*22243-1*
*# 11*

*RECEIVED*
*JUL 25 2014*
*BY*

**Tax ID:** 39-1582838

---

*Please detach bottom portion and return with payment.*

Mr. Ted Waskowski
Stafford Rosenbaum LLP
222 West Washington Avenue, Suite 900
P.O. Box 1784
Madison WI 53701-1784

Invoice No.   : 219155
Invoice Date : 7/21/2014
**Total Due**   : **$ 676.75**

Remit To: **Gramann Reporting, Ltd.**
**740 N. Plankinton Avenue**
**Suite 400**
**Milwaukee WI 53203**

Job No.     : 122668
BU ID       : 1-MAIN
Case No.    : 12-CV-602
Case Name   : Northern States Power Company v. The City of Ashland, Wisconsin, et al.

# INVOICE



## GRAMANN
### REPORTING

740 North Plankinton Ave.
Suite 400
Milwaukee, WI 53203

PHONE: 414.272.7878
FAX: 414.272.1806

*Innovation · Expertise · Integrity*

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 219180 | 7/23/2014 | 122671 |
| **Job Date** | **Case No.** | |
| 7/15/2014 | 12-CV-602 | |
| **Case Name** | | |
| Northern States Power Company v. The City of Ashland, Wisconsin, et al. | | |
| **Payment Terms** | | |
| Due upon receipt | | |

Mr. Ted Waskowski
Stafford Rosenbaum LLP
222 West Washington Avenue, Suite 900
P.O. Box 1784
Madison WI 53701-1784

| | | |
|---|---|---|
| ORIGINAL (SPLIT) AND 1 COPY OF THE TRANSCRIPT OF: | | |
| Walter J. Shields | 373.00 Pages | 652.75 |
| Full Day Appearance | | 30.50 |
| Exhibit Scanning | | 86.75 |
| Errata Request | | 3.00 |
| Postage, Handling, & Archiving | | 14.00 |
| **TOTAL DUE >>>** | | **$787.00** |

ETRANSCRIPT, TEXT and PDF files are available on our online repository.
Cost of original transcript, transcript archiving, errata, and reporter's appearance has been split with all defendants' counsel. The charges on this invoice reflect your portions.

Payment is due within thirty (30) days of the date of invoice. All past-due balances are subject to a late payment interest charge. Interest shall accrue at the legal rate of 5% per annum.

Thank you for your business!

*√ pay*
*Ashland / NSP*
*22243-1*
*#11*

RECEIVED
JUL 25 2014
BY

**Tax ID:** 39-1582838

---

*Please detach bottom portion and return with payment.*

Mr. Ted Waskowski
Stafford Rosenbaum LLP
222 West Washington Avenue, Suite 900
P.O. Box 1784
Madison WI 53701-1784

| | | |
|---|---|---|
| Invoice No. | : | 219180 |
| Invoice Date | : | 7/23/2014 |
| **Total Due** | : | **$ 787.00** |

**Remit To: Gramann Reporting, Ltd.**
**740 N. Plankinton Avenue**
**Suite 400**
**Milwaukee WI 53203**

| | | |
|---|---|---|
| Job No. | : | 122671 |
| BU ID | : | 1-MAIN |
| Case No. | : | 12-CV-602 |
| Case Name | : | Northern States Power Company v. The City of Ashland, Wisconsin, et al. |

# INVOICE



740 North Plankinton Ave.
Suite 400
Milwaukee, WI 53203

PHONE: 414.272.7878
FAX: 414.272.1806

*Innovation · Expertise · Integrity*

## GRAMANN
### REPORTING

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 219321 | 7/28/2014 | 122596 |
| **Job Date** | **Case No.** | |
| 7/16/2014 | 12-CV-602 | |
| **Case Name** | | |
| Northern States Power Company v. The City of Ashland, Wisconsin, et al. | | |
| **Payment Terms** | | |
| Due upon receipt | | |

Mr. Ted Waskowski
Stafford Rosenbaum LLP
222 West Washington Avenue, Suite 900
P.O. Box 1784
Madison WI 53701-1784

ORIGINAL (SPLIT) AND 1 COPY OF THE TRANSCRIPT OF:

| | | |
|---|---|---|
| Ross Mishkin | 262.00 Pages | 458.50 |
| Full Day Appearance | | 20.00 |
| Exhibit Scanning | | 73.50 |
| Errata Request | | 3.00 |
| Archiving & Handling | | 8.00 |
| | **TOTAL DUE  >>>** | **$563.00** |

*OK*

ETRANSCRIPT, TEXT and PDF files are available on our online repository.
Cost of original transcript, transcript archiving, errata, and reporter's appearance has been split with all defendants' counsel.  The charges on this invoice reflect your portions.

Payment is due within thirty (30) days of the date of invoice.  All past-due balances are subject to a late payment interest charge.
Interest shall accrue at the legal rate of 5% per annum.

Thank you for your business!

*pay*
*Ashland/NSP*
*22243-1*
*& 11*

**Tax ID:** 39-1582838

---

*Please detach bottom portion and return with payment.*

Mr. Ted Waskowski
Stafford Rosenbaum LLP
222 West Washington Avenue, Suite 900
P.O. Box 1784
Madison WI 53701-1784

| | | |
|---|---|---|
| Invoice No. | : | 219321 |
| Invoice Date | : | 7/28/2014 |
| **Total Due** | : | **$ 563.00** |

Remit To: **Gramann Reporting, Ltd.**
**740 N. Plankinton Avenue**
**Suite 400**
**Milwaukee WI  53203**

| | | |
|---|---|---|
| Job No. | : | 122596 |
| BU ID | : | 1-MAIN |
| Case No. | : | 12-CV-602 |
| Case Name | : | Northern States Power Company v. The City of Ashland, Wisconsin, et al. |



# INVOICE



**GRAMANN**
REPRESENTING

740 North Plankinton Ave.
Suite 400
Milwaukee, WI 53203

PHONE: 414.272.7878
Fax: 414.272.1806

*Innovation · Expertise · Integrity*

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 219194 | 7/29/2014 | 122597 |
| **Job Date** | **Case No.** | |
| 7/17/2014 | 12-CV-602 | |
| **Case Name** | | |
| Northern States Power Company v. The City of Ashland, Wisconsin, et al. | | |
| **Payment Terms** | | |
| Due upon receipt | | |

Mr. Ted Waskowski
Stafford Rosenbaum LLP
222 West Washington Avenue, Suite 900
P.O. Box 1784
Madison WI 53701-1784

---

ORIGINAL (SPLIT) AND 1 COPY OF THE TRANSCRIPT OF:

| Kurt D. Herman | | |
|---|---|---|
| | 350.00 Pages | 612.50 |
| Full Day Appearance | | 30.50 |
| Exhibit Scanning | | 100.50 |
| Errata Request | | 3.00 |
| Archiving & Handling | | 8.00 |
| | **TOTAL DUE >>>** | **$754.50** |

ETRANSCRIPT, TEXT and PDF files are available on our online repository.
Cost of original transcript, transcript archiving, errata, and reporter's appearance has been split with all defendants' counsel. The charges on this invoice reflect your portions.

Payment is due within thirty (30) days of the date of invoice. All past-due balances are subject to a late payment interest charge. Interest shall accrue at the legal rate of 5% per annum.

Thank you for your business!

*OK*

√ pay
Ashland/NSP
22243-1
# 11

RECEIVED
AUG 01 2014

**Tax ID:** 39-1582838

---

*Please detach bottom portion and return with payment.*

Mr. Ted Waskowski
Stafford Rosenbaum LLP
222 West Washington Avenue, Suite 900
P.O. Box 1784
Madison WI 53701-1784

| | | |
|---|---|---|
| Invoice No. | : | 219194 |
| Invoice Date | : | 7/29/2014 |
| **Total Due** | : | **$ 754.50** |

Remit To: **Gramann Reporting, Ltd.**
**740 N. Plankinton Avenue**
**Suite 400**
**Milwaukee WI 53203**

| | | |
|---|---|---|
| Job No. | : | 122597 |
| BU ID | : | 1-MAIN |
| Case No. | : | 12-CV-602 |
| Case Name | : | Northern States Power Company v. The City of Ashland, Wisconsin, et al. |

# INVOICE



**GRAMANN**
REPORTING

740 North Plankinton Ave.
Suite 400
Milwaukee, WI 53203

PHONE: 414.272.7878
FAX: 414.272.1806

*Innovation · Expertise · Integrity*

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 219202 | 7/31/2014 | 122669 |
| **Job Date** | **Case No.** | |
| 7/18/2014 | 12-CV-602 | |
| **Case Name** | | |
| Northern States Power Company v. The City of Ashland, Wisconsin, et al. | | |
| **Payment Terms** | | |
| Due upon receipt | | |

Mr. Ted Waskowski
Stafford Rosenbaum LLP
222 West Washington Avenue, Suite 900
P.O. Box 1784
Madison WI 53701-1784

ORIGINAL (SPLIT) AND 1 COPY OF THE TRANSCRIPT OF:

| | | |
|---|---|---|
| James I. Ebert | 134.00 Pages | 234.50 |
| Half Day Appearance | | 10.00 |
| Exhibit Scanning | | 92.75 |
| Errata Request | | 3.00 |
| Postage, Handling, & Archiving | | 16.00 |
| | **TOTAL DUE  >>>** | **$356.25** |

*OK* (handwritten)

ETRANSCRIPT, TEXT and PDF files are available on our online repository.
Cost of original transcript, transcript archiving, errata, and reporter's appearance has been split with all defendants' counsel. The charges on this invoice reflect your portions.

Payment is due within thirty (30) days of the date of invoice. All past-due balances are subject to a late payment interest charge. Interest shall accrue at the legal rate of 5% per annum.

Thank you for your business!

*√ pay Ashland / NSP 22243-1 #11* (handwritten)

*RECEIVED AUG 0 4 2014 BY* (stamp)

**Tax ID:** 39-1582838

*Please detach bottom portion and return with payment.*

Mr. Ted Waskowski
Stafford Rosenbaum LLP
222 West Washington Avenue, Suite 900
P.O. Box 1784
Madison WI 53701-1784

| Invoice No. | : | 219202 |
|---|---|---|
| Invoice Date | : | 7/31/2014 |
| **Total Due** | : | **$ 356.25** |

Remit To: **Gramann Reporting, Ltd.**
**740 N. Plankinton Avenue**
**Suite 400**
**Milwaukee WI  53203**

| Job No. | : | 122669 |
|---|---|---|
| BU ID | : | 1-MAIN |
| Case No. | : | 12-CV-602 |
| Case Name | : | Northern States Power Company v. The City of Ashland, Wisconsin, et al. |

# INVOICE





740 North Plankinton Ave.
Suite 400
Milwaukee, WI 53203

PHONE: 414.272.7878
Fax: 414.272.1806

*Innovation · Expertise · Integrity*

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 219729 | 8/14/2014 | 122961 |
| **Job Date** | **Case No.** | |
| 8/6/2014 | 12-CV-602 | |
| **Case Name** | | |
| Northern States Power Company v. The City of Ashland, Wisconsin, et al. | | |
| **Payment Terms** | | |
| Due upon receipt | | |

Mr. Ted Waskowski
Stafford Rosenbaum LLP
222 West Washington Avenue, Suite 900
P.O. Box 1784
Madison WI 53701-1784

ORIGINAL (SPLIT) AND 1 COPY OF THE TRANSCRIPT OF:

| | | | |
|---|---|---|---|
| Paul Boehm (Volume 2) | 161.00 | Pages | 281.75 |
| Full Day Appearance | | | 20.00 |
| Exhibit Scanning | | | 5.25 |
| Errata Request | | | 3.00 |
| Postage, Handling, & Archiving | | | 14.00 |
| | **TOTAL DUE >>>** | | **$324.00** |

ETRANSCRIPT, TEXT and PDF files are available on our online repository.
Cost of original transcript, transcript archiving, errata, and reporter's appearance has been split with all defendants' counsel. The charges on this invoice reflect your portions.

