ROBERT KARLS

**Phase: 0001 -- Litigation Support**

**Regular Expenses**

| Vendor Name | Doc Nbr | Date | Cost | Mark Up | Amount |
|---|---|---|---|---|---|
| **COST OF PROJECT MEALS** | | | | | |
| supper | | | | | |
| | | | 33.99 | | 37.39 |
| **COST OF PROJECT LODGING** | | | | | |
| Karls, Robert M. | ER00068515 | 04/26/2015 | 170.61 | 1.100 | 187.67 |
| Hyatt Place - 4/26 | | | | | |
| | ER00068515 | 05/01/2015 | 911.40 | 1.100 | 1,002.54 |
| Hyatt Place - April 27 - May 1 | | | | | |
| | ER00068515 | 05/03/2015 | 170.61 | 1.100 | 187.67 |
| Hyatt Place - 5/3 | | | | | |
| | ER00068515 | 05/05/2015 | 455.72 | 1.100 | 501.29 |
| Hyatt Hotel - 5/4 and 5/5 | | | | | |
| | | | 1,708.34 | | 1,879.17 |
| **COST OF PROJECT AIRFARE** | | | | | |
| Karls, Robert M. | ER00068515 | 05/05/2015 | 532.10 | 1.100 | 585.31 |
| Travel to Madison for Trial | | | | | |
| **PROJECT - TAXI** | | | | | |
| Karls, Robert M. | ER00068515 | 05/06/2015 | 30.00 | 1.100 | 33.00 |

**Unit Pricing Expenses - Rate**

| Vendor / Employee Name | Doc Nbr | Date | Units | Rate | Amount |
|---|---|---|---|---|---|
| **PROJECT - EMPLOYEE VEHICLE MILEAGE** | | | | | |
| Reimburseable Mileage | ER00068466 | 04/30/2015 | 550.00 | 0.570 | 313.50 |
| to/from Madison  - Sunday to Friday | | | | | |
| Reimburseable Mileage | ER00068787 | 05/03/2015 | 275.00 | 0.570 | 156.75 |
| Mileage | | | | | |
| Reimburseable Mileage | ER00068787 | 05/04/2015 | 275.00 | 0.570 | 156.75 |
| Mileage | | | | | |
| | | | 1,100.00 | | 627.00 |
| | | | | **Total Unit Pricing** | **627.00** |



**GayRose Johnson**

| | |
|---|---|
| **From:** | Bob Karls |
| **Sent:** | Tuesday, May 05, 2015 5:40 PM |
| **To:** | GayRose Johnson |
| **Subject:** | FW: ROBERT K MADISON 06MAY15 |

Please expense to the Ashland project.

Best Regards,
Bob

**Robert M. Karls | President, Senior Consultant |International Director - Environment
Antea™Group**
Direct +1 651 697 5183 | Cell +1 612 850 3811
GMT – 6:00
bob.karls@anteagroup.com | www.anteagroup.com



Member of Inogen® | www.inogenet.com

**From:** Delta Air Lines [mailto:DeltaAirLines@e.delta.com]
**Sent:** Tuesday, May 5, 2015 5:39 PM
**To:** Bob Karls
**Subject:** ROBERT K MADISON 06MAY15



Hello, ROBERT                 SkyMiles #******966 >

**Your Trip Confirmation #: GBCP5N**

| **Wed, 06MAY** | **DEPART** | **ARRIVE** |
|---|---|---|
| DELTA 5083* | MADISON | MPLS-ST PAUL |
| MAIN CABIN (M) | | |

1

*Flight 5083 Operated by EXPRESSJET DBA DELTA CONNECTION

## Passenger Info

| NAME | FLIGHT | SEAT |
|------|--------|------|
| ROBERT KARLS | DELTA 5083 | 06C |
| SkyMiles #*******966 | | |
| Diamond | | |

Visit delta.com or use the Fly Delta app to view, select or change your seat.
If you purchased a Delta Comfort+™ seat or a Trip Extra, please visit My Trips to access a receipt of your purchase.

## Flight Receipt

Ticket #: 0062309061573

Place of Issue: Delta.com

Issue Date: 05MAY15

Expiration Date: 05MAY16

**METHOD OF PAYMENT**

VI************5575                                                      **$532.10 USD**

**CHARGES**

**Air Transportation Charges**

| Base Fare | $481.86 USD |
|-----------|-------------|

**Taxes, Fees and Charges**

| United States - September 11th Security Fee(Passenger Civil Aviation Security Service Fee) (AY) | $5.60 USD |
|---|---|
| United States - Passenger Facility Charge (XF) | $4.50 USD |
| United States - Flight Segment Tax (ZP) | $4.00 USD |
| United States - Transportation Tax (US) | $36.14 USD |
| **TICKET AMOUNT** | **$532.10 USD** |

This ticket is non-refundable unless the original ticket was issued at a fully refundable fare. Some fares may not allow changes. If allowed, any change to your itinerary may require payment of a change fee and increased fare. Failure to appear for any flight without notice to Delta will result in cancellation of your remaining reservation.

Note: When using certain vouchers to purchase tickets, remaining credits may not be refunded. Additional charges and/or credits may apply.

Fare Details: MSN DL MSP Q27.91 453.95MA00A0NQ USD481.86END ZP MSN XF MSN4.5



# HYATT PLACE™

Hyatt Place Madison/Downtown
333 West Washington Avenue
Madison, WI 53703
Phone: 608-257-2700
Fax: 608-257-1660
madisondowntown.place.hyatt.com

INFORMATION INVOICE

Payee   Robert Karls
        5124 Avon St S
        Saint Paul MN 55104
        United States

Confirmation No.   6168387801

Group Name

| | Room No. | 0502 |
|---|---|---|
| | Arrival | 04-26-15 |
| | Departure | 04-27-15 |
| | Page No. | 1 of 1 |
| | Folio Window | 1 |
| | Folio No. | |

| Date | Description | Charges | Credits |
|---|---|---|---|
| 04-26-15 | * # Guest Room | 149.00 | |
| 04-26-15 | * # State Tax | 7.45 | |
| 04-26-15 | * # County Tax | 0.75 | |
| 04-26-15 | * # City Occupancy Tax | 13.41 | |
| 04-27-15 | Visa | | 170.61 |

| | | | |
|---|---|---|---|
| **Total** | | 170.61 | 170.61 |

Guest Signature

**Balance**                    0.00

I agree that my liability for this bill is not waived and I agree
to be held personally liable in the event that the indicated
person, company or association fails to pay for any part or
the full amount of these charges.

## WE HOPE YOU ENJOYED YOUR STAY WITH US!

Thank you for choosing Hyatt Place Madison/Downtown. Our goal is to provide every
guest with an exceptional stay and we are interested in any comments regarding your
visit.

### Hyatt Gold Passport Summary

No Membership to be credited

Join Hyatt Gold Passport today and start
earning points for stays, dining and more.
Visit goldpassport.com

Please remit payment to:
Hyatt Place Madison/Downtown
333 West Washington Avenue
Madison, WI 53703

| Room charges | | |
|---|---|---|
| | **Monday**, April 27, 2015 | $199.00 |
| | **Tuesday**, April 28, 2015 | $199.00 |
| | **Wednesday**, April 29, 2015 | $199.00 |
| | **Thursday**, April 30, 2015 | $199.00 |
| | Tax recovery charges and service fees | $115.40 |
| | **Total** | **$911.40** |

**Your contact details**    bob.carls@anpeagroup.com, 6516399449

**Thank you for paying using your Visa ending in 5575. Your booking is guaranteed.**

You'll need to pay any additional charges and fees incurred during your stay at the hotel in their local currency.

