PIC Inc
614 North Broadway
3rd Floor
Milwaukee, Wisconsin 53202
Ph. 414 221-5996



# Invoice

| DATE | INVOICE # |
|---|---|
| 4/5/2013 | 4536 |

Fed ID# 39-1670509

| BILL TO |
|---|
| Stafford Rosenbaum LLP<br>222 West Washington Avenue, Suite 900<br>P.O. Box 1784<br>Madison, Wisconsin 53701-1784<br>Attn: Marney Hoefer |

| SHIP TO |
|---|
| |

| P.O. NUMBER | TERMS | REP | SHIP | VIA | PROJECT | JOB NUMBER |
|---|---|---|---|---|---|---|
| | Due on receipt | | 4/5/2013 | | Ashland NSP S_F_S | |

| QUANTITY | ITEM CODE | DESCRIPTION | PRICE EACH | AMOUNT |
|---|---|---|---|---|
| 253,438 | 1006 | Paper document production<br>Imaging @ .10 per page | 0.10 | 25,343.80T |
| 7,361 | 1005 | Imaging FLATBED | 0.20 | 1,472.20T |
| 260,799 | 3003 | OCR Conversion<br>This process provides searchability for good quality non-handwritten pages | 0.05 | 13,039.95T |
| 5,089 | 1003 | Scanning Oversized Drawings (Exceeding 11X17) Charged at .25/sq ft. There were 1061 oversized scans | 0.25 | 1,272.25T |
| 742 | 7001 | Mileage @.58/mile MKE to Ashland - one trip to pick up initial group of scanning | 0.58 | 430.36T |
| | | Sales Tax | 5.50% | 2,285.72 |

Thank you!

**Total** $43,844.28

Items unpaid more than 45 days from invoice date will be assessed 2% charge per month

PIC Inc  
614 North Broadway  
3rd Floor  
Milwaukee, Wisconsin 53202  
Ph. 414 221-5996



# PROGRESSIVE IMAGING & CONSULTING

# Invoice

| DATE | INVOICE # |
|---|---|
| 6/19/2013 | 4571 |

Fed ID# 39-1670509

| BILL TO |
|---|
| Stafford Rosenbaum LLP<br>222 West Washington Avenue, Suite 900<br>P.O. Box 1784<br>Madison, Wisconsin 53701-1784<br>Attn: Marney Hoefer |

| SHIP TO |
|---|
|  |

| P.O. NUMBER | TERMS | REP | SHIP | VIA | PROJECT | JOB NUMBER |
|---|---|---|---|---|---|---|
| Ashland Superfund | Due on receipt | WG | 6/19/2013 | PIC | Ashland NSP S_F_S | 5/30/2013 scan |

| QUANTITY | ITEM CODE | DESCRIPTION | PRICE EACH | AMOUNT |
|---|---|---|---|---|
| 17,445 | 1001 | Imaging @ .10 | 0.10 | 1,744.50T |
| 17,610 | 3003 | OCR Conversion | 0.05 | 880.50T |
| 518 | 1003 | Scanning Oversized Drawings (Exceeding 11X17) Charged at .25/sq ft. There were 165 oversized scans | 0.25 | 129.50T |
|  |  | Sales Tax | 5.50% | 151.50 |

All work is complete!

**Total** $2,906.00

Items unpaid more than 45 days from invoice date will be assessed 2% charge per month