

increase your reach

us470@alphagraphics.com    www.madison470.alphagraphics.com
221 King Street, Madison, Wisconsin 53703
Ph. 608.294.8000  Legal Ph. 608.442.1414  Fax. 608.294 8380

# Invoice

follow us on:

 



Paul Strommen
Stafford Rosenbaum, LLP
222 West Washington Ave.
Suite 900
Madison WI 53703

No. **91933**
Date 5/16/2015
P.O.

| Quantity | Description of Services | Price |
|---|---|---|
| 62,238 | Ref: NSPW v. City of Ashland Trial (Trial Services Completed 4/24 - 5/6, see attached spreadsheet for individual job breakdown), 62,238 copies @ $.15, 8.5 x 11 White 20# Report Xerographic Bond  (FSC Certified FSC Mixed Recycled 50.0%) | 9,335.70 |
| 14,504 | 14,504 color copies @ $.75, 8.5 x 11 White 28# Hammermill Color Copy Text Smooth | 10,878.00 |
| 2,617 | 2,617 color copies @ $.35 (black only), 8.5 x 11 White 28# Hammermill Color Copy Text Smooth | 915.95 |
| 6 | 6 40x60 color prints, 36 x 48  White 24# Premium Bond 36" roll Smooth | 1,755.00 |
| |    3:00    Full Service Design (create demonstratives per customer instruction, perform edits per instruction) | |
| |    6    Mounting - Foam Core | |
| 220 | 220 blank 1/5th cut tabs @ $.25 | 55.00 |
| 2,960 | 2,960 custom tabs @ $1.00 | 2,960.00 |
| 38 | 38 1" D-ring binders @ $12.00 | 456.00 |
| 3 | 3 1.5" D-ring binders @ $13.00 | 39.00 |
| 6 | 6 2" D-ring binders @ $14.00 | 84.00 |
| 97 | 97 3" D-ring binders @ $16.00 | 1,552.00 |
| 1 | 1 32GB flashdrive @ $50.00 | 50.00 |
| 2:00 | 2 hrs. of digital service @ $75.00/hr. (Convert CI exhibits to PDF and endorse per customer instruction) | 150.00 |
| 1,123 | Scan 1,123 B&W pages @ $.15 (Karls' Excerpts) | 168.45 |
| 126 | Scan 126 color pages @ $.75 | 94.50 |
| 1,249 | Endorse 1,249 images @ $.02 (CI 5389-0001 - CI 5389-1249) | 24.98 |

SPECIAL INSTRUCTIONS  Only items marked as such on this document are FSC certified
Sales Rep: JRB

Payment is due as noted on this Invoice. Acceptance of goods or services provided states materials meet customer expectations and specifications. If collection services are required, any additional fees required to collect this will be added to this invoice.



SCS-COC-001503

| | |
|---|---|
| Sub Total: | 28,518.58 |
| Tax: | 1,568.53 |
| Shipping: | |
| Total: | 30,087.11 |
| Deposit | |
| Amount Due: | 30,087.11 |

| Date | Description | 8.5 x 11 BW | 8.5 x 11 CR | BW/CR | Tabs Alpha | Tabs Numeric | Tabs Custom | Binders 1" | Binders 1.5" | Binders 2" | Binders 3" | Miscellaneous |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2015-04-24 | LM Myers Trial Exhibits x1 | 1935 | 351 | 0 | 0 | 0 | 63 | 0 | 0 | 0 | 2 | 1 - 32 GB flashdrive |
| | City of Ashland Trial Exhibits x5 | 19820 | 4175 | 1805 | 0 | 0 | 745 | 0 | 0 | 0 | 33 | |
| 2015-04-25 | Ashland County Trial Exhibits x1 (from WHD) | 1391 | 2987 | 0 | 0 | 0 | 225 | 0 | 0 | 0 | 7 | |
| 2015-04-26 | Selected STIP Exhibits x1 | 9285 | 491 | 0 | 0 | 0 | 148 | 0 | 0 | 0 | 7 | |
| | Selected PX Exhibits x1 | 1668 | 225 | 0 | 0 | 0 | 197 | 0 | 0 | 0 | 2 | |
| 2015-04-27 | CI-5531 Conversion to PDF & Endorsement | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 30 minutes digital service |
| | CI-5536 Conversion to PDF & Endorsement | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 30 minutes digital service |
| 2015-04-28 | Revised CI-5531 Conversion to PDF & Endorsement | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 30 minutes digital service |
| | Expert Reports x1 | 963 | 1002 | 0 | 0 | 0 | 0 | 7 | 0 | 1 | 2 | |
| 2015-04-29 | CI-5541 Conversion to PDF & Endorsement | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 30 minutes digital service |
| 2015-04-30 | Greenwald Witness Binders x5 | 250 | 90 | 0 | 0 | 0 | 55 | 5 | 0 | 0 | 0 | |
| | Helsel Witness Binders x5 | 45 | 130 | 0 | 0 | 0 | 20 | 5 | 0 | 0 | 0 | |
| 2015-05-03 | Supplies | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 5 | 0 | 200 blank tabs |
| | Exhibit Boards | 0 | 30 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 6 - 40x60 color boards |
| 2015-05-04 | Karls Powerpoint x5 | 0 | 690 | 0 | 0 | 0 | 0 | 5 | 0 | 0 | 0 | |
| 2015-05-06 | Expert Excerpts x4 | 0 | 152 | 0 | 0 | 0 | 36 | 8 | 0 | 0 | 0 | |
| | Patrick Witness Binder x4 | 0 | 92 | 0 | 0 | 0 | 36 | 4 | 0 | 0 | 0 | |
| | Wengert Witness Binder x4 | 0 | 60 | 0 | 0 | 0 | 0 | 4 | 0 | 0 | 0 | |
| | Winslow & Shields Witness Binder x1 | 226 | 173 | 0 | 0 | 0 | 19 | 0 | 1 | 0 | 1 | |
| | | | | | | | | | | | | Scans: 1123 BW, 126 CR; 1249 |
| | Additional Trial Exhibits x4 | 26660 | 3856 | 812 | 0 | 0 | 1416 | 0 | 0 | 0 | 0 | 43 endorsements |
| | Supplies | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 2 | 0 | 0 | 20 blank tabs |
| TOTALS | | 62243 | 14504 | 2617 | 0 | 0 | 2960 | 38 | 3 | 6 | 97 | |