| PIC Inc | | |
|---|---|---|
| PIC Inc<br>250 East Wisconsin Avenue<br>18th Floor<br>Milwaukee, Wisconsin 53202<br>Ph. 414 221-5996 | PIC Inc<br>dba<br> PROGRESSIVE IMAGING & CONSULTING<br>Fed ID# 39-1670509   PIC Inc. | **Invoice**<br><br>DATE: 5/11/2015<br>INVOICE #: 4909 |

| BILL TO | SHIP TO |
|---|---|
| Stafford Rosenbaum LLP<br>222 West Washington Avenue, Suite 900<br>P.O. Box 1784<br>Madison, Wisconsin 53701-1784<br>Attn: Ted Waskowski | |

| P.O. NUMBER | TERMS | REP | SHIP | VIA | PROJECT | JOB NUMBER |
|---|---|---|---|---|---|---|
| | Due on receipt | | 5/11/2015 | | Ashland NSP Trial | |

| QUANTITY | ITEM CODE | DESCRIPTION | PRICE EACH | AMOUNT |
|---|---|---|---|---|
| 23.8 | 401 | Trial began in the last week of April, 2015 in Fed Court - Western Dist of Wisconsin, and ran for 2 full weeks, with 2 days removed due to illness and the judge's schedule. I was involved with trial prep in the form of exhibit naming (manually) the week before as well as equipment setup.<br><br>Trial Prep - Including planning meetings, evidence naming and renaming (manually), courtroom setup, up to and including all | 175.00 | 4,165.00 |
| 88 | 401 | Trial Support per Hour - Estimated 50 hours/week for 3 weeks; actual time was 2 weeks with more time spent before trial began | 175.00 | 15,400.00 |
| 4 | 315 | Rental - LCD Panel 17" per Wk (2 for 2 weeks) | 80.00 | 320.00 |
| 2 | 313 | 1X4 Splitter per Wk | 65.00 | 130.00 |
| 4 | 309 | AB Switch/wk (2 for 2 weeks) | 60.00 | 240.00 |
| 4 | 308a | Presentation Computer $300/week (2 for 2 weeks) | 300.00 | 1,200.00 |
| All work is complete! | | | **Total** | |

Items unpaid more than 45 days from invoice date will be assessed 2% charge per month

PIC Inc

PIC Inc  
dba


PROGRESSIVE IMAGING & CONSULTING

# Invoice

250 East Wisconsin Avenue  
18th Floor  
Milwaukee, Wisconsin 53202  
Ph. 414 221-5996

| DATE | INVOICE # |
|---|---|
| 5/11/2015 | 4909 |

Fed ID# 39-1670509   PIC Inc.

**BILL TO**

Stafford Rosenbaum LLP  
222 West Washington Avenue, Suite 900  
P.O. Box 1784  
Madison, Wisconsin 53701-1784  
Attn: Ted Waskowski

**SHIP TO**

| P.O. NUMBER | TERMS | REP | SHIP | VIA | PROJECT | JOB NUMBER |
|---|---|---|---|---|---|---|
|  | Due on receipt |  | 5/11/2015 |  | Ashland NSP Trial |  |

| QUANTITY | ITEM CODE | DESCRIPTION | PRICE EACH | AMOUNT |
|---|---|---|---|---|
| 2 | 301 | Projector/stand @ $710/wk | 710.00 | 1,420.00 |
|  |  | All per diem and mileage costs paid by client |  |  |
| 1 | 707 | Hotel (all meals provided in war room) 7 nights | 1,519.91 | 1,519.91 |
| 960 | 701 | PIC Mileage (6 trips X 160/rd trip) | 0.56 | 537.60 |

All work is complete!

**Total** $24,932.51

Items unpaid more than 45 days from invoice date will be assessed 2% charge per month