

**Xerlith** Printing & Copying

Xer-lith Printing and Copying LLC
131 West Wilson Street, Suite P300
Madison, WI 53703
**Phone 608-257-8900**

# Invoice

| Date | Invoice # |
|------|-----------|
| 3/21/2013 | 15729 |

**Bill To**

Stafford Rosenbaum
222 W. Washington
9th Floor
Madison, WI 53703



Thank You
WE APPRECIATE YOUR BUSINESS

| P.O. No. | Terms | Rep | Ordered by |
|----------|-------|-----|------------|
| Ashland | Net 15 | Kevin | Marjorie Irving |

| Qty | Description | Rate | Amount |
|-----|-------------|------|--------|
| 233 | b/w copies, 8.5" x 11" | 0.11 | 25.63T |
| 12 | b/w copies, 11" x 17" | 0.35 | 4.20T |
| 12 | oversize copies (square feet) | 1.00 | 12.00T |
|  | Sales Tax | 5.50% | 2.30 |

*Please pay*
*022243-1*
*#21*
*Marjorie Irving*

| | **Total** | $44.13 |
|--|-----------|--------|

A Service Charge of 1½% Per Month will be added to all Past Due Invoices.

**www.xerlithprinting.com**          **Please return a copy with your payment.**



# Xerlith
## Printing & Copying

Xer-lith Printing and Copying LLC
131 West Wilson Street, Suite P300
Madison, WI 53703
**Phone 608-257-8900**

# Invoice

| Date | Invoice # |
|------|-----------|
| 4/1/2013 | 15752 |



**Bill To**

Stafford Rosenbaum
222 W. Washington
9th Floor
Madison, WI 53703

| P.O. No. | Terms | Rep | Ordered by |
|----------|-------|-----|------------|
| ~~02243-1~~ | Net 15 | Kevin | Marjorie Irving |

| Qty | Description | Rate | Amount |
|-----|-------------|------|--------|
| 4 | Oversize scanning, 24" x 36" | 3.00 | 12.00T |
| | Sales Tax | 5.50% | 0.66 |

*022243 -1*

*okay to pay*

*# 21*

*Marjorie Irving*

| | **Total** | **$12.66** |
|---|-----------|------------|

Stafford Rosenbaum LLP

222 W WASHINGTON AVE STE 900
MADISON WI 53701-1784

| | |
|---|---|
| Invoice No: | 290752 |
| Invoice Date: | 03/20/2013 |
| Sale/Event Date: | 03/20/2013 |
| Amount Due: | $    250.00 |

| | |
|---|---|
| Customer No: | 1498252 |
| Due Date: | 04/20/2013 |

## REMITTANCE: Please Return this portion with your check in US dollars to DNR. Alternatively, payment may be made by E-Check to http://dnr.wi.gov/epay/

WI DNR
PO BOX 78816
MILWAUKEE WI 53278-0816

*Make check payable to:* Department of Natural Resources

**Amount Enclosed:**

---

# Invoice
## State of Wisconsin
## Department of Natural Resources

*Keep this portion for your records*

Bill to:

Stafford Rosenbaum LLP
222 W WASHINGTON AVE STE 900
PO BOX 1784
MADISON WI 53701-1784
Attn: Marney Hoefer

Remit to:

WI DNR
PO BOX 78816
MILWAUKEE WI 53278-0816

DNR Contact: DAVID HANSON at (414) 263-8680,
David.Hanson@Wisconsin.gov

| | |
|---|---|
| Invoice No: | **290752** |
| Invoice Date: | 03/20/2013 |
| Due Date: | 04/20/2013 |
| Amount Due: | $    250.00 |
| Reference: | |
| | City of Ashland |

| | |
|---|---|
| Customer No: | 1498252 |
| Sale/Event Date: | 03/20/2013 |

| Item | Details | Quantity | Price | Units | Cost |
|---|---|---|---|---|---|
| Open Records Pre-Billing/Estimate-USE FOR PRE-BILLING ONLY | 10 hour locating fee at $25.00/hour | | | | $    250.00 |

*Okay to pay*
*Margie*

022243-1
# 21

RECEIVED
MAR 2 2 2013
BY:

