# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF WISCONSIN

| | |
|---|---|
| NORTHERN STATES POWER COMPANY, a Wisconsin corporation,<br><br>    Plaintiff,<br><br>v.<br><br>THE CITY OF ASHLAND, WISCONSIN; and ASHLAND COUNTY, WISCONSIN,<br><br>    Defendants. | Case No. 12-cv-602 |

## NOTICE OF APPEAL

Notice is hereby given that Northern States Power Company, a Wisconsin Corporation, plaintiff in the above named case, hereby appeals to the United States Court of Appeals for the Seventh Circuit from the final judgment entered by the District Court for the Western District of Wisconsin on September 15, 2015.

Dated: October 14, 2015

Respectfully submitted,

One of the Attorneys for Plaintiff

/s/  Mary Rose Alexander
Mary Rose Alexander
Arthur Foerster
LATHAM & WATKINS LLP
330 North Wabash Avenue, Ste. 2800
Chicago, Illinois 60611
Telephone: (312) 876-7700

Albert Bianchi, Jr.
MICHAEL BEST & FRIEDRICH LLP
One South Pinckney Street, Suite 700
Madison, Wisconsin 53703
Telephone: (608) 257-3501
*Attorneys for Plaintiff Northern States Power Company, a Wisconsin corporation*

## **CERTIFICATE OF SERVICE**

       I hereby certify that on October 14, 2015, I electronically filed Plaintiff Northern States Power Company's Notice of Appeal with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following:

Ted Waskowski (twaskowski@staffordlaw.com)
Richard C. Yde (ryde@staffordlaw.com)
Barbara A. Neider (bneider@staffordlaw.com)
Margaret I. Hoefer (mhoefer@staffordlaw.com)
Strafford Rosenbaum LLP
222 West Washington Avenue, Suite 900
P.O. Box 1784
Madison, Wisconsin 53701

Richard J. Lewandowski
Whyte Hirschboeck Dudek
33 East Main Street, Suite 300
Madison, WI 53703

James G. Bullard (jim.bullard@stinsonleonard.com)
Gregory A. Fontaine (greg.fontaine@stinsonleonard.com)
David G. Parry (david.parry@stinsonleonard.com)
Andrew W. Davis (andrew.davis@stinsonleonard.com)
Stinson Leonard Street LLP
150 South Fifth Street, Suite 2300
Minneapolis, MN 55402

Robert M. Baratta, Jr. (bbaratta@freebornpeters.com)
Freeborn & Peters LLP
311 South Wacker Drive, Suite 3000
Chicago, IL 60606

Christopher G. Hanewicz (chanewicz@perkinscoie.com)
Mark W. Schneider (mwschneider@perkinscoie.com)
Teresa G. Jacobs (tjacbos@perkinscoie.com)
Perkins Coie
1120 N.W. Couch Street, Tenth Floor
Portland, Oregon 97209

                              By: /s/ Margrethe K. Kearney
                                    Margrethe K. Kearney