Payment is due within thirty (30) days of the date of invoice. All past-due balances are subject to a late payment interest charge. Interest shall accrue at the legal rate of 5% per annum.

Thank you for your business!

*please pay* Ashland/NSP
22243-1
#11

RECEIVED
AUG 18 2014
BY

**Tax ID:** 39-1582838

*Please detach bottom portion and return with payment.*

Mr. Ted Waskowski
Stafford Rosenbaum LLP
222 West Washington Avenue, Suite 900
P.O. Box 1784
Madison WI 53701-1784

| | | |
|---|---|---|
| Invoice No. | : | 219729 |
| Invoice Date | : | 8/14/2014 |
| **Total Due** | : | **$ 324.00** |

Remit To: **Gramann Reporting, Ltd.**
**740 N. Plankinton Avenue**
**Suite 400**
**Milwaukee WI 53203**

| | | |
|---|---|---|
| Job No. | : | 122961 |
| BU ID | : | 1-MAIN |
| Case No. | : | 12-CV-602 |
| Case Name | : | Northern States Power Company v. The City of Ashland, Wisconsin, et al. |

# INVOICE



**GRAMANN**
REPORTING

740 North Plankinton Ave.
Suite 400
Milwaukee, WI 53203

PHONE: 414.272.7878
Fax: 414.272.1806

*Innovation · Expertise · Integrity*

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 220112 | 9/3/2014 | 122598 |
| **Job Date** | **Case No.** | |
| 8/21/2014 | 12-CV-602 | |
| **Case Name** | | |
| Northern States Power Company v. The City of Ashland, Wisconsin, et al. | | |
| **Payment Terms** | | |
| Due upon receipt | | |

Mr. Ted Waskowski
Stafford Rosenbaum LLP
222 West Washington Avenue, Suite 900
P.O. Box 1784
Madison WI  53701-1784

ORIGINAL (SPLIT) AND 1 COPY OF THE TRANSCRIPT OF:

| | | | |
|---|---|---|---:|
| William J. Hengemihle, Jr. | 296.00 | Pages | 518.00 |
| Full Day Appearance | | | 20.00 |
| Exhibit Copies | 121.00 | Pages | 42.35 |
| Errata Request | | | 3.00 |
| Postage, Handling, & Archiving | | | 18.00 |

**TOTAL DUE  >>>**   **$601.35**

ETRANSCRIPT, TEXT and PDF files are available on our online repository.
Cost of original transcript, transcript archiving, errata, and reporter's appearance has been split with all defendants' counsel. The charges on this invoice reflect your portions.

Payment is due within thirty (30) days of the date of invoice. All past-due balances are subject to a late payment interest charge. Interest shall accrue at the legal rate of 5% per annum.

Thank you for your business!

√ Ashland/NSP
pay ull   22243-1
          # 11

RECEIVED
SEP 12 2014

**Tax ID:** 39-1582838

*Please detach bottom portion and return with payment.*

Mr. Ted Waskowski
Stafford Rosenbaum LLP
222 West Washington Avenue, Suite 900
P.O. Box 1784
Madison WI  53701-1784

| | | |
|---|---|---|
| Invoice No. | : | 220112 |
| Invoice Date | : | 9/3/2014 |
| **Total Due** | : | **$ 601.35** |

Remit To: **Gramann Reporting, Ltd.**
          **740 N. Plankinton Avenue**
          **Suite 400**
          **Milwaukee WI  53203**

| | | |
|---|---|---|
| Job No. | : | 122598 |
| BU ID | : | 1-MAIN |
| Case No. | : | 12-CV-602 |
| Case Name | : | Northern States Power Company v. The City of Ashland, Wisconsin, et al. |

# INVOICE



**GRAMANN REPORTING**

740 North Plankinton Ave.
Suite 400
Milwaukee, WI 53203

PHONE: 414.272.7878
FAX: 414.272.1806

*Innovation · Expertise · Integrity*

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 220741 | 9/26/2014 | 124147 |
| **Job Date** | **Case No.** | |
| 9/17/2014 | 12-CV-602 | |
| **Case Name** | | |
| Northern States Power Company v. The City of Ashland, Wisconsin, et al. | | |
| **Payment Terms** | | |
| Due upon receipt | | |

Mr. Ted Waskowski
Stafford Rosenbaum LLP
222 West Washington Avenue, Suite 900
P.O. Box 1784
Madison WI  53701-1784

| | | | |
|---|---|---|---|
| 1 COPY OF THE TRANSCRIPT OF: | | | |
| Guy C. Patrick | 268.00 Pages | | 455.60 |
| Exhibit Scanning | 270.00 Pages | | 94.50 |
| Handling | | | 5.00 |
| | **TOTAL DUE  >>>** | | **$555.10** |

ETRANSCRIPT, TEXT and PDF files are available on our online repository.

Payment is due within thirty (30) days of the date of invoice.  All past-due balances are subject to a late payment interest charge. Interest shall accrue at the legal rate of 5% per annum.

Thank you for your business!

*Ashland/NSP*
*22243-1*
*# E115*

OK

RECEIVED
OCT 08 2014
BY:

**Tax ID:** 39-1582838

---

*Please detach bottom portion and return with payment.*

Mr. Ted Waskowski
Stafford Rosenbaum LLP
222 West Washington Avenue, Suite 900
P.O. Box 1784
Madison WI  53701-1784

| | | |
|---|---|---|
| Invoice No. | : | 220741 |
| Invoice Date | : | 9/26/2014 |
| **Total Due** | : | **$ 555.10** |

Remit To:  **Gramann Reporting, Ltd.**
   **740 N. Plankinton Avenue**
   **Suite 400**
   **Milwaukee WI  53203**

| | | |
|---|---|---|
| Job No. | : | 124147 |
| BU ID | : | 1-MAIN |
| Case No. | : | 12-CV-602 |
| Case Name | : | Northern States Power Company v. The City of Ashland, Wisconsin, et al. |

# INVOICE



**GRAMANN**
REPORTING

*Innovation · Expertise · Integrity*

740 North Plankinton Ave.
Suite 400
Milwaukee, WI 53203

Phone: 414.272.7878
Fax: 414.272.1806

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 220798 | 10/8/2014 | 124148 |
| **Job Date** | **Case No.** | |
| 9/22/2014 | 12-CV-602 | |
| **Case Name** | | |
| Northern States Power Company v. The City of Ashland, Wisconsin, et al. | | |
| **Payment Terms** | | |
| Due upon receipt | | |

Mr. Ted Waskowski
Stafford Rosenbaum LLP
222 West Washington Avenue, Suite 900
P.O. Box 1784
Madison WI 53701-1784

---

1 COPY OF THE TRANSCRIPT OF:

| | | |
|---|---|---|
| Robert M. Karls | 280.00 Pages | 476.00 |
| Exhibit Scanning | | 174.70 |
| Postage & Handling | | 8.00 |
| | **TOTAL DUE >>>** | **$658.70** |

ETRANSCRIPT, TEXT and PDF files are available on our online repository..

Payment is due within thirty (30) days of the date of invoice. All past-due balances are subject to a late payment interest charge. Interest shall accrue at the legal rate of 5% per annum.

Thank you for your business!

*Ashland/NSP*
*22243-1*
*#E115*

*OK*
*DW*

RECEIVED
OCT 13 2014
BY:_____

**Tax ID:** 39-1582838

---

*Please detach bottom portion and return with payment.*

Mr. Ted Waskowski
Stafford Rosenbaum LLP
222 West Washington Avenue, Suite 900
P.O. Box 1784
Madison WI 53701-1784

| | | |
|---|---|---|
| Invoice No. | : | 220798 |
| Invoice Date | : | 10/8/2014 |
| **Total Due** | : | **$ 658.70** |

Remit To: **Gramann Reporting, Ltd.**
**740 N. Plankinton Avenue**
**Suite 400**
**Milwaukee WI 53203**

| | | |
|---|---|---|
| Job No. | : | 124148 |
| BU ID | : | 1-MAIN |
| Case No. | : | 12-CV-602 |
| Case Name | : | Northern States Power Company v. The City of Ashland, Wisconsin, et al. |

# INVOICE



**GRAMANN**
REPORTING

740 North Plankinton Ave.
Suite 400
Milwaukee, WI 53203

PHONE: 414.272.7878
FAX: 414.272.1806

*Innovation · Expertise · Integrity*

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 220950 | 10/6/2014 | 124149 |
| **Job Date** | **Case No.** | |
| 9/24/2014 | 12-CV-602 | |
| **Case Name** | | |
| Northern States Power Company v. The City of Ashland, Wisconsin, et al. | | |
| **Payment Terms** | | |
| Due upon receipt | | |

Mr. Ted Waskowski
Stafford Rosenbaum LLP
222 West Washington Avenue, Suite 900
P.O. Box 1784
Madison WI 53701-1784

---

1 COPY OF THE TRANSCRIPT OF:
    Alan W.A. Jeffrey            208.00 Pages         353.60
        Exhibit Scanning        290.00 Pages        101.50
        Handling                               5.00

                                                  **TOTAL DUE >>>      $460.10**

ETRANSCRIPT, TEXT and PDF files are available on our online repository.

Payment is due within thirty (30) days of the date of invoice. All past-due balances are subject to a late payment interest charge.
Interest shall accrue at the legal rate of 5% per annum.

Thank you for your business!

**Tax ID:** 39-1582838

---

*Please detach bottom portion and return with payment.*

Mr. Ted Waskowski
Stafford Rosenbaum LLP
222 West Washington Avenue, Suite 900
P.O. Box 1784
Madison WI 53701-1784

Ashland/NSP
22243-1
# E115

Invoice No.   :  220950
Invoice Date  :  10/6/2014
**Total Due**    :  **$ 460.10**

OCT - 9 2014

Remit To: **Gramann Reporting, Ltd.**
           **740 N. Plankinton Avenue**
           **Suite 400**
           **Milwaukee WI 53203**

Job No.      :  124149
BU ID       :  1-MAIN
Case No.    :  12-CV-602
Case Name  :  Northern States Power Company v. The City
                  of Ashland, Wisconsin, et al.

# INVOICE



## GRAMANN
### REPORTING

740 North Plankinton Ave.
Suite 400
Milwaukee, WI 53203

PHONE: 414.272.7878
FAX: 414.272.1806

*Innovation · Expertise · Integrity*

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 221163 | 10/13/2014 | 124150 |
| **Job Date** | **Case No.** | |
| 9/30/2014 | 12-CV-602 | |
| **Case Name** | | |
| Northern States Power Company v. The City of Ashland, Wisconsin, et al. | | |
| **Payment Terms** | | |
| Due upon receipt | | |

Mr. Ted Waskowski
Stafford Rosenbaum LLP
222 West Washington Avenue, Suite 900
P.O. Box 1784
Madison WI 53701-1784

1 COPY OF THE TRANSCRIPT OF:

| | | |
|---|---|---|
| Dennis R. Helsel | 217.00 Pages | 368.90 |
| Exhibit Scanning | 399.00 Pages | 139.65 |
| Handling | | 5.00 |
| | **TOTAL DUE >>>** | **$513.55** |

ETRANSCRIPT, TEXT and PDF files are available on our online repository.

Payment is due within thirty (30) days of the date of invoice. All past-due balances are subject to a late payment interest charge. Interest shall accrue at the legal rate of 5% per annum.

Thank you for your business!