**Cancellation policy**

**Free cancellation until 04/27/15**

- If you change or cancel your booking after 3:00 PM, 04/27/15 ((GMT-06:00) Central Time (US & Canada)) you will be charged for 1 night (including tax)

We will not be able to refund any payment for no-shows or early check-out.

## Got a question?

If you've already checked in or have questions related to the property, contact Hyatt Place Madison Downtown at +16082572700

For other questions, check out our FAQs, or call our Customer Service team:

**United States:**
24 hours a day; 7 days a week.
800-246-8357
This call is free.

You'll need your **Hotels.com Confirmation Number** 122065639212.

If you've got time we'd like to ask you 2 questions about your booking.



# HYATT PLACE™

Hyatt Place Madison/Downtown
333 West Washington Avenue
Madison, WI 53703
Phone: 608-257-2700
Fax: 608-257-1660
madisondowntown.place.hyatt.com

INFORMATION INVOICE

Payee    Robert Karls
         X
         Madison WI 53713
         United States

Confirmation No.    6199337801

Group Name

| Room No. | 0503 |
|---|---|
| Arrival | 05-03-15 |
| Departure | 05-04-15 |
| Page No. | 1 of 1 |
| Folio Window | 1 |
| Folio No. | |

| Date | Description | Charges | Credits |
|---|---|---|---|
| 05-03-15 | # Guest Room | 149.00 | |
| 05-03-15 | * # State Tax | 7.45 | |
| 05-03-15 | * # County Tax | 0.75 | |
| 05-03-15 | * # City Occupancy Tax | 13.41 | |
| 05-04-15 | Visa | | 170.61 |

| | | Charges | Credits |
|---|---|---|---|
| **Total** | | 170.61 | 170.61 |
| **Balance** | | 0.00 | |

Guest Signature

I agree that my liability for this bill is not waived and I agree
to be held personally liable in the event that the indicated
person, company or association fails to pay for any part or
the full amount of these charges.

**Hyatt Gold Passport Summary**

Membership:          526759166K
Bonus Codes:
Qualifying Nights:        1
Eligible Spend:        149.00
Redemption Eligible:    0.00

* Not Point Earning Eligible
# Not Point Redemption Eligible
^ May Contain Ineligible Inclusions

**WE HOPE YOU ENJOYED YOUR STAY WITH US!**

Thank you for choosing Hyatt Place Madison/Downtown. Our goal is to provide every
guest with an exceptional stay and we are interested in any comments regarding your
visit.

Please remit payment to:
Hyatt Place Madison/Downtown
333 West Washington Avenue
Madison, WI 53703



Hyatt Place Madison/Downtown
333 West Washington Avenue
Madison, WI 53703
Phone: 608-257-2700
Fax: 608-257-1660
madisondowntown.place.hyatt.com

# HYATT PLACE™

INVOICE

| | | |
|---|---|---|
| Payee | Robert Karls | |
| | X | |
| | Madison WI 53713 | |
| | United States | |
| | | |
| Confirmation No. | 6214442901 | |
| Group Name | | |

| | |
|---|---|
| Room No. | 0205 |
| Arrival | 05-04-15 |
| Departure | 05-06-15 |
| Page No. | 1 of 1 |
| Folio Window | 1 |
| Folio No. | 53330 |

| Date | Description | | Charges | Credits |
|---|---|---|---|---|
| 05-04-15 | Guest Room | | 199.00 | |
| 05-04-15 | State Tax | | 9.95 | |
| 05-04-15 | County Tax | | 1.00 | |
| 05-04-15 | City Occupancy Tax | | 17.91 | |
| 05-05-15 | Guest Room | | 199.00 | |
| 05-05-15 | State Tax | | 9.95 | |
| 05-05-15 | County Tax | | 1.00 | |
| 05-05-15 | City Occupancy Tax | | 17.91 | |
| 05-06-15 | Visa | XXXXXXXXXXX5575 XX/XX | | 455.72 |

| | | | |
|---|---|---|---|
| **Total** | | 455.72 | 455.72 |

Guest Signature

| | |
|---|---|
| **Balance** | 0.00 |

I agree that my liability for this bill is not waived and I agree
to be held personally liable in the event that the indicated
person, company or association fails to pay for any part or
the full amount of these charges.

### Hyatt Gold Passport Summary

| | |
|---|---|
| Membership: | 526759166K |
| Bonus Codes: | |
| Qualifying Nights: | 2 |
| Eligible Spend: | 398.00 |
| Redemption Eligible: | 0.00 |

Summary Invoice, please see front desk
for eligibility details.

**WE HOPE YOU ENJOYED YOUR STAY WITH US!**

Thank you for choosing Hyatt Place Madison/Downtown. Our goal is to provide every guest with an exceptional stay and we are interested in any comments regarding your visit.

Please remit payment to:
Hyatt Place Madison/Downtown
333 West Washington Avenue
Madison, WI 53703

Ashland

JAMIE DUNN

**Stafford**Rosenbaum LLP
Attorneys

**Paul P. Strommen**
Senior Paralegal
222 West Washington Avenue, Suite 900
P.O. Box 1784
Madison, WI 53701-1784
pstrommen@staffordlaw.com
608.259.2674

Member of LEGUS International Network of Law Firms

April 21, 2015

BY HAND DELIVERY

Lacey Cochart, Esq.
Wisconsin Department of Natural Resources
101 South Webster Street
Madison, Wisconsin

Re:    Northern States Power Company v The City of Ashland, et al.
        Case No. 12-CV-602

Ms. Cochart:

Enclosed is a subpoena for Jamie Dunn's attendance at the trial of *NSP v The City of Ashland, et al.* beginning April 27, 2015 at the Kastenmeier United States Courthouse in Madison.  Also enclosed is a check in the amount of $345.00 as a witness fees for one day's attendance and mileage from Spooner, WI.  Please contact Ted Waskowski if you have any questions. Thank you.

Very truly yours,

STAFFORD ROSENBAUM LLP


Paul P. Strommen
Senior Paralegal

PPS:ms
Enclosures
cc:    Ted Waskowski

L:\DOCS\022243\000001\CORR\36K3837.DOCX
0421151408

**Madison Office**

222 West Washington Avenue       608.256.0226
P.O. Box 1784                              888.655.4752
Madison, Wisconsin                    Fax 608.259.2600
53701-1784                                 www.staffordlaw.com

**Milwaukee Office**

1200 North Mayfair Road        414.982.2850
Suite 430                             888.655.4752
Milwaukee, Wisconsin            Fax 414.982.2889
53226-3282                           www.staffordlaw.com

**Stafford**Rosenbaum LLP
Attorneys

222 West Washington Ave., Suite 900
P.O. Box 1784
Madison, Wisconsin 53701-1784

2-28/710
BMO Harris Bank, N.A.
Chicago, IL

117256

VOID AFTER 90 DAYS

04/21/2015

~~THE~~
~~ORDER OF~~       Jamie Dunn

$ 345.00

THREE HUNDRED FORTY FIVE AND 00/100 DOLLARS

DOLLARS

Jamie Dunn

MEMO

AUTHORIZED SIGNATURE

⑆117256⑆ ⑈075000051⑈ 00001⑉82617⑈

---

**Stafford**Rosenbaum LLP
Attorneys

117256

| 10000 | Jamie Dunn | | Check Date: 04/21/2015 | Check Number: 117256 |
|---|---|---|---|---|

| Date | INV # | Description | | Amount |
|---|---|---|---|---|
| 04/21/15 | 20150421PPS | | | 345.00 |