*Page 1    of 1*



# Invoice

| Date | Invoice # |
|------|-----------|
| 6/5/2013 | 16062 |

Xer-lith Printing and Copying LLC
131 West Wilson Street, Suite P300
Madison, WI 53703
**Phone 608-257-8900**

| Bill To |
|---------|
| Stafford Rosenbaum
222 W. Washington
9th Floor
Madison, WI 53703 |



| P.O. No. | Terms | Rep | Ordered by |
|----------|-------|-----|------------|
| Ashland 022243-1 | Net 15 | Kevin | Marjorie |

| Qty | Description | Rate | Amount |
|-----|-------------|------|--------|
| 2 | Oversize scans | 3.00 | 6.00T |
|   | Sales Tax | 5.50% | 0.33 |

*(handwritten: Please pay #21 - Photocopies MH1 22243-1)*

| | Total | $6.33 |

A Service Charge of 1½% Per Month will be added to all Past Due Invoices.

www.xerlithprinting.com          **Please return a copy with your payment.**

**Stafford**Rosenbaum LLP
Attorneys

222 West Washington Ave., Suite 900
P.O. Box 1784
Madison, Wisconsin 53701-1784

12-5/750
M&I Marshall & Ilsley Bank
Milwaukee, Wisconsin

113173

VOID AFTER 90 DAYS

06/26/2013

AY
TO THE
ORDER OF

Ashland Historical Society Museum

$  130.10

ONE HUNDRED THIRTY AND 10/100 DOLLARS

DOLLARS

Ashland Historical Society Museum
509 West Main Street
Ashland, WI 54806

MEMO

AUTHORIZED SIGNATURE

⑈113173⑈ ⑆075000051⑆ 00001⑈82617⑈

---

**Stafford**Rosenbaum LLP

113173

| 10153 | | Ashland Historical Society Museum | | | Check Date: 06/26/2013 | Check Number: 113173 | |
|---|---|---|---|---|---|---|---|
| Date | INV # | Matter | | | Description | | Amount |
| 06/12/13 | 0612 | 022243 | 000001 | Ashland / Northern States Power | | | 130.10 |

Check Amount: $130.10

---

**Stafford**Rosenbaum LLP
Attorneys

113173

| 10153 | | Ashland Historical Society Museum | | | Check Date: 06/26/2013 | Check Number: 113173 | |
|---|---|---|---|---|---|---|---|
| Date | INV # | Matter | | Atty | EXP Description | GL Acct | Amount |
| 06/12/13 | 0612 | 000001 | Ashland / Northern States Powe | TW | CA21 | 01122011 | 130.10 |

Check Amount: $130.10

**TO:**

Ted Waskowski
Stafford Rosenbaum LLP
222 West Washington Ave
P.O. Box 1784
Madison, WI 53701
Phone: 608-259-2613
Email: twaskowski@staffordlaw.com

**Ashland Historical Society Museum**
509 West Main Street
Ashland, WI 54806
Phone: 715-682-4911
www.ashlandwihistory.com



RECEIVED
JUN 1 7 2013
BY:_____

| Date | Quantity | Description | Unit Price | Total |
|---|---|---|---|---|
| 5/29/13 | 8 | Copies on research regarding Ashland, WI logging | $0.25 | $2.00 |
| 6/10/13 | 3 | Research fee for 3 hours of staff time spent copying | $10.00 | $30.00 |
| 6/12/13 | 366 | Copies regarding research, images, notes and newspaper articles on logging and the Chequamegon Bay lake front in Ashland, WI | $0.25 | $91.50 |
| 6/13/13 |  | Postage for mailing copies and research mentioned above |  | $6.60 |
|  |  |  | **Grand Total** | $ 130.10 |



## White Birch Printing, Inc.
501 W. Beaver Brook Ave.
Spooner, WI 54801

# *Invoice*

| | |
|---|---|
| Invoice #: | 00685863 |
| Date: | 6/25/13 |
| Ship Via: | |
| Page: | 1 |