*Ashland/NSP*
*22243-1*
*# E115*

*OK*

RECEIVED OCT 17 2014 BY:

**Tax ID:** 39-1582838

*Please detach bottom portion and return with payment.*

Mr. Ted Waskowski
Stafford Rosenbaum LLP
222 West Washington Avenue, Suite 900
P.O. Box 1784
Madison WI 53701-1784

| | | |
|---|---|---|
| Invoice No. | : | 221163 |
| Invoice Date | : | 10/13/2014 |
| **Total Due** | : | **$ 513.55** |

Remit To: **Gramann Reporting, Ltd.**
**740 N. Plankinton Avenue**
**Suite 400**
**Milwaukee WI 53203**

| | | |
|---|---|---|
| Job No. | : | 124150 |
| BU ID | : | 1-MAIN |
| Case No. | : | 12-CV-602 |
| Case Name | : | Northern States Power Company v. The City of Ashland, Wisconsin, et al. |

# INVOICE



**GRAMANN**
REPORTING

740 North Plankinton Ave.
Suite 400
Milwaukee, WI 53203

PHONE: 414.272.7878
Fax: 414.272.1806

*Innovation · Expertise · Integrity*

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 221185 | 10/13/2014 | 124151 |

| Job Date | Case No. | |
|---|---|---|
| 10/2/2014 | 12-CV-602 | |

| Case Name | | |
|---|---|---|
| Northern States Power Company v. The City of Ashland, Wisconsin, et al. | | |

| Payment Terms | | |
|---|---|---|
| Due upon receipt | | |

Mr. Richard C. Yde
Stafford Rosenbaum LLP
222 West Washington Avenue, Suite 900
P.O. Box 1784
Madison WI  53701-1784

---

| 1 COPY OF THE TRANSCRIPT OF: | | | |
|---|---|---|---|
| J. Bushnell Nielsen | 253.00 Pages | | 430.10 |
| Exhibit Scanning | 955.00 Pages | | 334.25 |
| Handling | | | 5.00 |
| | | **TOTAL DUE  >>>** | **$769.35** |

ETRANSCRIPT, TEXT and PDF files are available on our online repository.

Payment is due within thirty (30) days of the date of invoice.  All past-due balances are subject to a late payment interest charge.
Interest shall accrue at the legal rate of 5% per annum.

Thank you for your business!

*Ashland/NSP*
*22243-1*
*# E 115*

OCT 1 6 2014

**Tax ID:** 39-1582838

---

*Please detach bottom portion and return with payment.*

Mr. Richard C. Yde
Stafford Rosenbaum LLP
222 West Washington Avenue, Suite 900
P.O. Box 1784
Madison WI  53701-1784

| | |
|---|---|
| Invoice No. | : 221185 |
| Invoice Date | : 10/13/2014 |
| **Total Due** | : **$ 769.35** |

Remit To: **Gramann Reporting, Ltd.**
**740 N. Plankinton Avenue**
**Suite 400**
**Milwaukee WI  53203**

| | |
|---|---|
| Job No. | : 124151 |
| BU ID | : 1-MAIN |
| Case No. | : 12-CV-602 |
| Case Name | : Northern States Power Company v. The City of Ashland, Wisconsin, et al. |



740 North Plankinton Ave.
Suite 400
Milwaukee, WI 53203

PHONE: 414.272.7878
FAX: 414.272.1806

*Innovation · Expertise · Integrity*

GRAMANN
REPORTING



# INVOICE

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 221394 | 11/3/2014 | 124152 |

| Job Date | Case No. | |
|---|---|---|
| 10/7/2014 | 12-CV-602 | |

| Case Name |
|---|
| Northern States Power Company v. The City of Ashland, Wisconsin, et al. |

| Payment Terms |
|---|
| Due upon receipt |

Mr. Ted Waskowski
Stafford Rosenbaum LLP
222 West Washington Avenue, Suite 900
P.O. Box 1784
Madison WI 53701-1784

| | | | |
|---|---|---|---|
| 1 COPY (TECHNICAL) OF THE TRANSCRIPT OF: | | | |
| Dr. Emily Greenwald | 219.00 Pages | | 624.15 |
| Exhibit Scanning | 361.00 Pages | | 126.35 |
| Handling | | | 5.00 |
| | **TOTAL DUE  >>>** | | **$755.50** |

Reference No.  : 97102

ETRANSCRIPT, TEXT and PDF files are available on our online repository.
Local court reporter's rates are reflected.

Payment is due within thirty (30) days of the date of invoice.  All past-due balances are subject to a late payment interest charge.
Interest shall accrue at the legal rate of 5% per annum.

Thank you for your business!

Ashland /NSP
22243-1
#11 /#E115

RECEIVED
OCT 0 2014
BY

**Tax ID:** 39-1582838

*Please detach bottom portion and return with payment.*

Mr. Ted Waskowski
Stafford Rosenbaum LLP
222 West Washington Avenue, Suite 900
P.O. Box 1784
Madison WI  53701-1784

| | |
|---|---|
| Invoice No. | : 221394 |
| Invoice Date | : 11/3/2014 |
| **Total Due** | : **$ 755.50** |

Remit To: **Gramann Reporting, Ltd.**
**740 N. Plankinton Avenue**
**Suite 400**
**Milwaukee WI  53203**

| | |
|---|---|
| Job No. | : 124152 |
| BU ID | : NNRC_OUT |
| Case No. | : 12-CV-602 |
| Case Name | : Northern States Power Company v. The City of Ashland, Wisconsin, et al. |





# INVOICE

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 221492 | 11/3/2014 | 124153 |

| Job Date | Case No. | |
|---|---|---|
| 10/10/2014 | 12-CV-602 | |

| Case Name |
|---|
| Northern States Power Company v. The City of Ashland, Wisconsin, et al. |

| Payment Terms |
|---|
| Due upon receipt |

**GRAMANN**
REPORTING

740 North Plankinton Ave.
Suite 400
Milwaukee, WI 53203

PHONE: 414.272.7878
FAX: 414.272.1806

*Innovation · Expertise · Integrity*

Mr. Richard C. Yde
Stafford Rosenbaum LLP
222 West Washington Avenue, Suite 900
P.O. Box 1784
Madison WI 53701-1784

---

1 COPY (TECHNICAL) OF THE TRANSCRIPT OF:

| | | | |
|---|---|---|---|
| John Hankey | | 338.00 Pages | 963.30 |
| Exhibit Scanning | | 147.00 Pages | 51.45 |
| Handling | | | 5.00 |
| | | **TOTAL DUE >>>** | **$1,019.75** |

Reference No.   :  97139

ETRANSCRIPT, TEXT and PDF files are available on our online repository.
Local court reporter's rates reflected.

Payment is due within thirty (30) days of the date of invoice.  All past-due balances are subject to a late payment interest charge.
Interest shall accrue at the legal rate of 5% per annum.

Thank you for your business!

Ashland/NSP
22243-1
#11 /# E115

RECEIVED
NOV 06 2014
BY

**Tax ID:** 39-1582838

---

*Please detach bottom portion and return with payment.*

Mr. Richard C. Yde
Stafford Rosenbaum LLP
222 West Washington Avenue, Suite 900
P.O. Box 1784
Madison WI 53701-1784

| | | |
|---|---|---|
| Invoice No. | : | 221492 |
| Invoice Date | : | 11/3/2014 |
| **Total Due** | : | **$ 1,019.75** |

Remit To: **Gramann Reporting, Ltd.**
**740 N. Plankinton Avenue**
**Suite 400**
**Milwaukee WI  53203**

| | | |
|---|---|---|
| Job No. | : | 124153 |
| BU ID | : | NNRC_OUT |
| Case No. | : | 12-CV-602 |
| Case Name | : | Northern States Power Company v. The City of Ashland, Wisconsin, et al. |





# INVOICE

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 221425 | 10/21/2014 | 124154 |
| **Job Date** | **Case No.** | |
| 10/14/2014 | 12-CV-602 | |

| **Case Name** | |
|---|---|
| Northern States Power Company v. The City of Ashland, Wisconsin, et al. | |
| **Payment Terms** | |
| Due upon receipt | |

740 North Plankinton Ave.
Suite 400
Milwaukee, WI 53203

PHONE: 414.272.7878
FAX: 414.272.1806

*Innovation · Expertise · Integrity*

Mr. Ted Waskowski
Stafford Rosenbaum LLP
222 West Washington Avenue, Suite 900
P.O. Box 1784
Madison WI  53701-1784

---

1 COPY OF THE TRANSCRIPT OF:

| | | | |
|---|---|---|---|
| Wayne M. Grip | 120.00 | Pages | 204.00 |
| Exhibit Scanning | 132.00 | Pages | 46.20 |
| Handling | | | 5.00 |
| | | **TOTAL DUE  >>>** | **$255.20** |

ETRANSCRIPT, TEXT and PDF files are available on our online repository.

Payment is due within thirty (30) days of the date of invoice.  All past-due balances are subject to a late payment interest charge.
Interest shall accrue at the legal rate of 5% per annum.

Thank you for your business!

*Ashland /NSP*
*22243-1*
*#11/#E115*

**Tax ID:** 39-1582838

---

*Please detach bottom portion and return with payment.*

Mr. Ted Waskowski
Stafford Rosenbaum LLP
222 West Washington Avenue, Suite 900
P.O. Box 1784
Madison WI  53701-1784

| | | |
|---|---|---|
| Invoice No. | : | 221425 |
| Invoice Date | : | 10/21/2014 |
| **Total Due** | : | **$ 255.20** |

OCT 24 2014

Remit To: **Gramann Reporting, Ltd.**
**740 N. Plankinton Avenue**
**Suite 400**
**Milwaukee WI  53203**

| | | |
|---|---|---|
| Job No. | : | 124154 |
| BU ID | : | 1-MAIN |
| Case No. | : | 12-CV-602 |
| Case Name | : | Northern States Power Company v. The City of Ashland, Wisconsin, et al. |





# INVOICE

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 221406 | 10/21/2014 | 124186 |
| **Job Date** | **Case No.** | |
| 10/17/2014 | 12-CV-602 | |
| **Case Name** | | |
| Northern States Power Company v. The City of Ashland, Wisconsin, et al. | | |
| **Payment Terms** | | |
| Due upon receipt | | |

**GRAMANN**
REPORTING
*Innovation · Expertise · Integrity*

740 North Plankinton Ave.
Suite 400
Milwaukee, WI 53203

PHONE: 414.272.7878
FAX: 414.272.1806

Mr. Ted Waskowski
Stafford Rosenbaum LLP
222 West Washington Avenue, Suite 900
P.O. Box 1784
Madison WI 53701-1784

---

| 1 COPY OF THE TRANSCRIPT OF: | | |
|---|---|---|
| Eugene M. Wengert | 154.00 Pages | 261.80 |
| Exhibit Scanning | 56.00 Pages | 19.60 |
| Handling | | 5.00 |

**TOTAL DUE >>>**      **$286.40**

ETRANSCRIPT, TEXT and PDF files are available on our online repository.

Payment is due within thirty (30) days of the date of invoice. All past-due balances are subject to a late payment interest charge. Interest shall accrue at the legal rate of 5% per annum.

Thank you for your business!

Ashland /NSP
22243-1
# 11/# E115

**Tax ID:** 39-1582838

---

*Please detach bottom portion and return with payment.*

Mr. Ted Waskowski
Stafford Rosenbaum LLP
222 West Washington Avenue, Suite 900
P.O. Box 1784
Madison WI 53701-1784

| | | |
|---|---|---|
| Invoice No. | : | 221406 |
| Invoice Date | : | 10/21/2014 |
| **Total Due** | : | **$ 286.40** |

OCT 24 2014

| Remit To: | **Gramann Reporting, Ltd.** |
|---|---|
| | **740 N. Plankinton Avenue** |
| | **Suite 400** |
| | **Milwaukee WI 53203** |

| | | |
|---|---|---|
| Job No. | : | 124186 |
| BU ID | : | 1-MAIN |
| Case No. | : | 12-CV-602 |
| Case Name | : | Northern States Power Company v. The City of Ashland, Wisconsin, et al. |





# INVOICE

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 221805 | 11/6/2014 | 124155 |
| **Job Date** | **Case No.** | |
| 10/30/2014 | 12-CV-602 | |
| **Case Name** | | |
| Northern States Power Company v. The City of Ashland, Wisconsin, et al. | | |
| **Payment Terms** | | |
| Due upon receipt | | |

740 North Plankinton Ave.
Suite 400
Milwaukee, WI 53203

PHONE: 414.272.7878
Fax: 414.272.1806

*Innovation · Expertise · Integrity*

Mr. Ted Waskowski
Stafford Rosenbaum LLP
222 West Washington Avenue, Suite 900
P.O. Box 1784
Madison WI 53701-1784

---

ORIGINAL AND 1 COPY OF THE TRANSCRIPT OF:

| | | | |
|---|---|---|---:|
| Neil M. Ram | 255.00 | Pages | 446.25 |
| Full Day Appearance | | | 20.00 |
| Exhibit Scanning | 280.00 | Pages | 98.00 |
| Errata Request | | | 3.00 |
| Postage & Handling | | | 11.00 |
| Archiving | | | 3.00 |
| | | **TOTAL DUE  >>>** | **$581.25** |

ETRANSCRIPT, TEXT and PDF files are available on our online repository.