Check Amount:     $345.00

---

**Stafford**Rosenbaum LLP
Attorneys

117256

| 10000 | Jamie Dunn | | | Check Date: 04/21/2015 | Check Number: 117256 |
|---|---|---|---|---|---|

| Date | INV # | Client | Matter | Description | Amount |
|---|---|---|---|---|---|
| 04/21/15 | 20150421PPS | 022243 | 000001 | | 345.00 |

Check Amount:     $345.00

DENNIS HELSEL



| | Confirmation: |
|---|---|
| | **H90DFV** |
| | Check-In > |

Issue Date: April 22, 2015

| **Traveler** | **eTicket Number** | **Frequent Flyer** | **Seats** |
|---|---|---|---|
| HELSEL/DENNISRMR | 0162446974777 | UA-XXXXX466 | 22A/10D |

**FLIGHT INFORMATION**

| Day, Date | Flight | Class | Departure City and Time | Arrival City and Time | Aircraft | Meal |
|---|---|---|---|---|---|---|
| Sun, 26APR15 | UA3607 | E | DENVER, CO (DEN) **7:50 PM** | MADISON, WI (MSN) **10:58 PM** | CRJ-700 | Purchase |

Flight operated by GOJET AIRLINES doing business as UNITED EXPRESS.

| Fri, 01MAY15 | UA5527 | U | MADISON, WI (MSN) **1:37 PM** | DENVER, CO (DEN) **3:05 PM** | CRJ-200 | Purchase |

Flight operated by SKYWEST AIRLINES doing business as UNITED EXPRESS.

**FARE INFORMATION**

| Fare Breakdown | | Form of Payment: |
|---|---|---|
| Airfare: | 727.44USD | AMERICAN EXPRESS |
| U.S. Transportation Tax: | 54.56 | Last Four Digits 1009 |
| U.S. Flight Segment Tax: | 8.00 | |
| September 11th Security Fee: | 11.20 | |
| U.S. Passenger Facility Charge: | 9.00 | |
| Per Person Total: | 810.20USD | |

**eTicket Total:**      **810.20USD**

The airfare you paid on this itinerary totals: 727.44 USD

**The taxes, fees, and surcharges paid total: 82.76 USD**

Fare Rules:      Additional charges may apply for changes in addition to any fare rules listed.

NONREF/0VALUAFTDPT/CHGFEE
Cancel reservations before the scheduled departure time or TICKET HAS NO VALUE.

**Baggage allowance and charges for this itinerary.**

**Baggage fees are per traveler**

| Origin and destination for checked baggage | 1st bag | 2nd bag | Max wt / dim per piece |
|---|---|---|---|
| 4/26/2015 Denver, CO (DEN) to Madison, WI (MSN) | 25.00 USD | 35.00 USD | 50.0lbs (23.0kg) - 62.0in (157.0cm) |
| 5/1/2015 Madison, WI (MSN) to Denver, CO (DEN) | 25.00 USD | 35.00 USD | 50.0lbs (23.0kg) - 62.0in (157.0cm) |

**MileagePlus Accrual Details**

| HELSEL/DENNISRMR | | | | | | |
|---|---|---|---|---|---|---|
| Date | Flight | From/To | Award Miles | PQM | PQS | PQD |
| 4/26/2015 | 3607 | Denver, CO (DEN)-Madison, WI (MSN) | 2055 | 826 | 1 | 411 |
| 5/1/2015 | 5527 | Madison, WI (MSN)-Denver, CO (DEN) | 1590 | 826 | 1 | 318 |
| | | | Award Miles | PQM | PQS | PQD |
| Dennisrmr's MileagePlus Accrual totals: | | | 3645 | 1652 | 2 | 729 |



# HYATT PLACE™

Hyatt Place Madison/Downtown
333 West Washington Avenue
Madison, WI 53703
Phone: 608-257-2700
Fax: 608-257-1660
madisondowntown.place.hyatt.com

## INFORMATION INVOICE

Payee  Dennis Helsel
      222 W Washington Ave
      Madison WI 53703
      United States

Confirmation No.  6088725501

Group Name

| | | |
|---|---|---|
| Room No. | 1112 |
| Arrival | 04-26-15 |
| Departure | 04-30-15 |
| Page No. | 1 of 1 |
| Folio Window | 1 |
| Folio No. | 52839 |

| Date | Description | Charges | Credits |
|---|---|---|---|
| 04-26-15 | Guest Room | 179.00 | |
| 04-26-15 | State Tax | 8.95 | |
| 04-26-15 | County Tax | 0.90 | |
| 04-26-15 | City Occupancy Tax | 16.11 | |
| 04-27-15 | Guest Room | 179.00 | |
| 04-27-15 | State Tax | 8.95 | |
| 04-27-15 | County Tax | 0.90 | |
| 04-27-15 | City Occupancy Tax | 16.11 | |
| 04-28-15 | Guest Room | 179.00 | |
| 04-28-15 | State Tax | 8.95 | |
| 04-28-15 | County Tax | 0.90 | |
| 04-28-15 | City Occupancy Tax | 16.11 | |
| 04-29-15 | Guest Room | 179.00 | |
| 04-29-15 | State Tax | 8.95 | |
| 04-29-15 | County Tax | 0.90 | |
| 04-29-15 | City Occupancy Tax | 16.11 | |
| 04-30-15 | Visa | XXXXXXXXXXX6896 XX/XX | | 819.84 |
| | **Total** | **819.84** | **819.84** |
| | **Balance** | **0.00** | |

Guest Signature

I agree that my liability for this bill is not waived and I agree
to be held personally liable in the event that the indicated
person, company or association fails to pay for any part of
the full amount of these charges.

### Hyatt Gold Passport Summary

No Membership to be credited

Join Hyatt Gold Passport today and start
earning points for stays, dining and more.
Visit goldpassport.com

### WE HOPE YOU ENJOYED YOUR STAY WITH US!

Thank you for choosing Hyatt Place Madison/Downtown. Our goal is to provide every
guest with an exceptional stay and we are interested in any comments regarding your
visit.

Please remit payment to:
Hyatt Place Madison/Downtown
333 West Washington Avenue
Madison, WI 53703

Date of Issue: May 04, 2015

# Denver, CO to Madison, WI

### Receipt Summary

| | | |
|---|---|---|
| 1. AIR | Delta Confirmation #: HLV8I2 | |
| **DEN ▶ MSN** | | |
| 1 Passenger | | 526.2 USD |
| 2. BAGGAGE | Delta Confirmation #: HLV8I2 | |
| **Excess Baggage** | | |
| | | 25 USD |
| TOTAL | | 551.2 USD |

## 1.AIR

## FLIGHT INFORMATION

| Date and Flight | Status | Class | Meals/Other | Seat/Cabin |
|---|---|---|---|---|
| Tue 05May2015 \| DL 2264 \| DEN ▶ MSP | OPEN | L | | 18E |
| Tue 05May2015 \| 9E 4156 \| MSP ▶ MSN | OPEN | L | | 9A |
| Fri 08May2015 \| DL 1742 \| MSN ▶ MSP | OPEN | U | | 17A |
| Fri 08May2015 \| DL 2108 \| MSP ▶ DEN | OPEN | U | | 30C |