**Stafford Rosenbaum**
222 West Washington Ave., Suite 900
Madison, WI 53703

| Description | Amount | Tx |
|---|---|---|
| Scanning time for Annual Report to Railrtoad Commission | $45.00 | X |
| Burn CD of scans | $5.00 | X |
| shipping & handling | $5.00 | X |

*To be paid
#21
022543-1 — Ashland/NSP
MAI*

| | |
|---|---|
| Freight: | $0.00 |
| Sales Tax: | $3.03 |
| Total Amount: | $58.03 |
| Amount Applied: | $0.00 |
| Balance Due: | ***$58.03*** |

Your Order #:

Shipping Date:

**TO:**
Ted Waskowski
Stafford Rosenbaum LLP
222 West Washington Ave
P.O. Box 1784
Madison, WI 53701
Phone: 608-259-2613
Email: twaskowski@staffordlaw.com

**Ashland Historical Society Museum**
509 West Main Street
Ashland, WI 54806
Phone: 715-682-4911
www.ashlandwihistory.com

| Date | Quantity | Description | Unit Price | Total |
|------|----------|-------------|------------|-------|
| 7/15/13 | | High Resolution tif digital image of the John Schroeder Lumber Company Panorama c. 1910 | | $40.00 |
| | | | | |
| | | | Grand Total | $ 40.00 |

√ Please pay. KRP
22243-1
₤21
(Ashland/NSP)

10107

# Invoice

| | | | |
|---|---|---|---|
| Attention: | Ted Waskowski | Project Title: | |
| Title: | | Project Description: | Archive Ashland Photos |
| Customer | Stafford Law Office | P.O. Number: | |
| Address: | | Invoice Number: | 90113 |
| City, State Zip Code: | | Telephone number | |
| Date | 9/1/2013 | | |

| Description | Quantity | Unit Price | Cost |
|---|---|---|---|
| Digital Photos | 8 | $25.00 | $200.00 |
| Find and compile photos | 2 | $65.00 | $130.00 |
| | | tax  .055 | $18.15 |
| | | Balance | $348.15 |

Sincerely yours

Edward Monroe

Monroe Photography

614 Tenth Avenue West
Ashland, WI 54806

✓ please pay
22243-1
Ashland / NSP

#48 - Archive
Photos -
search +
compile

Wisconsin Historical Society (WHS)
Agreement for on Use of Camera for Research Use Copies* (11-8-13)

Upon agreeing to the following conditions, terms, and record keeping a researcher may use his/her personal still camera to make copies of Archives resources for his/her personal study and research.

Conditions:
1. I have completed the Archives Patron Rules and Registration form and understand that the "Rules for using the Archives Research Room" apply to the photography I will undertake and the use of the copies I make by my photography.
2. I accept full responsibility for conforming to the la~ *Please* 2/24 ~f personally identifiable information, and copyright which may be relevant *email* I photograph.
3. The photographs I take are for my personal study a ~~~~ lace on the Web or share with any other researcher, library, or archive all or a sig *a copy for* /HS collection.
4. I will keep materials being photographed flat on a ~~~~ rovided.
5. I will not stand on chairs, tables, or other furnitur~ *his receipt* al lighting.
6. I will turn off the flash and sound on my camera ¿ ~~~~ al lighting.
7. I will not take any photographs within fifteen mir ~~~~ i day.
8. I understand that the Society Archives reserves t~ *—sj* ~~~~ on to photograph collection materials at its discretion.

Terms:
1. The charge is $.07 per photograph. The total charge for each billing will be $.07 multiplied by the number of photographs I take or $15.00, whichever is greater.
2. Payment will be by MasterCard or Visa credit card.
3. My credit card will be billed when my work in the Archives is completed, or 10 days from the date of this agreement, whichever comes first.

Record Keeping:
1. I will keep an accurate count of the number of photographs I take and enter the count daily on the tally sheet provided.
2. When I leave for the day, or no later than fifteen minutes before closing time each day, I will return the updated tally sheet to the staff member on duty.
3. If I fail to record the number of photographs taken I understand that the WHS may charge $50. to my credit card.