Payment is due within thirty (30) days of the date of invoice.  All past-due balances are subject to a late payment interest charge. Interest shall accrue at the legal rate of 5% per annum.

Thank you for your business!

*Ashland / NSP*
*22243-1*
*# 11 / # E115*

**Tax ID:** 39-1582838

---

*Please detach bottom portion and return with payment.*

Mr. Ted Waskowski
Stafford Rosenbaum LLP
222 West Washington Avenue, Suite 900
P.O. Box 1784
Madison WI 53701-1784

| | | |
|---|---|---|
| Invoice No. | : | 221805 |
| Invoice Date | : | 11/6/2014 |
| **Total Due** | : | **$ 581.25** |

| | | |
|---|---|---|
| Job No. | : | 124155 |
| BU ID | : | 1-MAIN |
| Case No. | : | 12-CV-602 |
| Case Name | : | Northern States Power Company v. The City of Ashland, Wisconsin, et al. |

Remit To: **Gramann Reporting, Ltd.**
**740 N. Plankinton Avenue**
**Suite 400**
**Milwaukee WI  53203**

NOV 10 2014

# INVOICE



**GRAMANN**
REPORTING

*Innovation · Expertise · Integrity*

740 North Plankinton Ave.
Suite 400
Milwaukee, WI 53203

PHONE: 414.272.7878
FAX: 414.272.1806

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 222130 | 11/25/2014 | 125298 |
| **Job Date** | **Case No.** | |
| 11/10/2014 | 12-CV-602 | |
| **Case Name** | | |
| Northern States Power Company v. The City of Ashland, Wisconsin, et al. | | |
| **Payment Terms** | | |
| Due upon receipt | | |

Mr. Ted Waskowski
Stafford Rosenbaum LLP
222 West Washington Avenue, Suite 900
P.O. Box 1784
Madison WI 53701-1784

ORIGINAL (SPLIT) AND 1 COPY OF THE TRANSCRIPT OF:

| | | | |
|---|---|---|---|
| Walter L. Shields, Volume 2 | 156.00 | Pages | 273.00 |
| Full Day Appearance | | | 20.00 |
| Exhibit Scanning | 52.00 | Pages | 18.20 |
| Errata Request | | | 3.00 |
| Postage, Handling, & Archiving | | | 14.00 |
| | | **TOTAL DUE  >>>** | **$328.20** |

ETRANSCRIPT, TEXT and PDF files are available on our online repository.

Payment is due within thirty (30) days of the date of invoice.  All past-due balances are subject to a late payment interest charge.
Interest shall accrue at the legal rate of 5% per annum.

Thank you for your business!

*Ashland / NSP*
*22243-1*
*# E115*

RECEIVED
DEC 01 2014
BY

**Tax ID:** 39-1582838

*Please detach bottom portion and return with payment.*

Mr. Ted Waskowski
Stafford Rosenbaum LLP
222 West Washington Avenue, Suite 900
P.O. Box 1784
Madison WI 53701-1784

| | | |
|---|---|---|
| Invoice No. | : | 222130 |
| Invoice Date | : | 11/25/2014 |
| **Total Due** | : | **$ 328.20** |

Remit To: **Gramann Reporting, Ltd.**
**740 N. Plankinton Avenue**
**Suite 400**
**Milwaukee WI  53203**

| | | |
|---|---|---|
| Job No. | : | 125298 |
| BU ID | : | 1-MAIN |
| Case No. | : | 12-CV-602 |
| Case Name | : | Northern States Power Company v. The City of Ashland, Wisconsin, et al. |

# INVOICE



740 North Plankinton Ave.
Suite 400
Milwaukee, WI 53203

PHONE: 414.272.7878
Fax: 414.272.1806

*Innovation · Expertise · Integrity*

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 222257 | 11/25/2014 | 125297 |
| **Job Date** | **Case No.** | |
| 11/11/2014 | 12-CV-602 | |
| **Case Name** | | |
| Northern States Power Company v. The City of Ashland, Wisconsin, et al. | | |
| **Payment Terms** | | |
| Due upon receipt | | |

Mr. Ted Waskowski
Stafford Rosenbaum LLP
222 West Washington Avenue, Suite 900
P.O. Box 1784
Madison WI 53701-1784

ORIGINAL (SPLIT) AND 1 COPY OF THE TRANSCRIPT OF:

| | | | |
|---|---|---|---|
| Tom L. Beck | 186.00 | Pages | 325.50 |
| Full Day Appearance | | | 20.00 |
| Exhibit Scanning | 88.00 | Pages | 30.80 |
| Errata Request | | | 3.00 |
| Postage, Handling, & Archiving | | | 15.00 |
| | | **TOTAL DUE  >>>** | **$394.30** |

ETRANSCRIPT, TEXT and PDF files are available on our online repository.

Payment is due within thirty (30) days of the date of invoice.  All past-due balances are subject to a late payment interest charge.
Interest shall accrue at the legal rate of 5% per annum.

Thank you for your business!

*Ashland/NSP*
*22243-1*
*#E115*

**Tax ID:** 39-1582838

*Please detach bottom portion and return with payment.*

Mr. Ted Waskowski
Stafford Rosenbaum LLP
222 West Washington Avenue, Suite 900
P.O. Box 1784
Madison WI 53701-1784

| | | |
|---|---|---|
| Invoice No. | : | 222257 |
| Invoice Date | : | 11/25/2014 |
| **Total Due** | : | **$ 394.30** |

Remit To: **Gramann Reporting, Ltd.**
**740 N. Plankinton Avenue**
**Suite 400**
**Milwaukee WI  53203**

| | | |
|---|---|---|
| Job No. | : | 125297 |
| BU ID | : | 1-MAIN |
| Case No. | : | 12-CV-602 |
| Case Name | : | Northern States Power Company v. The City of Ashland, Wisconsin, et al. |



# INVOICE

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 222193 | 11/25/2014 | 125259 |

| Job Date | Case No. | |
|---|---|---|
| 11/12/2014 | 12-CV-602 | |

| Case Name |
|---|
| Northern States Power Company v. The City of Ashland, Wisconsin, et al. |

| Payment Terms |
|---|
| Due upon receipt |

740 North Plankinton Ave.
Suite 400
Milwaukee, WI 53203

PHONE: 414.272.7878
FAX: 414.272.1806

*Innovation · Expertise · Integrity*

## GRAMANN
REPORTING

Mr. Richard C. Yde
Stafford Rosenbaum LLP
222 West Washington Avenue, Suite 900
P.O. Box 1784
Madison WI 53701-1784

| | | | |
|---|---|---|---|
| 1 COPY OF THE TRANSCRIPT OF: | | | |
| Wayne Serkland | 98.00 | Pages | 166.60 |
| Exhibit Scanning | 140.00 | Pages | 49.00 |
| 1 COPY OF THE TRANSCRIPT OF: | | | |
| David Drach | 94.00 | Pages | 159.80 |
| Exhibit Scanning | 5.00 | Pages | 1.75 |
| Handling | | | 5.00 |
| | **TOTAL DUE >>>** | | **$382.15** |

ETRANSCRIPT, TEXT and PDF files are available on our online repository.

Payment is due within thirty (30) days of the date of invoice. All past-due balances are subject to a late payment interest charge. Interest shall accrue at the legal rate of 5% per annum.

Thank you for your business!

*Ashland / NSP*
*22243-1*
*# E115*

**Tax ID:** 39-1582838

*Please detach bottom portion and return with payment.*

Mr. Richard C. Yde
Stafford Rosenbaum LLP
222 West Washington Avenue, Suite 900
P.O. Box 1784
Madison WI 53701-1784

| | | |
|---|---|---|
| Invoice No. | : | 222193 |
| Invoice Date | : | 11/25/2014 |
| **Total Due** | : | **$ 382.15** |

| | | |
|---|---|---|
| Remit To: | **Gramann Reporting, Ltd.** | |
| | **740 N. Plankinton Avenue** | |
| | **Suite 400** | |
| | **Milwaukee WI 53203** | |

| | | |
|---|---|---|
| Job No. | : | 125259 |
| BU ID | : | 1-MAIN |
| Case No. | : | 12-CV-602 |
| Case Name | : | Northern States Power Company v. The City of Ashland, Wisconsin, et al. |

# INVOICE



**GRAMANN**
REPORTING

*Innovation · Expertise · Integrity*

740 North Plankinton Ave.
Suite 400
Milwaukee, WI 53203

PHONE: 414.272.7878
FAX: 414.272.1806

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 222217 | 11/25/2014 | 125260 |
| **Job Date** | **Case No.** | |
| 11/13/2014 | 12-CV-602 | |
| **Case Name** | | |
| Northern States Power Company v. The City of Ashland, Wisconsin, et al. | | |
| **Payment Terms** | | |
| Due upon receipt | | |

Mr. Richard C. Yde
Stafford Rosenbaum LLP
222 West Washington Avenue, Suite 900
P.O. Box 1784
Madison WI 53701-1784

| | | |
|---|---|---|
| 1 COPY OF THE TRANSCRIPT OF: | | |
| Glenn Olander-Quamme | 87.00 Pages | 182.70 |
| Exhibit Scanning | 75.00 Pages | 26.25 |
| 1 COPY OF THE TRANSCRIPT OF: | | |
| Timothy Mulcahy | 96.00 Pages | 201.60 |
| Exhibit Scanning | 4.00 Pages | 1.40 |
| Handling | | 5.00 |
| **TOTAL DUE >>>** | | **$416.95** |

ETRANSCRIPT, TEXT and PDF files are available on our online repository.

Payment is due within thirty (30) days of the date of invoice. All past-due balances are subject to a late payment interest charge. Interest shall accrue at the legal rate of 5% per annum.

Thank you for your business!

*Ashland /NSP*
*22243-1*
*# E115*

RECEIVED
DEC 01 2014
BY:

**Tax ID:** 39-1582838

*Please detach bottom portion and return with payment.*

Mr. Richard C. Yde
Stafford Rosenbaum LLP
222 West Washington Avenue, Suite 900
P.O. Box 1784
Madison WI 53701-1784

| | | |
|---|---|---|
| Invoice No. | : | 222217 |
| Invoice Date | : | 11/25/2014 |
| **Total Due** | : | **$ 416.95** |

Remit To: **Gramann Reporting, Ltd.**
**740 N. Plankinton Avenue**
**Suite 400**
**Milwaukee WI 53203**

| | | |
|---|---|---|
| Job No. | : | 125260 |
| BU ID | : | 1-MAIN |
| Case No. | : | 12-CV-602 |
| Case Name | : | Northern States Power Company v. The City of Ashland, Wisconsin, et al. |

# INVOICE



**GRAMANN**
REPORTING

*Innovation · Expertise · Integrity*

740 North Plankinton Ave.
Suite 400
Milwaukee, WI 53203

PHONE: 414.272.7878
Fax: 414.272.1806

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 222303 | 12/1/2014 | 125261 |
| **Job Date** | **Case No.** | |
| 11/14/2014 | 12-CV-602 | |
| **Case Name** | | |
| Northern States Power Company v. The City of Ashland, Wisconsin, et al. | | |
| **Payment Terms** | | |
| Due upon receipt | | |

Mr. Richard C. Yde
Stafford Rosenbaum LLP
222 West Washington Avenue, Suite 900
P.O. Box 1784
Madison WI 53701-1784

| | | | |
|---|---|---|---|
| 1 COPY OF THE TRANSCRIPT OF: | | | |
| LeeAnn Thomas | 227.00 Pages | | 385.90 |
| Exhibit Scanning | 53.00 Pages | | 18.55 |
| Handling | | | 5.00 |
| | **TOTAL DUE >>>** | | **$409.45** |

ETRANSCRIPT, TEXT and PDF files are available on our online repository.