## DETAILED CHARGES

**Air Transportation Charges**
Base Fare:                                                                    $447.44 USD

**Taxes, Fees and Charges**

United States - September 11th
Security Fee(Passenger Civil Aviation
Security Service Fee) (AY)                                                     $11.20 USD
United States - Transportation Tax (US)                                        $33.56 USD
United States - Passenger Facility
Charge (XF)                                                                    $18.00 USD
United States - Flight Segment Tax (ZP)                                        $16.00 USD

**Total Price:**                                                              **$526.20 USD**
Paid With American Express Ending 1009

## KEY OF TERMS

# - Arrival date different than
departure date
** - Check-in required
***- Multiple meals
*S$ - Multiple seats
AR - Arrives
B - Breakfast
C - Bagels / Beverages
D - Dinner
F - Food available for
purchase
L - Lunch
LV - Departs
M - Movie

Check your flight information online at delta.com or call
the Delta Flightline at 800.325.1999.
Baggage and check-in requirements vary by airport and
airline, so please check with the operating carrier on your
ticket.
Please review Delta's check-in requirements and baggage
guidelines for details.
You must be checked in and at the gate at least 15 minutes
before your scheduled departure time for travel inside the
United States.
You must be checked in and at the gate at least 45 minutes
before your scheduled departure time for international
travel.
For tips on flying safely with laptops, cell phones, and



HYATT
PLACE™

Hyatt Place Madison/Downtown
333 West Washington Avenue
Madison, WI 53703
Phone: 608-257-2700
Fax: 608-257-1660
madisondowntown.place.hyatt.com

INFORMATION INVOICE

Payee  Dennis Helsel
       222 W Washington Ave
       Madison WI 53703
       United States

Confirmation No.   6211358501

Group Name

| | | |
|---|---|---|
| Room No. | 1109 | |
| Arrival | 05-05-15 | |
| Departure | 05-08-15 | |
| Page No. | 1 of 1 | |
| Folio Window | 1 | |
| Folio No. | | |

| Date | Description | Charges | Credits |
|---|---|---|---|
| 05-05-15 | # Guest Room | 199.00 | |
| 05-05-15 | * # State Tax | 9.95 | |
| 05-05-15 | * # County Tax | 1.00 | |
| 05-05-15 | * # City Occupancy Tax | 17.91 | |
| 05-06-15 | # Guest Room | 199.00 | |
| 05-06-15 | * # State Tax | 9.95 | |
| 05-06-15 | * # County Tax | 1.00 | |
| 05-06-15 | * # City Occupancy Tax | 17.91 | |
| 05-07-15 | # Guest Room | 199.00 | |
| 05-07-15 | * # State Tax | 9.95 | |
| 05-07-15 | * # County Tax | 1.00 | |
| 05-07-15 | * # City Occupancy Tax | 17.91 | |
| 05-08-15 | Visa | | 683.58 |

| | | | |
|---|---|---|---|
| **Total** | | 683.58 | 683.58 |
| **Balance** | | 0.00 | |

Guest Signature

I agree that my liability for this bill is not waived and I agree
to be held personally liable in the event that the indicated
person, company or association fails to pay for any part or
the full amount of these charges.

**WE HOPE YOU ENJOYED YOUR STAY WITH US!**

Thank you for choosing Hyatt Place Madison/Downtown. Our goal is to provide every
guest with an exceptional stay and we are interested in any comments regarding your
visit.

**Hyatt Gold Passport Summary**

No Membership to be credited

Join Hyatt Gold Passport today and start
earning points for stays, dining and more.
Visit goldpassport.com

Please remit payment to:
Hyatt Place Madison/Downtown
333 West Washington Avenue
Madison, WI 53703

EMILY GREENWALD

**Emily Greenwald**

| | |
|---|---|
| **From:** | Beth Bramhall |
| **Sent:** | Tuesday, April 21, 2015 9:33 AM |
| **To:** | Emily Greenwald; Brenda Keith |
| **Subject:** | 150429 UnitedAirlines EGreenwald MSO-MSN #2354 |

---

**From:** United Airlines, Inc. [mailto:unitedairlines@united.com]
**Sent:** Tuesday, April 21, 2015 9:28 AM
**To:** Beth Bramhall
**Subject:** eTicket Itinerary and Receipt for Confirmation GT601D

 A STAR ALLIANCE MEMBER

Confirmation:
GT601D
Check-In >

Issue Date: April 21, 2015

| Traveler | eTicket Number | Frequent Flyer | Seats |
|---|---|---|---|
| GREENWALD/EMILY | 0162446827966 | UA-XXXXX504 | 8A/14D/---/12A |

**FLIGHT INFORMATION**

| Day, Date | Flight | Class | Departure City and Time | Arrival City and Time | Aircraft | Meal |
|---|---|---|---|---|---|---|
| Wed, 29APR15 | UA6413 | B | MISSOULA, MT (MSO) **5:09 PM** | DENVER, CO (DEN) **7:10 PM** | CRJ-200 | |

Flight operated by SKYWEST AIRLINES doing business as UNITED EXPRESS.

| | | | | | | |
|---|---|---|---|---|---|---|
| Wed, 29APR15 | UA3607 | B | DENVER, CO (DEN) **7:50 PM** | MADISON, WI (MSN) **10:58 PM** | CRJ-700 | Purchase |

Flight operated by GOJET AIRLINES doing business as UNITED EXPRESS.

| | | | | | | |
|---|---|---|---|---|---|---|
| Fri, 01MAY15 | UA6184 | B | MADISON, WI (MSN) **4:47 PM** | DENVER, CO (DEN) **6:15 PM** | ERJ-145 | Purchase |

Flight operated by EXPRESSJET AIRLINES INC. doing business as UNITED EXPRESS.

| | | | | | | |
|---|---|---|---|---|---|---|
| Fri, 01MAY15 | UA3701 | B | DENVER, CO (DEN) **10:10 PM** | MISSOULA, MT (MSO) **12:09 AM (02MAY)** | CRJ-700 | |

Flight operated by GOJET AIRLINES doing business as UNITED EXPRESS.

**FARE INFORMATION**

| Fare Breakdown | | Form of Payment: |
|---|---|---|
| Airfare: | 1,890.24USD | AMERICAN EXPRESS |
| U.S. Transportation Tax: | 141.76 | Last Four Digits 8009 |
| U.S. Flight Segment Tax: | 16.00 | |
| September 11th Security Fee: | 11.20 | |
| U.S. Passenger Facility Charge: | 18.00 | |
| Per Person Total: | 2,077.20USD | |
| eTicket Total: | 2,077.20USD | |

**Emily Greenwald**

# ▲ DELTA

**Hello, EMILY**                              SkyMiles®#*******197 >

**Your Trip Confirmation #: GCC5GJ**          **MANAGE MY TRIP >**

| Tue, 05MAY | DEPART | ARRIVE |
|---|---|---|
| DELTA 1782 | MISSOULA | MPLS-ST PAUL |
| MAIN CABIN (H) | 5:30am | 9:10am |
| | | |
| DELTA 4156* | MPLS-ST PAUL | MADISON |
| MAIN CABIN (H) | 10:20am | 11:20am |

| Thu, 07MAY | DEPART | ARRIVE |
|---|---|---|
| DELTA 5083* | MADISON | MPLS-ST PAUL |
| MAIN CABIN (H) | 7:25pm | 8:34pm |
| | | |
| DELTA 2451 | MPLS-ST PAUL | MISSOULA |
| MAIN CABIN (H) | 9:57pm | 11:47pm |

*Flight 4156 Operated by ENDEAVOR AIR DBA DELTA CONNECTION
*Flight 5083 Operated by EXPRESSJET DBA DELTA CONNECTION

### Passenger Info

| NAME | FLIGHT | SEAT |
|---|---|---|
| EMILY GREENWALD | DELTA 1782 | Select Seat |
| SkyMiles #*******197 | DELTA 4156 | 15D |
| | DELTA 5083 | 11A |
| | DELTA 2451 | 24F |

Visit delta.com or use the Fly Delta app to view, select or change your seat.
If you purchased a Delta Comfort+™ seat or a Trip Extra, please visit My Trips to access a receipt
of your purchase.