Name (please print) Joseph Diedrick     Date 2/24/14

Signature *Joseph Diedrick*

E-mail address diedrick @ staffordlaw.com

Mailing address 222 W Washington Ave fl 900

Madison WI 53703

*220 pages @ .07 = $15.40*

PAID w/ VISA
— Lee G.
2/27/2014



Xer-lith Printing and Copying LLC
131 West Wilson Street, Suite P300
Madison, WI 53703
**Phone 608-257-8900**

# Invoice

| Date | Invoice # |
|------|-----------|
| 3/13/2014 | 17225 |

| Bill To |
|---------|
| Stafford Rosenbaum<br>222 W. Washington<br>9th Floor<br>Madison, WI 53703 |



| P.O. No. | Terms | Rep | Ordered by |
|----------|-------|-----|------------|
| 022243-1 Ashland | Net 15 | Kevin | Marjorie |

| Qty | Description | Rate | Amount |
|-----|-------------|------|--------|
| 15 | Oversize scanning, 24" x 36" | 5.00 | 75.00T |
| | Sales Tax | 5.50% | 4.13 |

*okay to pay
MAM
2.2243-1
#21-Photocopies*

| | **Total** | $79.13 |
|--|-----------|--------|

A Service Charge of 1½% Per Month will be added to all Past Due Invoices.

**www.xerlithprinting.com**          **Please return a copy with your payment.**



**Invoice**

| Date | Invoice # |
|------|-----------|
| 4/15/2014 | 17352 |

Xer-lith Printing and Copying LLC
131 West Wilson Street, Suite P300
Madison, WI 53703
**Phone 608-257-8900**

**Bill To**

Stafford Rosenbaum
222 W. Washington
9th Floor
Madison, WI 53703



WE APPRECIATE YOUR BUSINESS

| P.O. No. | Terms | Rep | Ordered by |
|----------|-------|-----|------------|
| 022243-1 Ashland | Net 15 | Kevin | Marjorie |

| Qty | Description | Rate | Amount |
|-----|-------------|------|--------|
| 1 | Oversize scanning, 30" x 34"<br>Sales Tax | 6.25<br>5.50% | 6.25T<br>0.34 |

*Okay to pay MIH 4/15/14*
*022243-1*
*#21*

| | **Total** | $6.59 |
|--|-----------|-------|

**A Service Charge of 1½% Per Month will be added to all Past Due Invoices.**
**www.xerlithprinting.com**     **Please return a copy with your payment.**

Date **23 April 2014**

M. **At Wisconsin Historical Society**

Address _____

| Reg. No. | Clerk | Account Forward | | |
|---|---|---|---|---|
| 1 | Photocopies | | 20 | 40 |
| 2 | 204 @ 10¢ | | | |
| 3 | | | | |
| 4 | | | | |
| 5 | | | | |
| 6 | | | | |
| 7 | | | | |
| 8 | | | | |
| 9 | | | | |
| 10 | | | | |
| 11 | | | | |
| 12 | | | | |
| 13 | | | | |
| 14 | | | | |
| 15 | 419-49 | | 20 | 40 |

paid

Your Account Stated to Date — If Error Is Found Return at Once
STYLE 1200

**RECEIPT**

DATE 5-12-14     No. 544747

FROM WHSprint     $40.00

fourty dollars °⁰⁄₁₀₀     DOLLARS

○ FOR RENT
☑ FOR     copy card

| | ☑ CASH | |
| ACCT. | ○ MONEY ORDER | FROM WHS TO Joseph Diedrich |
| PAID | ○ CHECK | |
| DUE | ○ CREDIT CAR | |

1152

CMD-
JSD petty
at

# alphagraphics



BILLING ADDRESS:
221 King Street
Madison, Wisconsin 53703

Phone 608.294.8000
Fax 608.294.8380
Legal Services Phone 608.442.1414
us470@alphagraphics.com
www.madison470.alphagraphics.com