Payment is due within thirty (30) days of the date of invoice. All past-due balances are subject to a late payment interest charge. Interest shall accrue at the legal rate of 5% per annum.

Thank you for your business!

*Ashland / NSP*
*22243-1*
*# E115*
*DEC 0 3 2014*

**Tax ID:** 39-1582838

*Please detach bottom portion and return with payment.*

Mr. Richard C. Yde
Stafford Rosenbaum LLP
222 West Washington Avenue, Suite 900
P.O. Box 1784
Madison WI 53701-1784

| | | |
|---|---|---|
| Invoice No. | : | 222303 |
| Invoice Date | : | 12/1/2014 |
| **Total Due** | : | **$ 409.45** |

Remit To: **Gramann Reporting, Ltd.**
**740 N. Plankinton Avenue**
**Suite 400**
**Milwaukee WI 53203**

| | | |
|---|---|---|
| Job No. | : | 125261 |
| BU ID | : | 1-MAIN |
| Case No. | : | 12-CV-602 |
| Case Name | : | Northern States Power Company v. The City of Ashland, Wisconsin, et al. |



**GRAMANN**
REPORTING

*Innovation · Expertise · Integrity*

740 North Plankinton Ave.
Suite 400
Milwaukee, WI 53203

PHONE: 414.272.7878
Fax: 414.272.1806

# INVOICE

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 222640 | 12/10/2014 | 125503 |
| **Job Date** | **Case No.** | |
| 12/1/2014 | 12-CV-602 | |
| **Case Name** | | |
| Northern States Power Company v. The City of Ashland, Wisconsin, et al. | | |
| **Payment Terms** | | |
| Due upon receipt | | |

Mr. Ted Waskowski
Stafford Rosenbaum LLP
222 West Washington Avenue, Suite 900
P.O. Box 1784
Madison WI 53701-1784

1 COPY OF THE TRANSCRIPT OF:

| | | |
|---|---|---|
| 30(b)(6) Deposition of Peter Mann | 325.00 Pages | 650.00 |
| Exhibit Scanning | 337.00 Pages | 117.95 |
| Handling | | 5.00 |
| | **TOTAL DUE >>>** | **$772.95** |

ETRANSRIPT, TEXT and PDF files are available on our online repository.

Payment is due within thirty (30) days of the date of invoice. All past-due balances are subject to a late payment interest charge. Interest shall accrue at the legal rate of 5% per annum.

Thank you for your business!

*Ashland /NSP*
*22243-1*
*#E115*
*OK*

RECEIVED
DEC 15 2014
BY

**Tax ID:** 39-1582838

*Please detach bottom portion and return with payment.*

Mr. Ted Waskowski
Stafford Rosenbaum LLP
222 West Washington Avenue, Suite 900
P.O. Box 1784
Madison WI 53701-1784

| | | |
|---|---|---|
| Invoice No. | : | 222640 |
| Invoice Date | : | 12/10/2014 |
| **Total Due** | : | **$ 772.95** |

Remit To: **Gramann Reporting, Ltd.**
**740 N. Plankinton Avenue**
**Suite 400**
**Milwaukee WI  53203**

| | | |
|---|---|---|
| Job No. | : | 125503 |
| BU ID | : | 1-MAIN |
| Case No. | : | 12-CV-602 |
| Case Name | : | Northern States Power Company v. The City of Ashland, Wisconsin, et al. |

# INVOICE



740 North Plankinton Ave.
Suite 400
Milwaukee, WI 53203

PHONE: 414.272.7878
FAX: 414.272.1806

**GRAMANN**
REPORTING

*Innovation · Expertise · Integrity*

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 222734 | 12/12/2014 | 125501 |
| **Job Date** | **Case No.** | |
| 12/2/2014 | 12-CV-602 | |
| **Case Name** | | |
| Northern States Power Company v. The City of Ashland, Wisconsin, et al. | | |
| **Payment Terms** | | |
| Due upon receipt | | |

Mr. Ted Waskowski
Stafford Rosenbaum LLP
222 West Washington Avenue, Suite 900
P.O. Box 1784
Madison WI 53701-1784

| | | | |
|---|---|---|---|
| 1 COPY OF THE TRANSCRIPT OF: | | | |
| James Dunn | 306.00 | Pages | 612.00 |
| Exhibit Scanning | 1,213.00 | Pages | 424.55 |
| 1 COPY OF THE TRANSCRIPT OF: | | | |
| James Dunn - Confidential Session | 12.00 | Pages | 24.00 |
| Handling | | | 5.00 |
| | **TOTAL DUE  >>>** | | **$1,065.55** |

ETRANSCRIPT, TEXT and PDF files are available on our online repository.

Payment is due within thirty (30) days of the date of invoice.  All past-due balances are subject to a late payment interest charge.
Interest shall accrue at the legal rate of 5% per annum.

Thank you for your business!

Ashland / NSP
22243-1
# E115

RECEIVED
DEC 2 2 2014
BY:

**Tax ID:** 39-1582838

*Please detach bottom portion and return with payment.*

Mr. Ted Waskowski
Stafford Rosenbaum LLP
222 West Washington Avenue, Suite 900
P.O. Box 1784
Madison WI 53701-1784

| | | |
|---|---|---|
| Invoice No. | : | 222734 |
| Invoice Date | : | 12/12/2014 |
| **Total Due** | : | **$ 1,065.55** |

Remit To: **Gramann Reporting, Ltd.**
**740 N. Plankinton Avenue**
**Suite 400**
**Milwaukee WI  53203**

| | | |
|---|---|---|
| Job No. | : | 125501 |
| BU ID | : | 1-MAIN |
| Case No. | : | 12-CV-602 |
| Case Name | : | Northern States Power Company v. The City of Ashland, Wisconsin, et al. |



740 North Plankinton Ave.
Suite 400
Milwaukee, WI 53203

PHONE: 414.272.7878
FAX: 414.272.1806

*Innovation · Expertise · Integrity*

# INVOICE

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 222724 | 12/16/2014 | 125772 |
| **Job Date** | **Case No.** | |
| 12/9/2014 | 12-CV-602 | |
| **Case Name** | | |
| Northern States Power Company v. The City of Ashland, Wisconsin, et al. | | |
| **Payment Terms** | | |
| Due upon receipt | | |

Mr. Ted Waskowski
Stafford Rosenbaum LLP
222 West Washington Avenue, Suite 900
P.O. Box 1784
Madison WI 53701-1784

ORIGINAL AND 1 COPY OF THE TRANSCRIPT OF:

| | | |
|---|---|---|
| Michael BeBeau | 185.00 Pages | 678.95 |
| Full Day Appearance | | 34.00 |
| Exhibit Scanning | 41.00 Pages | 14.35 |
| Errata Request | | 5.00 |
| Postage, Handling, & Archiving | | 16.00 |
| | **TOTAL DUE  >>>** | **$748.30** |

ETRANSCRIPT, TEXT and PDF files are available on our online repository.
Expedite page rate applied.

Payment is due within thirty (30) days of the date of invoice. All past-due balances are subject to a late payment interest charge.
Interest shall accrue at the legal rate of 5% per annum.

Thank you for your business!

*Ashland/NSP*
*22243-1*
*$ E115*    *OK*

**Tax ID:** 39-1582838

*Please detach bottom portion and return with payment.*

Mr. Ted Waskowski
Stafford Rosenbaum LLP
222 West Washington Avenue, Suite 900
P.O. Box 1784
Madison WI 53701-1784

| | | |
|---|---|---|
| Invoice No. | : | 222724 |
| Invoice Date | : | 12/16/2014 |
| **Total Due** | : | **$ 748.30** |

RECEIVED DEC 22 2014

Remit To: **Gramann Reporting, Ltd.**
**740 N. Plankinton Avenue**
**Suite 400**
**Milwaukee WI  53203**

| | | |
|---|---|---|
| Job No. | : | 125772 |
| BU ID | : | 1-MAIN |
| Case No. | : | 12-CV-602 |
| Case Name | : | Northern States Power Company v. The City of Ashland, Wisconsin, et al. |

# INVOICE



**GRAMANN**
REPORTING

740 North Plankinton Ave.
Suite 400
Milwaukee, WI 53203

PHONE: 414.272.7878
Fax: 414.272.1806

*Innovation · Expertise · Integrity*

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 222994 | 12/30/2014 | 125773 |
| **Job Date** | **Case No.** | |
| 12/10/2014 | 12-CV-602 | |
| **Case Name** | | |
| Northern States Power Company v. The City of Ashland, Wisconsin, et al. | | |
| **Payment Terms** | | |
| Due upon receipt | | |

Mr. Ted Waskowski
Stafford Rosenbaum LLP
222 West Washington Avenue, Suite 900
P.O. Box 1784
Madison WI  53701-1784

---

ORIGINAL (SPLIT) AND 1 COPY OF THE TRANSCRIPT OF:

| | | |
|---|---|---|
| Michael Sizemore | 74.00 Pages | 179.08 |
| Half Day Appearance | | 16.67 |
| Exhibit Scanning | 42.00 Pages | 14.70 |
| Errata Request | | 5.00 |
| Archiving & Handling | | 10.00 |

**TOTAL DUE  >>>**          **$225.45**

The following charges have been split with other defense counsel: original transcript, transcript archiving, reporter's appearance, and errata. The charges on this invoice reflect your portions.

Payment is due within thirty (30) days of the date of invoice. All past-due balances are subject to a late payment interest charge. Interest shall accrue at the legal rate of 5% per annum.

Thank you for your business!

*Ashland/NSP*
*22243-1*
*# E115*

*please pay.*
*-KRP*

RECEIVED
JAN 0 2 2015

**Tax ID:** 39-1582838

---

*Please detach bottom portion and return with payment.*

Mr. Ted Waskowski
Stafford Rosenbaum LLP
222 West Washington Avenue, Suite 900
P.O. Box 1784
Madison WI  53701-1784

| | | |
|---|---|---|
| Invoice No. | : | 222994 |
| Invoice Date | : | 12/30/2014 |
| **Total Due** | : | **$ 225.45** |

Remit To: **Gramann Reporting, Ltd.**
**740 N. Plankinton Avenue**
**Suite 400**
**Milwaukee WI  53203**

| | | |
|---|---|---|
| Job No. | : | 125773 |
| BU ID | : | 1-MAIN |
| Case No. | : | 12-CV-602 |
| Case Name | : | Northern States Power Company v. The City of Ashland, Wisconsin, et al. |

# INVOICE



**GRAMANN**
REPORTING

740 North Plankinton Ave.
Suite 400
Milwaukee, WI 53203

PHONE: 414.272.7878
FAX: 414.272.1806

*Innovation · Expertise · Integrity*

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 222832 | 12/31/2014 | 125857 |
| **Job Date** | **Case No.** | |
| 12/15/2014 | 12-CV-602 | |
| **Case Name** | | |
| Northern States Power Company v. The City of Ashland, Wisconsin, et al. | | |
| **Payment Terms** | | |
| Due upon receipt | | |

Mr. Ted Waskowski
Stafford Rosenbaum LLP
222 West Washington Avenue, Suite 900
P.O. Box 1784
Madison WI  53701-1784

| | | | |
|---|---|---|---|
| ORIGINAL (SPLIT) AND 1 COPY OF THE TRANSCRIPT OF: | | | |
| Ross Mishkin | 20.00 | Pages | 96.80 |
| Full Day Appearance | | | 33.33 |
| Travel Expenses | | | 66.67 |
| Exhibit Scanning | 26.00 | Pages | 9.10 |
| Postage, Handling, & Archiving | | | 16.00 |
| | **TOTAL DUE >>>** | | **$221.90** |

Expedite page rate applied.

The following charges have been split with other defense counsel: original transcript, transcript archiving, reporter's appearance, and mileage.  The charges on this invoice reflect your portions.

Payment is due within thirty (30) days of the date of invoice.  All past-due balances are subject to a late payment interest charge. Interest shall accrue at the legal rate of 5% per annum.