1

## Flight Receipt

Ticket #: 0062309861872

Place of Issue: Delta.com

Issue Date: 04MAY15

Expiration Date: 04MAY16

**METHOD OF PAYMENT**

CA************4078 — $1013.20 USD

**CHARGES**

**Air Transportation Charges**

| | |
|---|---|
| Base Fare | $900.46 USD |

**Taxes, Fees and Charges**

| | |
|---|---|
| United States - September 11th Security Fee(Passenger Civil Aviation Security Service Fee) (AY) | $11.20 USD |
| United States - Passenger Facility Charge (XF) | $18.00 USD |
| United States - Flight Segment Tax (ZP) | $16.00 USD |
| United States - Transportation Tax (US) | $67.54 USD |
| **TICKET AMOUNT** | **$1013.20 USD** |

This ticket is non-refundable unless the original ticket was issued at a fully refundable fare. Some fares may not allow changes. If allowed, any change to your itinerary may require payment of a change fee and increased fare. Failure to appear for any flight without notice to Delta will result in cancellation of your remaining reservation.

Note: When using certain vouchers to purchase tickets, remaining credits may not be refunded. Additional charges and/or credits may apply.

Fare Details: MSO DL X/MSP DL MSN450.23HA00A0NQ DL X/MSP DL MSO450.23HA00A0NQ USD900.46END ZP MSOMSPMSNMSP XF MSO4.5MSP4.5MSN4.5MSP4.5

## Checked Bag Allowance

The fees below are based on your original ticket purchase. **If you qualify for free or discounted checked baggage,** this will be taken into account when you check in.

Tue 05 May 2015    DELTA: MSO MSP

| CARRY ON | FIRST | SECOND |
|---|---|---|
| FREE | $25 USD | $35 USD |

| | MSP MSN | |
|---|---|---|
| CARRY ON | FIRST | SECOND |
| FREE | FREE | FREE |

TRAVEL   4170



# HYATT PLACE™

Hyatt Place Madison/Downtown
333 West Washington Avenue
Madison, WI 53703
Phone: 608-257-2700
Fax: 608-257-1660
madisondowntown.place.hyatt.com

INFORMATION INVOICE

| | | |
|---|---|---|
| Payee | Emily Greenwald | |
| | 222 W Washington Ave | |
| | Madison WI 53703 | |
| | United States | |

Confirmation No.    6158968501

Group Name

| | |
|---|---|
| Room No. | 1107 |
| Arrival | 04-29-15 |
| Departure | 05-01-15 |
| Page No. | 1 of 1 |
| Folio Window | 1 |
| Folio No. | |

| Date | Description | Charges | Credits |
|---|---|---|---|
| 04-29-15 | * # Guest Room | 184.00 | |
| 04-29-15 | * # State Tax | 9.20 | |
| 04-29-15 | * # County Tax | 0.92 | |
| 04-29-15 | * # City Occupancy Tax | 16.56 | |
| 04-30-15 | # Guest Room | 184.00 | |
| 04-30-15 | * # State Tax | 9.20 | |
| 04-30-15 | * # County Tax | 0.92 | |
| 04-30-15 | * # City Occupancy Tax | 16.56 | |
| 05-01-15 | Master Card | | 421.36 |
| | **Total** | 421.36 | 421.36 |
| | **Balance** | 0.00 | |

Guest Signature

I agree that my liability for this bill is not waived and I agree
to be held personally liable in the event that the indicated
person, company or association fails to pay for any part or
the full amount of these charges.

**Hyatt Gold Passport Summary**

No Membership to be credited

Join Hyatt Gold Passport today and start
earning points for stays, dining and more.
Visit goldpassport.com

**WE HOPE YOU ENJOYED YOUR STAY WITH US!**

Thank you for choosing Hyatt Place Madison/Downtown. Our goal is to provide every
guest with an exceptional stay and we are interested in any comments regarding your
visit.

Please remit payment to:
Hyatt Place Madison/Downtown
333 West Washington Avenue
Madison, WI 53703

| HRA CC/EMP | SEQ# | Date Posted |
|---|---|---|
| EM1004 | 2608 | 9/28 |
| Proj # | Task | GL Code |
| 23554 | | 4160 |

**LODGING    4160**



Hyatt Place Madison/Downtown
333 West Washington Avenue
Madison, WI 53703
Phone: 608-257-2700
Fax: 608-257-1660
madisondowntown.place.hyatt.com

## INFORMATION INVOICE

| | | |
|---|---|---|
| Payee | Emily Greenwald | |
| | Po Box 7086 | |
| | Hra | |
| | Missoula MT 59807 | |
| | United States | |

Room No.     0914
Arrival        05-05-15
Departure    05-07-15
Page No.      1 of 1

Confirmation No.   6201642001
Group Name

Folio Window  1
Folio No.

| Date | Description | Charges | Credits |
|---|---|---|---|
| 05-05-15 | # Guest Room | 199.00 | |
| 05-05-15 | * # State Tax | 9.95 | |
| 05-05-15 | * # County Tax | 1.00 | |
| 05-05-15 | * # City Occupancy Tax | 17.91 | |
| 05-06-15 | # Guest Room | 199.00 | |
| 05-06-15 | * # State Tax | 9.95 | |
| 05-06-15 | * # County Tax | 1.00 | |
| 05-06-15 | * # City Occupancy Tax | 17.91 | |
| 05-07-15 | Master Card | | 455.72 |

| | Total | 455.72 | 455.72 |
|---|---|---|---|

Guest Signature

**Balance**                          0.00

I agree that my liability for this bill is not waived and I agree
to be held personally liable in the event that the indicated
person, company or association fails to pay for any part or
the full amount of these charges.

**WE HOPE YOU ENJOYED YOUR STAY WITH US!**

### Hyatt Gold Passport Summary

| | |
|---|---|
| Membership: | 525035387B |
| Bonus Codes: | |
| Qualifying Nights: | 2 |
| Eligible Spend: | 398.00 |
| Redemption Eligible: | 0.00 |

Thank you for choosing Hyatt Place Madison/Downtown. Our goal is to provide every guest with an exceptional stay and we are interested in any comments regarding your visit.