# invoice

| Sold To | | No. | **89011** |
|---|---|---|---|
| Karen Pence | | | |
| Stafford Rosenbaum, LLP | | Date | 11/21/2014 |
| 222 West Washington Ave. | | | |
| Suite 900 | | | |
| Madison WI  53703 | | P.O. | |
| Phone: 256-0226 | | | |
| Fax: 259-2600 | | | |

| QUANTITY | DESCRIPTION | AMOUNT |
|---|---|---|
| 8 | Ref#22243.1, 2 sets of 4 24x36 B&W prints , 24 x 36  White 24# Premium Bond 36" roll Smooth , digitally printed on 1 side | 45.60 |
| 2 | 2 sets of 1 24x36 red-line color print, 24 x 36  White 24# Premium Bond 36" roll Smooth , high resolution ink jet on 1 side | 23.40 |
| 0:05 | Full Service Design (size images to 24x36) | 7.00 |

*Ashland /NSP*
*22243 -1*
*#21 / E102*
*√ please pay.*
*-KRP*

| SPECIAL INSTRUCTIONS | | SUB | 76.00 |
|---|---|---|---|
| | | TAX | 4.18 |
| Sales Rep: JRB | | SHIPPING | |
| Taken by: James | | TOTAL | 80.18 |
| | | NET DUE | 80.18 |

## Please pay from this invoice - Net 30 Days

"I understand that the total of this invoice is due and payable upon acceptance and interest shall accrue on all past due accounts at the rate of 1 1/2 percent per month. In the event payment is not made and the account is referred to a collection agency or an attorney, I will pay the collection including attorney's fees and costs incurred."
Remit payments to: 221 King Street, Madison, Wisconsin 53703

RECEIPT FOR CASH SALES
CASH ☐ CHECK ☐  #_____  CREDIT CARD ☐

| AMOUNT RECEIVED | |
|---|---|
| CSR INITIALS | |

Signature_____  Print Name_____  Date_____
Job Received and Accepted By

# alphagraphics



## invoice

BILLING ADDRESS:
221 King Street
Madison, Wisconsin 53703

Phone.608.294.8000
Fax.608.294.8380
Legal Services Phone.608.442.1414
us470@alphagraphics.com
www.madison470.alphagraphics.com

| Sold To | | | |
|---|---|---|---|
| Karen Pence<br>Stafford Rosenbaum, LLP<br>222 West Washington Ave.<br>Suite 900<br>Madison WI 53703<br>Phone: 256-0226<br>Fax: 259-2600 | | No. | **90206** |
| | | Date | 2/4/2015 |
| | | P.O. | |

| QUANTITY | DESCRIPTION | AMOUNT |
|---|---|---|
| 1,920 | Ref#22243-1, 15 sets of 128 color copies @ $.75, 8.5 x 11 White 28# Hammermill Color<br>Copy Text Smooth , digitally printed on 1 side | 1,440.00 |
| 15 | 15 wire-o bound books @ $5.00 (up to 1") | 75.00 |

Ashland / NSP
22243-1
# E118 - Mediation materials.

FEB 16 2015

| SPECIAL INSTRUCTIONS | | SUB | 1,515.00 |
|---|---|---|---|
| Sales Rep: JRB<br>Taken by: James K | | TAX | 83.33 |
| | | SHIPPING | |
| | | TOTAL | 1,598.33 |
| | | NET DUE | 1,598.33 |

## Please pay from this invoice - Net 30 Days

"I understand that the total of this invoice is due and payable upon acceptance and interest shall accrue on all past due accounts at the rate of 1 1/2 percent per month  In the event payment is not made and the account is referred to a collection agency or an attorney, I will pay the collection including attorney's fees and costs incurred."
Remit payments to: 221 King Street, Madison, Wisconsin 53703

RECEIPT FOR CASH SALES
CASH ☐ CHECK  # _____  CREDIT CARD ☐

AMOUNT RECEIVED

CSR INITIALS

Signature_____  Print Name_____  Date_____

Job Received and Accepted By

MHS COPY CENTER
345 KELLOGG BLVD B
SAINT PAUL, MN, 55102-1

ERMINAL I.D.: 0010059000055115310001

ERCHANT #: 5511531B

ISA
#########2234 *
ALE
ECORD #: 2        INV:   080002
ATE: JAN 07, 15   TIME:  08:29
ATCH: 229
                  AUTH:  035425

IOTAL            $15.50

I AGREE TO PAY ABOVE TOTAL AMOUNT
ACCORDING TO CARD ISSUER AGREEMENT
(MERCHANT AGREEMENT IF CREDIT VOUCHER)

CUSTOMER COPY

*Bierma, Erika*

# MINNESOTA HISTORICAL SOCIETY LIBRARY
## Copy Request Form

, Articles, etc.)