Thank you for your business!

*Ashland/NSP*
*22243-1*
*#E115*

*✓please pay.*
*-KRP*

RECEIVED
JAN 0 2 2015
BY

**Tax ID:** 39-1582838

*Please detach bottom portion and return with payment.*

Mr. Ted Waskowski
Stafford Rosenbaum LLP
222 West Washington Avenue, Suite 900
P.O. Box 1784
Madison WI  53701-1784

| | | |
|---|---|---|
| Invoice No. | : | 222832 |
| Invoice Date | : | 12/31/2014 |
| **Total Due** | : | **$ 221.90** |

Remit To: **Gramann Reporting, Ltd.**
 **740 N. Plankinton Avenue**
 **Suite 400**
 **Milwaukee WI  53203**

| | | |
|---|---|---|
| Job No. | : | 125857 |
| BU ID | : | 1-MAIN |
| Case No. | : | 12-CV-602 |
| Case Name | : | Northern States Power Company v. The City of Ashland, Wisconsin, et al. |

# INVOICE



**GRAMANN**
REPORTING

740 North Plankinton Ave.
Suite 400
Milwaukee, WI 53203

PHONE: 414.272.7878
FAX: 414.272.1806

*Innovation · Expertise · Integrity*

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 223040 | 12/29/2014 | 125858 |
| **Job Date** | **Case No.** | |
| 12/17/2014 | 12-CV-602 | |
| **Case Name** | | |
| Northern States Power Company v. The City of Ashland, Wisconsin, et al. | | |
| **Payment Terms** | | |
| Due upon receipt | | |

Mr. Ted Waskowski
Stafford Rosenbaum LLP
222 West Washington Avenue, Suite 900
P.O. Box 1784
Madison WI  53701-1784

ORIGINAL AND 1 COPY OF THE TRANSCRIPT OF:

| | | | |
|---|---|---|---|
| Paul D. Boehm, Ph.D. - Volume III | 222.00 Pages | | 741.48 |
| Exhibit Scanning | 59.00 Pages | | 20.65 |
| Errata Request | | | 5.00 |
| FedEx | | | 12.00 |
| Postage, Handling, & Archiving | | | 18.00 |
| | | **TOTAL DUE  >>>** | **$797.13** |

Reference No.  :  64106

Local court reporter's rates reflected.  The following charges have been split with other defense counsel: original transcript, archiving, errata, and FedEx to have original exhibits sent from deposition location to Gramann Reporting.

Payment is due within thirty (30) days of the date of invoice.  All past-due balances are subject to a late payment interest charge.  Interest shall accrue at the legal rate of 5% per annum.

Thank you for your business!

*Ashland /NSP*
*22243 - 1*
*# E115*

*√please pay.*

RECEIVED
JAN 0 2 2015

**Tax ID:** 39-1582838

*Please detach bottom portion and return with payment.*

Mr. Ted Waskowski
Stafford Rosenbaum LLP
222 West Washington Avenue, Suite 900
P.O. Box 1784
Madison WI  53701-1784

| | | |
|---|---|---|
| Invoice No. | : | 223040 |
| Invoice Date | : | 12/29/2014 |
| **Total Due** | : | **$ 797.13** |

Remit To: **Gramann Reporting, Ltd.**
**740 N. Plankinton Avenue**
**Suite 400**
**Milwaukee WI  53203**

| | | |
|---|---|---|
| Job No. | : | 125858 |
| BU ID | : | NNRC_OUT |
| Case No. | : | 12-CV-602 |
| Case Name | : | Northern States Power Company v. The City of Ashland, Wisconsin, et al. |



**GRAMANN**
R E P O R T I N G

740 North Plankinton Ave.
Suite 400
Milwaukee, WI 53203
PHONE: 414.272.7878
FAX: 414.272.1806
*Innovation · Expertise · Integrity*

# INVOICE

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 223222 | 1/7/2015 | 125859 |

| Job Date | Case No. | |
|---|---|---|
| 12/18/2014 | 12-CV-602 | |

| Case Name |
|---|
| Northern States Power Company v. The City of Ashland, Wisconsin, et al. |

| Payment Terms |
|---|
| Due upon receipt |

Mr. Ted Waskowski
Stafford Rosenbaum LLP
222 West Washington Avenue, Suite 900
P.O. Box 1784
Madison WI 53701-1784

ORIGINAL (SPLIT) AND 1 COPY OF THE TRANSCRIPT OF:

| | | | |
|---|---|---|---|
| Kurt Herman, M.Eng., P.G. - Volume II | 207.00 | Pages | 689.31 |
| Errata Request | | | 5.00 |
| Exhibit Scanning | 85.00 | Pages | 29.75 |
| Postage, Handling, & Archiving | | | 16.00 |
| | | **TOTAL DUE  >>>** | **$740.06** |

Reference No. : 64315

Local court reporter's rates reflected. Cost of original transcript, archiving, and errata have been split with other defense counsel. The charges on this invoice reflect your portions.

Payment is due within thirty (30) days of the date of invoice. All past-due balances are subject to a late payment interest charge. Interest shall accrue at the legal rate of 5% per annum.

Thank you for your business!

*O/C Ashland/NSP*
*22243-1*
*# E115*

**Tax ID:** 39-1582838

---

*Please detach bottom portion and return with payment.*

Mr. Ted Waskowski
Stafford Rosenbaum LLP
222 West Washington Avenue, Suite 900
P.O. Box 1784
Madison WI 53701-1784

| | | |
|---|---|---|
| Invoice No. | : | 223222 |
| Invoice Date | : | 1/7/2015 |
| **Total Due** | **:** | **$ 740.06** |

Remit To: **Gramann Reporting, Ltd.**
**740 N. Plankinton Avenue**
**Suite 400**
**Milwaukee WI  53203**

| | | |
|---|---|---|
| Job No. | : | 125859 |
| BU ID | : | NNRC_OUT |
| Case No. | : | 12-CV-602 |
| Case Name | : | Northern States Power Company v. The City of Ashland, Wisconsin, et al. |

# INVOICE



**GRAMANN**
REPORTING

*Innovation Expertise Integrity*

740 North Plankinton Ave.
Suite 400
Milwaukee, WI 53203

PHONE: 414.272.7878
FAX: 414.272.1806

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 223375 | 1/19/2015 | 126153 |
| **Job Date** | **Case No.** | |
| 1/8/2015 | 12-CV-602 | |
| **Case Name** | | |
| Northern States Power Company v. The City of Ashland, Wisconsin, et al. | | |
| **Payment Terms** | | |
| Due upon receipt | | |

Mr. Ted Waskowski
Stafford Rosenbaum LLP
222 West Washington Avenue, Suite 900
P.O. Box 1784
Madison WI 53701-1784

| | | | |
|---|---|---|---|
| 1 COPY OF THE TRANSCRIPT OF: | | | |
| Scott Clark | 154.00 | Pages | 338.80 |
| Exhibit Scanning | 73.00 | Pages | 25.55 |
| 1 COPY OF THE TRANSCRIPT OF: | | | |
| Raymond M. Hyde | 82.00 | Pages | 180.40 |
| Exhibit Scanning | 7.00 | Pages | 2.45 |
| Handling | | | 5.00 |
| | | **TOTAL DUE  >>>** | **$552.20** |

Reference No.   :  124266

Payment is due within thirty (30) days of the date of invoice.  All past-due balances are subject to a late payment interest charge.  Interest shall accrue at the legal rate of 5% per annum.

Thank you for your business!

*Ashland/NSP*
*22243-1*
*# E115*

**Tax ID:** 39-1582838

---

*Please detach bottom portion and return with payment.*

Mr. Ted Waskowski
Stafford Rosenbaum LLP
222 West Washington Avenue, Suite 900
P.O. Box 1784
Madison WI 53701-1784

| | | |
|---|---|---|
| Invoice No. | : | 223375 |
| Invoice Date | : | 1/19/2015 |
| **Total Due** | **:** | **$ 552.20** |

Remit To: **Gramann Reporting, Ltd.**
**740 N. Plankinton Avenue**
**Suite 400**
**Milwaukee WI  53203**

| | | |
|---|---|---|
| Job No. | : | 126153 |
| BU ID | : | Refer_OUT |
| Case No. | : | 12-CV-602 |
| Case Name | : | Northern States Power Company v. The City of Ashland, Wisconsin, et al. |

# INVOICE



**GRAMANN**
REPORTING

*Innovation Expertise Integrity*

740 North Plankinton Ave.
Suite 400
Milwaukee, WI 53203

PHONE: 414.272.7878
FAX: 414.272.1806

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 223532 | 1/26/2015 | 126188 |
| **Job Date** | **Case No.** | |
| 1/14/2015 | 12-CV-602 | |
| **Case Name** | | |
| Northern States Power Company v. The City of Ashland, Wisconsin, et al. | | |
| **Payment Terms** | | |
| Due upon receipt | | |

Mr. Ted Waskowski
Stafford Rosenbaum LLP
222 West Washington Avenue, Suite 900
P.O. Box 1784
Madison WI  53701-1784

| 1 COPY OF THE TRANSCRIPT OF: | | |
|---|---|---|
| Anke M. Hildebrandt | 115.00 Pages | 230.00 |
| Exhibit Scanning | 16.00 Pages | 5.60 |
| Handling | | 5.00 |
| | **TOTAL DUE  >>>** | **$240.60** |

Payment is due within thirty (30) days of the date of invoice.  All past-due balances are subject to a late payment interest charge.  Interest shall accrue at the legal rate of 5% per annum.

Thank you for your business!

*Ashland/NSP*
*22243-1*
*#E115*

*016*

JAN 28 2015

**Tax ID:** 39-1582838

*Please detach bottom portion and return with payment.*

Mr. Ted Waskowski
Stafford Rosenbaum LLP
222 West Washington Avenue, Suite 900
P.O. Box 1784
Madison WI  53701-1784

| | | |
|---|---|---|
| Invoice No. | : | 223532 |
| Invoice Date | : | 1/26/2015 |
| **Total Due** | : | **$ 240.60** |

Remit To: **Gramann Reporting, Ltd.**
          **740 N. Plankinton Avenue**
          **Suite 400**
          **Milwaukee WI  53203**

| | | |
|---|---|---|
| Job No. | : | 126188 |
| BU ID | : | 1-MAIN |
| Case No. | : | 12-CV-602 |
| Case Name | : | Northern States Power Company v. The City of Ashland, Wisconsin, et al. |



# INVOICE

740 North Plankinton Ave.
Suite 400
Milwaukee, WI 53203

PHONE: 414.272.7878
FAX: 414.272.1806

*Innovation · Expertise · Integrity*

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 224147 | 2/20/2015 | 126585 |
| **Job Date** | **Case No.** | |
| 2/6/2015 | 12-CV-602 | |
| **Case Name** | | |
| Northern States Power Company v. The City of Ashland, Wisconsin, et al. | | |
| **Payment Terms** | | |
| Due upon receipt | | |

Mr. Ted Waskowski
Stafford Rosenbaum LLP
222 West Washington Avenue, Suite 900
P.O. Box 1784
Madison WI 53701-1784

---

ORIGINAL (SPLIT) AND 1 COPY OF THE TRANSCRIPT OF:

| | | |
|---|---|---|
| James I. Ebert, Volume II | 39.00 Pages | 94.38 |
| Half Day Appearance | | 16.67 |
| Exhibit Scanning | 18.00 Pages | 6.30 |
| Errata Request | | 5.00 |
| Postage, Handling, & Archiving | | 16.00 |
| | **TOTAL DUE  >>>** | **$138.35** |

Cost of original and appearance fee has been split with other defense counsel.  The charges on this invoice reflect your portions.

Payment is due within thirty (30) days of the date of invoice.  All past-due balances are subject to a late payment interest charge.  Interest shall accrue at the legal rate of 5% per annum.

Thank you for your business!