Please remit payment to:
Hyatt Place Madison/Downtown
333 West Washington Avenue
Madison, WI 53703

* Not Point Earning Eligible
# Not Point Redemption Eligible
^ May Contain Ineligible Inclusions

| HRA CC/EMP | SEQ# | Date Posted |
|---|---|---|
| EM0004 | 2609 | 5/28 |
| **Proj #** | **Task** | **GL Code** |
| 2554 | | 4160 |
| | | |

LODGING   4160

ALAN JEFFREY

# Oilforensics
*Alan W.A. Jeffrey, PhD*

416 Beaumont Glen, #275
Escondido, CA 92026
Phone **(805) 305-7179**
Oilforensics@gmail.com
Tax # 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

# INVOICE

INVOICE #051501
DATE: ~~14 JULY 2015~~
MAY 19

**TO:**
Ted Waskowski
Stafford Rosenbaum LLP
222 West Washington Avenue, Suite 900
Madison, WI 53701

**FOR:**
NSPC v. City of Ashland, et al.

| DESCRIPTION | HOURS | RATE | AMOUNT |
|---|---|---|---|
| Trial preparation, Madison, 5/5-6/2015 | 11 | $300/hour | $3300 |
| Trial testimony, Madison, 5/7/2015 | 1 | $450/hour | $450 |
| Trial participation. Madison, 5/7/2015 | 3 | $300/hour | $900 |
| Travel time, Escondido-Madison-Escondido | 8 | $150/hour | $1200 |
| Personal auto travel, Escondido-SD airport-Escondido | 60 miles | 0.575/mile | $34.50 |
| Parking, SD airport | | | $52 |
| Taxis, Madison | | | $45 |
| Travel meals | | | $75.68 |
| Airfare, SD-Madison-SD | | | $991.15 |
| Flight change fees | | | $275 |
| Hotel, 5/4-7/2015 | | | $683.58 |
| | | | |

| | | TOTAL | $8,006.91 |
|---|---|---|---|

Make checks payable to Alan W. A. Jeffrey

American Airlines

Home    Hello, ALAN     English    Search aa.com   ○

Plan Travel     Travel Information     AAdvantage



Thank you for your purchase.

---

**San Diego to Madison**
1 Adult
**Monday May 4, 2015 – Thursday May 7, 2015**

| | **Total Paid:** |
| | **$991.15 USD** |

**AA Record Locator**
**OAMTJS**
Your record locator is your reservation confirmation number and will be needed to retrieve or reference your reservation.

**Reservation Name**
**SAN/DFW**
Status: Ticketed May 01, 2015

| Flight | Depart | Arrive |
|---|---|---|
| **American Airlines** **1445** | San Diego (SAN) May 4, 2015 02:20 PM Travel Time : 2 h 59 m Cabin Class : Economy Seat : 16A | Dallas/ Fort Worth (DFW) May 4, 2015 07:19 PM Booking Code : L Plane Type : 32B |
| **American Airlines** **3376** Operated by Envoy Air As American Eagle | Dallas/ Fort Worth (DFW) May 4, 2015 08:20 PM Travel Time : 2 h 22 m Cabin Class : Economy Seat : 17B | Madison (MSN) May 4, 2015 10:42 PM Booking Code : L Plane Type : ER4 |

| Flight | Depart | Arrive |
|---|---|---|
| **American Airlines** **3170** Operated by Envoy Air As American Eagle | Madison (MSN) May 7, 2015 10:30 AM Travel Time : 2 h 31 m Cabin Class : Economy Seat : unassigned | Dallas/ Fort Worth (DFW) May 7, 2015 01:01 PM Booking Code : W Plane Type : ER4 |
| **American Airlines** **1194** | Dallas/ Fort Worth (DFW) May 7, 2015 03:20 PM Travel Time : 3 h 14 m Cabin Class : Economy Seat : 19E | San Diego (SAN) May 7, 2015 04:34 PM Booking Code : W Plane Type : 32B |

**Fare Amount**

Adult
1 × $857.67 USD    $857.67 USD

**Trip Options**

Preferred Seats    $23.95 USD

**Taxes & Carrier-Imposed Fees**

Taxes    $109.53 USD

Carrier-Imposed Fees    $0.00 USD

**Flight Subtotal**

**$991.15 USD**

---

### Flight Change

View Comparison Chart

**Change Reservation**
Select

Change Reservation allows you to make changes to your itinerary. Pricing varies based on route selection, eligibility and current ticketed fare.

**Same-Day Flight Change**
Check for Availability May 05

Same-Day Flight Change allows you to change to a different flight with the same origin/destination and the same calendar date. Pricing varies based on current ticketed fare.

---

### Passenger Summary

Save time at the airport! Add your travel information below to check-in online.

ALAN JEFFREY     No Further information required to travel

**Trip Contact Information**

We may need to contact you in the event there is important information relevant to your trip. Please enter your cell phone number. This information will not be used for marketing purposes.

1 ⌄    Area Code and Number



**HYATT**
**PLACE**™

Hyatt Place Madison/Downtown
333 West Washington Avenue
Madison, WI 53703
Phone: 608-257-2700
Fax: 608-257-1660
madisondowntown.place.hyatt.com

## INFORMATION INVOICE

Payee  Alan Jeffery
222 W Washington Ave
Madison WI 53703
United States

Confirmation No.   6172636101

Group Name

Room No.        1114
Arrival          05-04-15
Departure        05-07-15
Page No.         1 of 1
Folio Window     1
Folio No.

| Date | Description | Charges | Credits |
|---|---|---|---|
| 05-04-15 | # Guest Room | 199.00 | |
| 05-04-15 | * # State Tax | 9.95 | |
| 05-04-15 | * # County Tax | 1.00 | |
| 05-04-15 | * # City Occupancy Tax | 17.91 | |
| 05-05-15 | # Guest Room | 199.00 | |
| 05-05-15 | * # State Tax | 9.95 | |
| 05-05-15 | * # County Tax | 1.00 | |
| 05-05-15 | * # City Occupancy Tax | 17.91 | |
| 05-06-15 | # Guest Room | 199.00 | |
| 05-06-15 | * # State Tax | 9.95 | |
| 06-15 | * # County Tax | 1.00 | |
| 05-06-15 | * # City Occupancy Tax | 17.91 | |
| 05-07-15 | Visa | | 683.58 |

| | **Total** | 683.58 | 683.58 |
|---|---|---|---|
| | **Balance** | 0.00 | |

Guest Signature

I agree that my liability for this bill is not waived and I agree
to be held personally liable in the event that the indicated
person, company or association fails to pay for any part or
the full amount of these charges.

**Hyatt Gold Passport Summary**

No Membership to be credited

Join Hyatt Gold Passport today and start
earning points for stays, dining and more.
Visit goldpassport.com

### WE HOPE YOU ENJOYED YOUR STAY WITH US!

Thank you for choosing Hyatt Place Madison/Downtown. Our goal is to provide every
guest with an exceptional stay and we are interested in any comments regarding your
visit.

Please remit payment to:
Hyatt Place Madison/Downtown
333 West Washington Avenue
Madison, WI 53703

WAYNE GRIP



# MADISON, WI

**PICK UP:** MON 04 MAY 2015   4:06PM
**DROP OFF:** FRI 08 MAY 2015   10:56AM

MADISON - DANE COUNTY REGIONAL (MSN)

FIND CAR

## BOOK + EARN
Book on delta.com and you'll save up to 40% and earn miles.  Learn More

**Shop Cars**



## ADD HOTEL

# MADISON, WI

**CHECK-IN:** MON 04 MAY 2015
**CHECK-OUT:** FRI 08 MAY 2015

ROOMS:1

BEST PRICE
GUARANTEE

FIND HOTEL

## WHY BOOK HERE? IT'S ALL ABOUT THE MILES.
Earn miles every time you book a hotel at delta.com

**Shop Hotels**

## PAYMENT INFORMATION

| | |
|---|---|
| Payment Type | **Wayne Grip** |
| VISA ************5637 | 8245 YMCA Plaza Dr |
| | Baton Rouge, LA 70810, United States |

### COST DETAILS PER PASSENGER

| Passenger | Total Fare | Trip Extras | Total | |
|---|---|---|---|---|
| Wayne Martin Grip | $2,417.70 (USD) | $0.00 (USD) | $2,417.70 (USD) | |

View fare rules | View Detailed Charges | View Extras Terms & Conditions

## TOTAL AMOUNTS CHARGED

| | |
|---|---|
| **Flight:** | $2,417.70 (USD) |
| **Trip Extras:** | $0.00 (USD) |
| **Trip Protection:** | $0.00 (USD) |
| **Total amount charged:** | $2,417.70 (USD) |

# A GREENER
# WAY TO FLY

Delta Air Lines has partnered with The Nature Conservancy® to help you offset your carbon footprint for this trip and offer you other ways to sustain our environment.