_____

_____ Page numbers (if applicable): _____

manuscript or State Archives collections, etc.)
Sanborn maps  1867 - 1950

Location number: Ronald Hubbs Room _____ Box number (if applicable): _____

Folder/volume: January 1927   Sheets 3 / Reel 12  (778 1st St SW
                                          New Brighton, MN)

**INCOMPLETE REQUESTS WILL BE RETURNED**

PLEASE PRINT:

Requester name: Erika Bierma

Requester address: 222 W. Washington Ave, Suite 900

City: Madison   State: WI   Zip code: 53703   Phone: (608) 259-2610

MHS member number _____ Email: ebierma@staffordlaw.com

BASIC FEES:
    MN residents: $12, plus per-page photocopy charges (MNHS members subtract 10%)
    Non-MN residents: $15, plus per-page photocopy charges (MNHS members subtract 10%)
        The per-page fee for 8.5 x 11 inch copies is 20¢. Copying oversized and/or fragile materials may cost more.
        A single order can include copies from 1 published item or up to 3 boxes from the same collection.
        Orders for copies from more than 1 collection/item or from more than 3 boxes will be separated into multiple orders.

SPECIAL SERVICE FEES:
    Delivery: X  U.S. mail (cost included for up to 100 pages) or  X  E-mail (add 10¢ per page)
        Basic shipping for up to 100 pages is included in the Basic Fee; larger orders will incur additional shipping fees.

    Rush Service?: _____No  or  X Yes (add 5¢ per page; 500 page maximum)
        Regular orders are completed & sent within 30 business days. Rush orders are completed & sent within 5 business days.
        There is no standard rush shipping option. If rush delivery is required, adding both email delivery & rush service is advised.

PAYMENT:  X  Credit card $15.00  Maximum approved charge amount   Emailed for 15.50 approval
          _____ Check (underpayment will slow your order and any overpayment will be a donation)

Card number: 4807 1800 0106 0234   Exp. Date 11/16

Signature of cardholder: _____
By placing this order, the above-signed authorizes the MNHS Library staff to charge the above credit card a total amount not exceeding
the stated maximum approved charge amount. This will include the basic fee, plus the per-page photocopy fee for the total number of
pages required to complete the request, as well as any requested rush and/or additional delivery fees.

Notice Warning Concerning Copyright Restrictions

The copyright law of the United States (Title 17, United States Code) governs the
making of photocopies or other reproductions of copyrighted material. Under
certain conditions specified in the law, libraries and archives are authorized to
furnish a photocopy or other reproduction. One of these specified conditions is that
the photocopy or reproduction is not to be "used for any purpose other than private
study, scholarship, or research." If a user makes a request for, or later uses, a
photocopy or reproduction for purposes in excess of "fair use," that user may be
liable for copyright infringement.

MNHS Staff Use Only
Basic Request fee: 15.0
    Copying fee: 35
# of    Email fee: .10
pages:    Rush fee: .5
Additional Shipping
    Order total: 15.50

Minnesota Historical Society Library
345 Kellogg Blvd. West

# alphagraphics



## invoice

BILLING ADDRESS:    Phone.608.294.8000
221 King Street    Fax.608.294.8980
Madison, Wisconsin 53703    Legal Services Phone.608.442.1414
us470@alphagraphics.com
www.madison470.alphagraphics.com

**Sold To**

Paul Strommen
Stafford Rosenbaum, LLP
222 West Washington Ave.
Suite 900
Madison WI 53703
Phone: 256-0226
Fax: 259-2600

No. **90740**

Date 3/5/2015

P.O.