*Ashland/NSP*
*22243-1*
*# E115*

**Tax ID:** 39-1582838

---

*Please detach bottom portion and return with payment.*

Mr. Ted Waskowski
Stafford Rosenbaum LLP
222 West Washington Avenue, Suite 900
P.O. Box 1784
Madison WI 53701-1784

| | | |
|---|---|---|
| Invoice No. | : | 224147 |
| Invoice Date | : | 2/20/2015 |
| **Total Due** | : | **$ 138.35** |

| | | |
|---|---|---|
| Job No. | : | 126585 |
| BU ID | : | 1-MAIN |
| Case No. | : | 12-CV-602 |
| Case Name | : | Northern States Power Company v. The City of Ashland, Wisconsin, et al. |

Remit To: **Gramann Reporting, Ltd.**
**740 N. Plankinton Avenue**
**Suite 400**
**Milwaukee WI  53203**

# INVOICE



## GRAMANN
### REPORTING

740 North Plankinton Ave.
Suite 400
Milwaukee, WI 53203
PHONE: 414.272.7878
FAX: 414.272.1806
*Innovation · Expertise · Integrity*

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 224334 | 2/23/2015 | 126582 |
| **Job Date** | **Case No.** | |
| 2/11/2015 | 12-CV-602 | |
| **Case Name** | | |
| Northern States Power Company v. The City of Ashland, Wisconsin, et al. | | |
| **Payment Terms** | | |
| Due upon receipt | | |

Mr. Ted Waskowski
Stafford Rosenbaum LLP
222 West Washington Avenue, Suite 900
P.O. Box 1784
Madison WI 53701-1784

| | | | |
|---|---|---|---|
| ORIGINAL (SPLIT) AND 1 COPY OF THE TRANSCRIPT OF: | | | |
| Peter Erickson | 155.00 | Pages | 382.85 |
| Hourly | | | 53.63 |
| Exhibit Scanning | 64.00 | Pages | 22.40 |
| Errata Request | | | 5.00 |
| 1 COPY OF THE TRANSCRIPT OF: | | | |
| Representative of the County of Ashland | 105.00 | Pages | 231.00 |
| Exhibit Scanning | 268.00 | Pages | 93.80 |
| Copies | | | 5.10 |
| FedEx | | | 14.97 |
| Postage, Handling, & Archiving | | | 17.00 |
| | **TOTAL DUE >>>** | | **$825.75** |

Reference No. : 124356

Erickson deposition transcript and appearance fee has been split with other defense counsel. The charges on this invoice reflect your portions. Please note that the local court reporter's rates apply. Copies charge reflects cost of reporter printing a document that was emailed to her.

Payment is due within thirty (30) days of the date of invoice. All past-due balances are subject to a late payment interest charge. Interest shall accrue at the legal rate of 5% per annum.

*Ashland/NSP*
*22243-1*
*# E115*

**Tax ID:** 39-1582838

---

*Please detach bottom portion and return with payment.*

Mr. Ted Waskowski
Stafford Rosenbaum LLP
222 West Washington Avenue, Suite 900
P.O. Box 1784
Madison WI 53701-1784

*OIC*

| | | |
|---|---|---|
| Invoice No. | : | 224334 |
| Invoice Date | : | 2/23/2015 |
| **Total Due** | : | **$ 825.75** |

Remit To: **Gramann Reporting, Ltd.**
**740 N. Plankinton Avenue**
**Suite 400**
**Milwaukee WI 53203**

| | | |
|---|---|---|
| Job No. | : | 126582 |
| BU ID | : | Refer_OUT |
| Case No. | : | 12-CV-602 |
| Case Name | : | Northern States Power Company v. The City of Ashland, Wisconsin, et al. |



# INVOICE

740 North Plankinton Ave.
Suite 400
Milwaukee, WI 53203

PHONE: 414.272.7878
FAX: 414.272.1806

*Innovation · Expertise · Integrity*

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 224416 | 2/26/2015 | 126435 |

| Job Date | Case No. |
|---|---|
| 2/12/2015 | 12-CV-602 |

| Case Name |
|---|
| Northern States Power Company v. The City of Ashland, Wisconsin, et al. |

| Payment Terms |
|---|
| Due upon receipt |

Mr. Ted Waskowski
Stafford Rosenbaum LLP
222 West Washington Avenue, Suite 900
P.O. Box 1784
Madison WI 53701-1784

ORIGINAL (SPLIT) AND 1 COPY OF THE TRANSCRIPT OF:

| | | | |
|---|---|---|---|
| 30(b)(6) Deposition of Andrew Ballew | 185.00 | Pages | 508.75 |
| Hourly | 3.50 | Hours | 43.75 |
| Exhibit Scanning | 86.00 | Pages | 30.10 |
| Errata Request | | | 4.00 |
| FedEx | | | 9.48 |
| Postage, Handling, & Archiving | | | 15.00 |

**TOTAL DUE >>>**          **$611.08**

Reference No.  : 98217

Cost of original transcript and reporter's appearance has been split with defense counsel. The charges on this invoice reflect your portions. Local court reporter's rates are reflected. FedEx charge reflects cost of shipping original exhibits from deposition location to Gramann (this charge has also been split between all defense counsel).

Payment is due within thirty (30) days of the date of invoice. All past-due balances are subject to a late payment interest charge. Interest shall accrue at the legal rate of 5% per annum.

Thank you for your business!

*O/L Ashland/NSP 22243-1 # E115*

**Tax ID:** 39-1582838

*Please detach bottom portion and return with payment.*

Mr. Ted Waskowski
Stafford Rosenbaum LLP
222 West Washington Avenue, Suite 900
P.O. Box 1784
Madison WI 53701-1784

Invoice No.   : 224416
Invoice Date  : 2/26/2015
**Total Due**    : **$ 611.08**

Remit To: **Gramann Reporting, Ltd.**
**740 N. Plankinton Avenue**
**Suite 400**
**Milwaukee WI 53203**

Job No.    : 126435
BU ID      : NNRC_OUT
Case No.   : 12-CV-602
Case Name  : Northern States Power Company v. The City of Ashland, Wisconsin, et al.

# INVOICE



**GRAMANN**
REPORTING

740 North Plankinton Ave.
Suite 400
Milwaukee, WI 53203

PHONE: 414.272.7878
FAX: 414.272.1806

*Innovation · Expertise · Integrity*

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 224352 | 2/27/2015 | 126583 |
| **Job Date** | **Case No.** | |
| 2/18/2015 | 12-CV-602 | |
| **Case Name** | | |
| Northern States Power Company v. The City of Ashland, Wisconsin, et al. | | |
| **Payment Terms** | | |
| Due upon receipt | | |

Mr. Ted Waskowski
Stafford Rosenbaum LLP
222 West Washington Avenue, Suite 900
P.O. Box 1784
Madison WI 53701-1784

| 1 COPY OF THE TRANSCRIPT OF: | | |
|---|---|---|
| Thomas Hubbard | 128.00 Pages | 256.00 |
| 2-4 Day Expedite | | 160.00 |
| Exhibit Scanning | 81.00 Pages | 28.35 |
| Handling | | 5.00 |
| **TOTAL DUE  >>>** | | **$449.35** |

Payment is due within thirty (30) days of the date of invoice. All past-due balances are subject to a late payment interest charge. Interest shall accrue at the legal rate of 5% per annum.

Thank you for your business!

Ashland/NSP
22243-1
# E115

O/C

**Tax ID:** 39-1582838

*Please detach bottom portion and return with payment.*

Mr. Ted Waskowski
Stafford Rosenbaum LLP
222 West Washington Avenue, Suite 900
P.O. Box 1784
Madison WI 53701-1784

| | | |
|---|---|---|
| Invoice No. | : | 224352 |
| Invoice Date | : | 2/27/2015 |
| **Total Due** | : | **$ 449.35** |

| Remit To: | **Gramann Reporting, Ltd.** |
|---|---|
| | **740 N. Plankinton Avenue** |
| | **Suite 400** |
| | **Milwaukee WI  53203** |

| | | |
|---|---|---|
| Job No. | : | 126583 |
| BU ID | : | 1-MAIN |
| Case No. | : | 12-CV-602 |
| Case Name | : | Northern States Power Company v. The City of Ashland, Wisconsin, et al. |



# INVOICE

GRAMANN
REPORTING

*Innovation · Expertise · Integrity*

740 North Plankinton Ave.
Suite 400
Milwaukee, WI 53203

PHONE: 414.272.7878
FAX: 414.272.1806

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 224845 | 3/8/2015 | 126681 |
| **Job Date** | **Case No.** | |
| 2/24/2015 | 12-CV-602 | |
| **Case Name** | | |
| Northern States Power Company v. The City of Ashland, Wisconsin, et al. | | |
| **Payment Terms** | | |
| Due upon receipt | | |

Mr. Ted Waskowski
Stafford Rosenbaum LLP
222 West Washington Avenue, Suite 900
P.O. Box 1784
Madison WI 53701-1784

| 1 COPY OF THE TRANSCRIPT OF: | | |
|---|---|---|
| Steven M. Brand | 79.00 Pages | 158.00 |
| Exhibit Scanning | 36.00 Pages | 12.60 |
| Handling | | 5.00 |
| **TOTAL DUE >>>** | | **$175.60** |

Payment is due within thirty (30) days of the date of invoice. All past-due balances are subject to a late payment interest charge. Interest shall accrue at the legal rate of 5% per annum.

Thank you for your business!

*Ashland/NSP*
*22243-1*
*# E115*
*√pay -NSP*

RECEIVED
MAR 12 2015

**Tax ID:** 39-1582838

*Please detach bottom portion and return with payment.*

Mr. Ted Waskowski
Stafford Rosenbaum LLP
222 West Washington Avenue, Suite 900
P.O. Box 1784
Madison WI 53701-1784

| | | |
|---|---|---|
| Invoice No. | : | 224845 |
| Invoice Date | : | 3/8/2015 |
| **Total Due** | : | **$ 175.60** |

| | | |
|---|---|---|
| Job No. | : | 126681 |
| BU ID | : | 1-MAIN |
| Case No. | : | 12-CV-602 |
| Case Name | : | Northern States Power Company v. The City of Ashland, Wisconsin, et al. |

Remit To: **Gramann Reporting, Ltd.**
**740 N. Plankinton Avenue**
**Suite 400**
**Milwaukee WI 53203**

# INVOICE



740 North Plankinton Ave.
Suite 400
Milwaukee, WI 53203

Phone: 414.272.7878
Fax: 414.272.1806

*Investigation Litigation Intrigrity*

**GRAMANN**
REPORTING

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 225576 | 4/10/2015 | 127872 |
| **Job Date** | **Case No.** | |
| 3/24/2015 | 12-CV-602 | |
| **Case Name** | | |
| Northern States Power Company v. The City of Ashland, Wisconsin, et al. | | |
| **Payment Terms** | | |
| Net 30 | | |

Mr. Ted Waskowski
Stafford Rosenbaum LLP
222 West Washington Avenue, Suite 900
P.O. Box 1784
Madison WI 53701-1784

---

1 COPY OF THE TRANSCRIPT OF:

| | | | |
|---|---|---|---|
| Guy C. Patrick, Volume II | 276.00 | Pages | 552.00 |
| Exhibit Scanning | 110.00 | Pages | 38.50 |
| Conference Call Minutes | 603.00 | | 72.36 |
| Handling | | | 5.00 |
| | **TOTAL DUE >>>** | | **$667.86** |
| | AFTER 5/20/2015 PAY | | $701.25 |

Payment is due within thirty (30) days of the date of invoice. All past-due balances are subject to a late payment interest charge. Interest shall accrue at the legal rate of 5% per annum.

Thank you for your business!