LEARN MORE





# Flight Confirmation Number: GL2A6V

**YOUR PURCHASE IS COMPLETE. THANKS FOR CHOOSING DELTA.**

Enjoy improved benefits to help speed you through the airport including faster check-in,
our highest boarding priority, expedited baggage service, and more.



### WESTIN
HOTELS & RESORTS

**40% OFF 2ND NIGHT**

Book today with Westin and save
40% off every 2nd night.

Book now

### WHAT'S NEXT
Now that you've finished booking your trip:

- Your e-Tickets, confirmations, receipts, and flight notifications will be emailed to you at wgrip@aero-data.com
- Obtain your receipt for Trip Extras purchased by selecting Email Receipts below. If you purchased a Delta 24 Hour Wi-Fi Pass your receipt will be sent from Gogo®.
- Visit My Trips to access your itinerary and manage your flight online and purchase Trip Extras.
- Add Trip Protector to protect against trip cancellations and interruptions with Allianz Global Assistance.
- If you have a smartphone, get the Fly Delta app to check in, get alerts on flight and gate changes, and more.

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| **OUTBOUND Mon, 04 May 2015** | | 10:15AM MSY to 4:06PM MSN | 1stop | DL 2433 | DL 2617 | | Show Details | |
| 10:15AM | MSY | 4:06PM | MSN | 1stop ATL | 5 hr 51 min 2h 15m Layover | DL 2433 DL 2617 | First (F) First (F) | |

Complete Delta Air Lines Baggage Information

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| **RETURN Fri, 08 May 2015** | | 10:56AM MSN to 4:48PM MSY | 1stop | DL 5183[1] | DL 2385 | | Show Details | |
| 10:56AM | MSN | 4:48PM | MSY | 1stop DTW | 5 hr 52 min 2h 6m Layover | DL 5183[1] DL 2385 | First (P) First (P) | |

Operated by : [1]ExpressJet DBA Delta Connection
Complete Delta Air Lines Baggage Information

In-Flight services and amenities may vary and are subject to change.

### SAVINGS AND MILES.

Rent, earn and save with Alamo,
Enterprise and National on every
rental.

Book Now

### PASSENGER DETAILS
Thank you for being a valued customer. The fees below are based on general passenger information. If you qualify for free or discounted checked baggage, this will be taken into account when you check in.

| Passenger | From | To | Seat Assignment | Special Services (e.g. Wheelchair) | Trip Extras |
|---|---|---|---|---|---|
| Wayne Martin Grip | New Orleans, LA (MSY) | Atlanta, GA (ATL) | 04A Change Seats | Add/Edit | |
| | Atlanta, GA (ATL) | Madison, WI (MSN) | 03B Change Seats | Add/Edit | |
| | **Baggage Information** | | | | |
| | IMPORTANT: Visit delta.com for details on baggage embargoes that may apply to your itinerary. | | | | |
| | Madison, WI (MSN) | Detroit, MI (DTW) | 04A Change Seats | Add/Edit | |
| | Detroit, MI (DTW) | New Orleans, LA (MSY) | 02C Change Seats | Add/Edit | |
| | **Baggage Information** | | | | |
| | IMPORTANT: Visit delta.com for details on baggage embargoes that may apply to your itinerary. | | | | |

[1] On Delta operated flights, you may carry on one bag and a small personal item at no charge. Carry-on allowances may differ and fees may apply for flights operated by carriers other than Delta. Contact the operating carrier for detailed carry-on limitations and charges.

 ADD CAR


# CHASE ⬡

W. GRIP (...3802)

---

## Posted Activity

### Select a Time Period

○ Since Last Statement

◉ From 05/06/201   To 05/12/201

You can search up to 25 months of activity online.

### Narrow Your Search

Transaction type   All

Merchant name or keyword

| Trans Date | Post Date | Type | Description | Expense Category | Amount |
|---|---|---|---|---|---|
| 05/09/2015 | 05/11/2015 | Sale | EXXONMOBIL 47779590 | Auto Related | $41.72 |
| 05/09/2015 | 05/11/2015 | Sale | HYATT PLACE MADISON D/T | Travel | $962.34 |
| 05/08/2015 | 05/10/2015 | Sale | ENTERPRISE RENT-A-CAR | Auto Related | $594.99 |

GUY PATRICK



HYATT
PLACE

Hyatt Place Madison/Downtown
333 West Washington Avenue
Madison, WI 53703
Phone: 608-257-2700
Fax: 608-257-1660
madisondowntown.place.hyatt.com

## INFORMATION INVOICE

Payee   Guy Patrick
        222 W Washington Ave
        Madison WI 53703
        United States

Confirmation No.   6170689301

Group Name

| | |
|---|---|
| Room No | 1113 |
| Arrival | 05-03-15 |
| Departure | 05-09-15 |
| Page No. | 1 of 1 |
| Folio Window | 1 |
| Folio No | |

| Date | Description | Charges | Credits |
|---|---|---|---|
| 05-03-15 | * # Guest Room | 204.00 | |
| 05-03-15 | * # State Tax | 10.20 | |
| 05-03-15 | * # County Tax | 1.02 | |
| 05-03-15 | * # City Occupancy Tax | 18.36 | |
| 05-04-15 | # Guest Room | 204.00 | |
| 05-04-15 | * # State Tax | 10.20 | |
| 05-04-15 | * # County Tax | 1.02 | |
| 05-04-15 | * # City Occupancy Tax | 18.36 | |
| 05-05-15 | # Guest Room | 204.00 | |
| 05-05-15 | * # State Tax | 10.20 | |
| 05-05-15 | * # County Tax | 1.02 | |
| 05-05-15 | * # City Occupancy Tax | 18.36 | |
| 05-06-15 | # Guest Room | 204.00 | |
| 05-06-15 | * # State Tax | 10.20 | |
| 05-06-15 | * # County Tax | 1.02 | |
| 05-06-15 | * # City Occupancy Tax | 18.36 | |
| 05-07-15 | # Guest Room | 204.00 | |
| 05-07-15 | * # State Tax | 10.20 | |
| 05-07-15 | * # County Tax | 1.02 | |
| 05-07-15 | * # City Occupancy Tax | 18.36 | |
| 05-08-15 | # Guest Room | 204.00 | |
| 05-08-15 | * # State Tax | 10.20 | |
| 05-08-15 | * # County Tax | 1.02 | |
| 05-08-15 | * # City Occupancy Tax | 18.36 | |
| 05-09-15 | Master Card | | 1,401.48 |

| | | |
|---|---|---|
| Total | 1,401.48 | 1,401.48 |
| Balance | 0.00 | |

Guest Signature

I agree that my liability for this bill is not waived and I agree
to be held personally liable in the event that the indicated
person, company or association fails to pay for any part or
the full amount of these charges

## Hyatt Gold Passport Summary

No Membership to be credited

Join Hyatt Gold Passport today and start
earning points for stays, dining and more.
Visit goldpassport.com

### WE HOPE YOU ENJOYED YOUR STAY WITH US!

Thank you for choosing Hyatt Place Madison/Downtown. Our goal is to provide every
guest with an exceptional stay and we are interested in any comments regarding your
visit.