| QUANTITY | DESCRIPTION | AMOUNT |
|---|---|---|
| 272 | Ref#022243-001, 272 copies @ $.15, 8.5 x 11 White 20# Report Xerographic Bond (FSC Certified FSC Mixed Recycled 50.0%), copied on 1 side | 40.80 |
| 72 | 72 copies @ $.25, 11 x 17 White 20# Report Xerographic Bond Smooth (FSC Certified FSC Mixed Recycled 50.0%), copied on 1 side | 18.00 |
| 203 | 203 color copies @ $1.00, 8.5 x 11 White 28# Hammermill Color Copy Text Smooth , digitally printed on 1 side | 203.00 |
| 182 | 182 color copies @ $1.50, 11 x 17 White 28# Hammermill Color Copy Text Smooth , digitally printed on 1 side | 273.00 |

**SPECIAL INSTRUCTIONS**

Sales Rep: JRB
Taken by: James K

*Copying exhibits from Expert reports for trial exhibit disclosure.*

*Ok today*
*22243-001*
*PPS 3/6/15*

| | |
|---|---|
| SUB | 534.80 |
| TAX | 29.42 |
| SHIPPING | |
| TOTAL | 564.22 |
| NET DUE | 564.22 |

RECEIPT FOR CASH SALES
CASH ☐ CHECK # _____ CREDIT CARD ☐

AMOUNT RECEIVED

CSR INITIALS

**Please pay from this invoice - Not 30 Days**

"I understand that the total of this invoice is due and payable upon acceptance and interest shall accrue on all past due accounts at the rate of 1 1/2 percent per month. In the event payment is not made and the account is referred to a collection agency or to attorney, I will pay the collection including attorney's fees and costs incurred."
Remit payments to: 221 King Street, Madison, Wisconsin 53703

Signature _____  Print Name _____  Date _____

# alphagraphics



# invoice

BILLING ADDRESS:          Phone.608.294.8000
221 King Street           Fax.608.294.8380
Madison, Wisconsin 53703  Legal Services Phone.608.442.1414
us470@alphagraphics.com
www.madison470.alphagraphics.com

**Sold To**

Paul Strommen
Stafford Rosenbaum, LLP
222 West Washington Ave.
Suite 900
Madison WI 53703
Phone: 256-0226
Fax: 259-2600

**No.** **91216**

**Date** 3/31/2015

**P.O.**

| QUANTITY | DESCRIPTION | AMOUNT |
|---|---|---|
| 545 | Ref: Ashland, 545 color copies @ $.75, 8.5 x 11 White 28# Hammermill Color Copy Text Smooth , digitally printed on 1 side | 408.75 |
| 1,223 | 1,223 color copies @ $.25 (black only), 8.5 x 11 White 28# Hammermill Color Copy Text Smooth , digitally printed on 1 side | 305.75 |

*(handwritten: 010)*

*p/s pay 22293 -001 # E102*

SPECIAL INSTRUCTIONS

Sales Rep: JRB
Taken by: James K

*(handwritten: Copies of demonstrative exhibits & figures from expert reports.)*

| | |
|---|---|
| SUB | 714.50 |
| TAX | 39.30 |
| SHIPPING | |
| TOTAL | 753.80 |
| NET DUE | 753.80 |

### Please pay from this invoice - Net 30 Days

"I understand that the total of this invoice is due and payable upon acceptance and interest shall accrue on all past due accounts at the rate of 1 1/2 percent per month. In the event payment is not made and the account is referred to a collection agency or an attorney, I will pay the collection including attorney's fees and costs incurred."
Remit payments to: 221 King Street, Madison, Wisconsin 53703

RECEIPT FOR CASH SALES

CASH ☐ CHECK # _____ CREDIT CARD ☐

AMOUNT RECEIVED

CSR INITIALS

Signature_____ Print Name_____ Date_____

# alphagraphics



BILLING ADDRESS:
221 King Street
Madison, Wisconsin 53703
Phone: 608.294.8000
Fax: 608.294.8380
Legal Services Phone: 608.442.1414
us470@alphagraphics.com
www.madison470.alphagraphics.com