Ashland /NSP
22243-1
# E115

**Tax ID:** 39-1582838

---

*Please detach bottom portion and return with payment.*

Mr. Ted Waskowski
Stafford Rosenbaum LLP
222 West Washington Avenue, Suite 900
P.O. Box 1784
Madison WI 53701-1784

| | | |
|---|---|---|
| Invoice No. | : | 225576 |
| Invoice Date | : | 4/10/2015 |
| **Total Due** | : | **$667.86** |
| AFTER 5/20/2015 PAY $701.25 | | |

| | | |
|---|---|---|
| Remit To: | **Gramann Reporting, Ltd.** | |
| | **740 N. Plankinton Avenue** | |
| | **Suite 400** | |
| | **Milwaukee WI  53203** | |

| | | |
|---|---|---|
| Job No. | : | 127872 |
| BU ID | : | 1-MAIN |
| Case No. | : | 12-CV-602 |
| Case Name | : | Northern States Power Company v. The City of Ashland, Wisconsin, et al. |



# INVOICE

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 225855 | 4/21/2015 | 127873 |

| Job Date | Case No. | |
|---|---|---|
| 4/2/2015 | 12-CV-602 | |

| Case Name | | |
|---|---|---|
| Northern States Power Company v. The City of Ashland, Wisconsin, et al. | | |

| Payment Terms | | |
|---|---|---|
| Net 30 | | |

740 North Plankinton Ave.
Suite 400
Milwaukee, WI 53203

PHONE: 414.272.7878
FAX: 414.272.1806

*Innovation · Expertise · Integrity*

GRAMANN
REPORTING

Mr. Ted Waskowski
Stafford Rosenbaum LLP
222 West Washington Avenue, Suite 900
P.O. Box 1784
Madison WI  53701-1784

---

1 COPY (TECHNICAL) OF THE TRANSCRIPT OF:

| | | | |
|---|---|---|---|
| Robert Karls | 269.00 | Pages | 605.25 |
| Exhibit Scanning | 257.00 | Pages | 89.95 |
| Handling | | | 5.00 |

**TOTAL DUE  >>>**                              **$700.20**
AFTER 5/31/2015  PAY                     $735.21

Payment is due within thirty (30) days of the date of invoice.  All past-due balances are subject to a late payment interest charge.  Interest shall accrue at the legal rate of 5% per annum.

Thank you for your business!

*Ashland / NSP*
*222-43-1*
*# E115*

**Tax ID:** 39-1582838

---

*Please detach bottom portion and return with payment.*

Mr. Ted Waskowski
Stafford Rosenbaum LLP
222 West Washington Avenue, Suite 900
P.O. Box 1784
Madison WI  53701-1784

Invoice No.   :   225855
Invoice Date  :   4/21/2015
**Total Due**    :   **$ 700.20**
AFTER 5/31/2015  PAY  $735.21

**Remit To:  Gramann Reporting, Ltd.**
**740 N. Plankinton Avenue**
**Suite 400**
**Milwaukee WI  53203**

Job No.     :   127873
BU ID       :   1-MAIN
Case No.    :   12-CV-602
Case Name   :   Northern States Power Company v. The City
                of Ashland, Wisconsin, et al.



# INVOICE

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 225831 | 4/21/2015 | 127874 |
| **Job Date** | **Case No.** | |
| 4/8/2015 | 12-CV-602 | |
| **Case Name** | | |
| Northern States Power Company v. The City of Ashland, Wisconsin, et al. | | |
| **Payment Terms** | | |
| Net 30 | | |

740 North Plankinton Ave.
Suite 400
Milwaukee, WI 53203

PHONE: 414.272.7878
FAX: 414.272.1806

*Innovation · Expertise · Integrity*

Mr. Ted Waskowski
Stafford Rosenbaum LLP
222 West Washington Avenue, Suite 900
P.O. Box 1784
Madison WI 53701-1784

---

1 COPY OF TRANSCRIPT OF:

| | | | |
|---|---|---|---|
| Dennis R. Helsel, Volume II | 236.00 | Pages | 472.00 |
| Exhibit Scanning | 103.00 | Pages | 36.05 |
| Conference Call Minutes | 595.50 | | 71.46 |
| Handling | | | 5.00 |

**TOTAL DUE >>>**      **$584.51**

AFTER 5/31/2015 PAY     $613.74

Payment is due within thirty (30) days of the date of invoice. All past-due balances are subject to a late payment interest charge. Interest shall accrue at the legal rate of 5% per annum.

Thank you for your business!

*Ashland/NSP*
*22243-1*
*B E115*

**Tax ID:** 39-1582838

---

*Please detach bottom portion and return with payment.*

Mr. Ted Waskowski
Stafford Rosenbaum LLP
222 West Washington Avenue, Suite 900
P.O. Box 1784
Madison WI 53701-1784

| | | |
|---|---|---|
| Invoice No. | : | 225831 |
| Invoice Date | : | 4/21/2015 |
| **Total Due** | : | **$ 584.51** |
| AFTER 5/31/2015 PAY | | $613.74 |

Remit To: **Gramann Reporting, Ltd.**
             **740 N. Plankinton Avenue**
             **Suite 400**
             **Milwaukee WI 53203**

| | | |
|---|---|---|
| Job No. | : | 127874 |
| BU ID | : | 1-MAIN |
| Case No. | : | 12-CV-602 |
| Case Name | : | Northern States Power Company v. The City of Ashland, Wisconsin, et al. |

# INVOICE



**GRAMANN**
REPORTING

*Innovation · Expertise · Integrity*

740 North Plankinton Ave.
Suite 400
Milwaukee, WI 53203

PHONE: 414.272.7878
FAX: 414.272.1806

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 225859 | 4/21/2015 | 127995 |
| **Job Date** | **Case No.** | |
| 4/9/2015 | 12-CV-602 | |
| **Case Name** | | |
| Northern States Power Company v. The City of Ashland, Wisconsin, et al. | | |
| **Payment Terms** | | |
| Net 30 | | |

Mr. Ted Waskowski
Stafford Rosenbaum LLP
222 West Washington Avenue, Suite 900
P.O. Box 1784
Madison WI 53701-1784

ORIGINAL (SPLIT) AND 1 COPY OF THE TRANSCRIPT OF:

| | | | |
|---|---|---|---|
| Andrew Ballew, Volume II | 12.00 | Pages | 29.04 |
| 2-4 Day Expedite | | | 15.00 |
| Half Day Appearance | | | 20.00 |
| Min-U-Script | | | 10.00 |
| Errata Request | | | 15.00 |
| Conference Call Minutes | 30.75 | | 3.69 |
| Postage, Handling, & Archiving | | | 30.00 |

**TOTAL DUE >>>** **$122.73**

AFTER 5/31/2015  PAY     $128.87

Original transcript and appearance fee cost split with Attorney Lewandowski and Attorney Jacobs. The charge on this invoice reflects your portion.
Additional postage and minuscript charge reflects cost of transcript copy sent out for witness review.
Payment is due within thirty (30) days of the date of invoice.  All past-due balances are subject to a late payment interest charge.  Interest shall accrue at the legal rate of 5% per annum.

Thank you for your business!

*Ashland/NSP*
*22243-1*
*#E115 ✓ pay -KP*

**Tax ID:** 39-1582838

*Please detach bottom portion and return with payment.*

Mr. Ted Waskowski
Stafford Rosenbaum LLP
222 West Washington Avenue, Suite 900
P.O. Box 1784
Madison WI 53701-1784

| | | |
|---|---|---|
| Invoice No. | : | 225859 |
| Invoice Date | : | 4/21/2015 |
| **Total Due** | **:** | **$ 122.73** |
| AFTER 5/31/2015 PAY  $128.87 | | |

Remit To: **Gramann Reporting, Ltd.**
**740 N. Plankinton Avenue**
**Suite 400**
**Milwaukee WI  53203**

| | | |
|---|---|---|
| Job No. | : | 127995 |
| BU ID | : | 1-MAIN |
| Case No. | : | 12-CV-602 |
| Case Name | : | Northern States Power Company v. The City of Ashland, Wisconsin, et al. |

# INVOICE



**GRAMANN**
REPORTING

*Innovation · Expertise · Integrity*

740 North Plankinton Ave.
Suite 400
Milwaukee, WI 53203

PHONE: 414.272.7878
FAX: 414.272.1806

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 225922 | 4/21/2015 | 127875 |
| **Job Date** | **Case No.** | |
| 4/10/2015 | 12-CV-602 | |
| **Case Name** | | |
| Northern States Power Company v. The City of Ashland, Wisconsin, et al. | | |
| **Payment Terms** | | |
| Net 30 | | |

Mr. Ted Waskowski
Stafford Rosenbaum LLP
222 West Washington Avenue, Suite 900
P.O. Box 1784
Madison WI 53701-1784

| 1 COPY OF THE TRANSCRIPT OF: | | | |
|---|---|---|---|
| Alan W.A. Jeffrey, Volume II | 94.00 | Pages | 188.00 |
| Exhibit Scanning | 16.00 | Pages | 5.60 |
| Handling | | | 5.00 |
| | **TOTAL DUE >>>** | | **$198.60** |
| | AFTER 5/31/2015 PAY | | $208.53 |

Payment is due within thirty (30) days of the date of invoice. All past-due balances are subject to a late payment interest charge. Interest shall accrue at the legal rate of 5% per annum.

Thank you for your business!

Ashland / NSP
22243-1
#E115 √ VAP

**Tax ID:** 39-1582838

---

*Please detach bottom portion and return with payment.*

Mr. Ted Waskowski
Stafford Rosenbaum LLP
222 West Washington Avenue, Suite 900
P.O. Box 1784
Madison WI 53701-1784

| | | |
|---|---|---|
| Invoice No. | : | 225922 |
| Invoice Date | : | 4/21/2015 |
| **Total Due** | : | **$ 198.60** |
| AFTER 5/31/2015 PAY $208.53 | | |

Remit To: **Gramann Reporting, Ltd.**
**740 N. Plankinton Avenue**
**Suite 400**
**Milwaukee WI 53203**

| | | |
|---|---|---|
| Job No. | : | 127875 |
| BU ID | : | 1-MAIN |
| Case No. | : | 12-CV-602 |
| Case Name | : | Northern States Power Company v. The City of Ashland, Wisconsin, et al. |

# INVOICE



**GRAMANN**
R E P O R T I N G

*Innovation · Expertise · Integrity*

740 North Plankinton Ave.
Suite 400
Milwaukee, WI 53203

PHONE: 414.272.7878
FAX: 414.272.1806

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 225987 | 5/12/2015 | 127996 |
| **Job Date** | **Case No.** | |
| 4/14/2015 | 12-CV-602 | |
| **Case Name** | | |
| Northern States Power Company v. The City of Ashland, Wisconsin, et al. | | |
| **Payment Terms** | | |
| Net 30 | | |

Mr. Ted Waskowski
Stafford Rosenbaum LLP
222 West Washington Avenue, Suite 900
P.O. Box 1784
Madison WI 53701-1784

ORIGINAL AND 1 COPY OF THE TRANSCRIPT OF:

| | | | |
|---|---|---|---|
| Neil M. Ram, Ph.D., Volume II | 185.00 Pages | | 703.00 |
| Full Day Appearance | | | 190.00 |
| Exhibit Scanning | 225.00 Pages | | 78.75 |
| Errata Request | | | 15.00 |
| FedEx | | | 21.16 |
| Postage, Handling, & Archiving | | | 24.00 |

|  | |
|---|---|
| **TOTAL DUE  >>>** | **$1,031.91** |
| AFTER 6/21/2015  PAY | $1,083.51 |

Reference No.   : 518975

Local court reporter's rates are reflected
Payment is due within thirty (30) days of the date of invoice.  All past-due balances are subject to a late payment interest charge.  Interest shall accrue at the legal rate of 5% per annum.

Thank you for your business!

*Ashland/NSP*
*22243-1*
*# E115*

**Tax ID:** 39-1582838

*Please detach bottom portion and return with payment.*

Mr. Ted Waskowski
Stafford Rosenbaum LLP
222 West Washington Avenue, Suite 900
P.O. Box 1784
Madison WI 53701-1784

Invoice No.   :  225987
Invoice Date   :  5/12/2015
**Total Due**    :  **$ 1,031.91**
AFTER 6/21/2015  PAY  $1,083.51

Remit To:  **Gramann Reporting, Ltd.**
           **740 N. Plankinton Avenue**
           **Suite 400**
           **Milwaukee WI  53203**

Job No.     :  127996
BU ID       :  NNRC_OUT
Case No.    :  12-CV-602
Case Name   :  Northern States Power Company v. The City
               of Ashland, Wisconsin, et al.