Please remit payment to:
Hyatt Place Madison/Downtown
333 West Washington Avenue
Madison, WI 53703

| From: | Alar Kodanipork <alar@nstravel.bc.ca> |
|---|---|
| Sent: | Tuesday, April 21, 2015 1:59 PM |
| To: | Patrick, Guy |
| Cc: | BCR-Accounts Payable; Golder, Trips; 'Alar Kodanipork' |
| Subject: | GUY PATRICK MAY 3RD-8TH VICTORIA-MADISON-VICTORIA E-TICKET/ITINERARY/INVOICE |

ELECTRONIC TICKET
    PASSENGER ITINERARY/RECEIPT

NAME: PATRICK/GUY MR
    ETKT NBR: 006 9237330865-66

ISSUING AIRLINE: DELTA AIR LINES INC
ISSUING AGENT: NORTH SOUTH TRVL VANCOUVER BC /8AH0A06
DATE OF ISSUE: 21APR15      IATA: 61-784402

BOOKING REFERENCE: APKDKO/AA      BOOKING AGENT: 8AH0A06
INVOICE NBR: 0345928      NAME REF: PROJ-1419413 0002

DATE AIRLINE      FLT CLASS  FARE BASIS  STATUS
-------------------------------------------------------------------
03MAY DELTA AIR LINES INC 9148  ECONOMY  YA00A0XQ/AC318  CONFIRMED
    LV: VICTORIA      BC AT: 1100
    AR: SEATTLE TACOMA    AT: 1139
      OPERATED BY: **
    BAGS: NIL      VALID: UNTIL 03MAY
03MAY DELTA AIR LINES INC 2308  ECONOMY  YA00A0XQ/AC318  CONFIRMED
    LV: SEATTLE TACOMA    AT: 1300
    AR: MINNEAPOLIS ST PL  AT: 1815  ARRIVE: TERMINAL 1 - LINDBERGH
    BAGS: NIL      VALID: UNTIL 03MAY
03MAY DELTA AIR LINES INC 2429  ECONOMY  YA00A0XQ/AC318  CONFIRMED
    LV: MINNEAPOLIS ST PL  AT: 1927  DEPART: TERMINAL 1 - LINDBERGH
    AR: MADISON      AT: 2025
    BAGS: NIL      VALID: UNTIL 03MAY
08MAY DELTA AIR LINES INC 1742  ECONOMY  YA00A0XQ/AC318  CONFIRMED
    LV: MADISON      AT: 0925
    AR: MINNEAPOLIS ST PL  AT: 1033  ARRIVE: TERMINAL 1 - LINDBERGH
    BAGS: NIL      VALID: UNTIL 03MAY
08MAY DELTA AIR LINES INC 589  ECONOMY  YA00A0XQ/AC318  CONFIRMED
    LV: MINNEAPOLIS ST PL  AT: 1115  DEPART: TERMINAL 1 - LINDBERGH
    AR: SEATTLE TACOMA    AT: 1245
    BAGS: NIL      VALID: UNTIL 03MAY
08MAY DELTA AIR LINES INC 9181  ECONOMY  YA00A0XQ/AC318  CONFIRMED
    LV: SEATTLE TACOMA    AT: 1425
    AR: VICTORIA      BC AT: 1508
      OPERATED BY: **
    BAGS: NIL  VALID: UNTIL 03MAY
FORM OF PAYMENT: MASTERCARD
FARE: CAD2448.98
TAX: CAD229.69

TOTAL: CAD2678.67

TAXES/FEES/CARRIER IMPOSED CHARGES:
    12.10CA    123.55XG    10.00SQ    43.36US    6.74YC
    8.58XY    6.13XA    13.72AY    5.51XF

03 MAY 15 - SUNDAY
    AIR  DELTA AIR LINES INC  FLT:9148  ECONOMY
      OPERATED BY HORIZON AIR DBA ALASKA AIRLINES
      LV VICTORIA    BC    1100    EQP: DH4
                39MIN
      AR SEATTLE TACOMA      1139    NON-STOP
                REF: HU3LLM
      PATRICK/GUY MR  SEAT-2B

    AIR  DELTA AIR LINES INC  FLT:2308  ECONOMY  FOOD FOR PURCHASE
      LV SEATTLE TACOMA      1300    EQP: BOEING 757-300
                03HR 15MIN

GOLDER ASSOCIATES LTD / BURNABY

| | | | | |
|---|---|---|---|---|
| | PROJECT/PHASE/TASK | | | AMOUNT |
| 5500 | 1419413 - 0002 | 1412 | 2600.12 |
| | GST/HST | | 125.80 |
| | QST | | |
| VENDOR | WN 221 | TOTAL | 2725.92 |

```
            AR MINNEAPOLIS ST PL        1815        NON-STOP
            ARRIVE  TERMINAL 1 - LINDBERGH          REF: HU3LLM
            PATRICK/GUY MR    SEAT-41C


    AIR   DELTA AIR LINES INC FLT:2429  ECONOMY
            LV MINNEAPOLIS ST PL        1927        EQP: MD-90
            DEPART: TERMINAL 1 - LINDBERGH          58MIN
            AR MADISON                  2025        NON-STOP
                              REF: HU3LLM
            PATRICK/GUY MR    SEAT-27C

08 MAY 15  -  FRIDAY
    AIR   DELTA AIR LINES INC FLT:1742  ECONOMY
            LV MADISON                  0925        EQP: AIRBUS A319
                              01HR 08MIN
            AR MINNEAPOLIS ST PL        1033        NON-STOP
            ARRIVE: TERMINAL 1 - LINDBERGH          REF: HU3LLM
            PATRICK/GUY MR    SEAT-7A


    AIR   DELTA AIR LINES INC FLT:589  ECONOMY     FOOD FOR PURCHASE
            LV MINNEAPOLIS ST PL        1115        EQP: BOEING 757
            DEPART: TERMINAL 1 - LINDBERGH          03HR 30MIN
            AR SEATTLE TACOMA           1245        NON-STOP
            PATRICK/GUY MR  SEAT-26F                REF: HU3LLM

08 MAY 15  -  FRIDAY
    AIR   DELTA AIR LINES INC FLT:9181  ECONOMY
            OPERATED BY HORIZON AIR DBA ALASKA AIRLINES
            LV SEATTLE TACOMA           1425        EQP: DH4
                              43MIN
            AR VICTORIA     BC          1508        NON-STOP
                              REF: HU3LLM
            PATRICK/GUY MR    SEAT-2B


            RESERVATIONS AND TICKETING PROCESSING FEE
            PROCESSING FEE
                    BILLED TO CAXXXXXXXXXXXX6899        45.00*
                    2.25 G.S.T./H.S.T.          2.25*


    AIR  TICKETS  DL9237330865/66   PATRICK GUY MR
    ELEC TKT            BILLED TO CAXXXXXXXXXXXXX6899    2,555.12*
                    123.55 G.S.T./H.S.T.        123.55*
                              ---------------
                    SUB TOTAL               2,600.12
                    TOTAL G.S.T./H.S.T.       125.80
                    NET CC BILLING           2,725.92*
                              ---------------
                    TOTAL AMOUNT DUE          0.00

    ***AIRFARE ON DELTA FOR...
    ***VICTORIA-MADISON-VICTORIA...
    ***IS 2678.67 CAD TAXES INCLUDED***
    ***REFUNDABLE**********
    ***NORTH SOUTH FEE IS 47.25 TAXES INCLUDED**
```