# invoice

| | |
|---|---|
| **Sold To** | Paul Strommen<br>Stafford Rosenbaum, LLP<br>222 West Washington Ave.<br>Suite 900<br>Madison WI 53703<br>Phone: 256-0226<br>Fax: 259-2600 |

| No. | **91155** |
|---|---|
| Date | 3/31/2015 |
| P.O. | |

| QUANTITY | DESCRIPTION | AMOUNT |
|---|---|---|
| 4,940 | Ref: NSP v. Ashland, 4,940 copies @ $.125, 8.5 x 11 White 20# Report Xerographic Bond (FSC Certified FSC Mixed Recycled 50.0%), copied on 1 side | 617.50 |
| 555 | 555 color copies @ $.75, 8.5 x 11 White 28# Hammermill Color Copy Text Smooth , digitally printed on 1 side | 416.25 |

OK

SPECIAL INSTRUCTIONS   *Deposition exhibits for trial Exhibits*

Sales Rep: JRB
Taken by: James K

*Ok to pay*
*PPS*
*22243-001  # E102*
*4/15/15*

| | |
|---|---|
| SUB | 1,033.75 |
| TAX | 56.86 |
| SHIPPING | |
| TOTAL | 1,090.61 |
| NET DUE | 1,090.61 |

## Please pay from this invoice - Net 30 Days

"I understand that the total of this invoice is due and payable upon acceptance and interest shall accrue on all past due accounts at the rate of 1 1/2 percent per month. In the event payment is not made and the account is referred to a collection agency or an attorney, I will pay the collection including attorney's fees and costs incurred."
Remit payments to: 221 King Street, Madison, Wisconsin 53703

RECEIPT FOR CASH SALES
CASH ☐ CHECK # _____ CREDIT CARD ☐

AMOUNT RECEIVED

CSR INITIALS

Signature_____  Print Name_____  Date_____

# alphagraphics®



# invoice

BILLING ADDRESS:
221 King Street
Madison, Wisconsin 53703

Phone 608.294.8000
Fax 608.294.8380
Legal Services Phone 608.442.1414
us4703@alphagraphics.com
www.madison470.alphagraphics.com

**Sold To:**
Andrew Skoug
Stafford Rosenbaum, LLP
222 West Washington Ave.
Suite 900
Madison WI 53703
Phone: 256-0226
Fax: 256-2600

**No.** **92277**

**Date** 5/29/2015

**P.O.**

| QUANTITY | DESCRIPTION | AMOUNT |
|---|---|---|
| 14,207 | Ref: NSPW v. City of Ashland Trial, 14,207 copies @ $.15, 8.5 x 11 White 20# Report Xerographic Bond (FSC Certified FSC Mixed Recycled 50.0%), copied on 1 side | 2,131.05 |
| 225 | 225 color copies @ $.75, 8.5 x 11 White 28# Hammermill Color Copy Text Smooth , digitally printed on 1 side | 168.75 |
| 84 | 84 color copies @ $.35 (black only), 8.5 x 11 White 28# Hammermill Color Copy Text Smooth , digitally printed on 1 side | 29.40 |
| 267 | 267 custom tabs @ $1.00 | 267.00 |
| 15 | 15 3" round ring binders @ $16.00 | 240.00 |

*3 sets of stipulated trial exhibits*
*22243 - 1*

*Ashland/NSP*
*22243-1*
*#21 - final exhibit binders*

*OK*

SPECIAL INSTRUCTIONS

Sales Rep: JRB
Taken by: James K

| | |
|---|---|
| SUB | 2,836.20 |
| TAX | 156.00 |
| SHIPPING | |
| TOTAL | 2,992.20 |
| NET DUE | 2,992.20 |

### Please pay from this invoice - Net 30 Days

"I understand that the total of this invoice is due and payable upon acceptance and interest shall accrue on all past due accounts at the rate of 1 1/2 percent per month. In the event payment is not made and the account is referred to a collection agency or an attorney, I will pay the collection including attorney's fees and costs incurred."
**Remit payments to: 221 King Street, Madison, Wisconsin 53703**

RECEIPT FOR CASH SALES
CASH ☐ CHECK ☐ #_____ CREDIT CARD ☐

AMOUNT RECEIVED

CSR INITIALS

Signature_____ Print Name_____ Date_____
Job Received and Accepted By