IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

---

NORTHERN STATES POWER COMPANY,

    Plaintiff,

v.                                                                        Case No. 12-cv-602

THE CITY OF ASHLAND, WISCONSIN,
et al.,

    Defendants.

---

### NOTICE OF CROSS-APPEAL

---

Notice is hereby given that the City of Ashland, Wisconsin, a defendant in the above-named case, hereby cross-appeals to the United States Court of Appeals for the Seventh Circuit from the final judgment entered by the District Court for the Western District of Wisconsin on September 15, 2015.

Dated: October 28, 2015.

                                              Respectfully submitted,

                                              By: s/ Ted Waskowski
                                              Ted Waskowski
                                              Richard C. Yde
                                              Barbara A. Neider
                                              Meg Vergeront

                                              STAFFORD ROSENBAUM LLP
                                              222 West Washington Avenue, Suite 900
                                              P.O. Box 1784
                                              Madison, Wisconsin 53701-1784
                                              Email: twaskowski@staffordlaw.com
                                                           ryde@staffordlaw.com
                                                           bneider@staffordlaw.com
                                                           mvergeront@staffordlaw.com
                                              608.256.0226

                                              Attorneys for Defendant
                                              The City of Ashland, Wisconsin

## CERTIFICATE OF SERVICE

      I hereby certify that on October 28, 2015, I electronically filed the foregoing City of Ashland, Wisconsin's Notice of Cross-Appeal with the Clerk of the Court using the CM/ECF system, which provides service to all counsel of record via electronic mail.

      By:  s/ Ted Waskowski
      Attorneys for Defendant-Cross-Appellant
      City of Ashland, Wisconsin

      Ted Waskowski
      STAFFORD ROSENBAUM LLP
      222 West Washington Avenue, Suite 900
      P.O. Box 1784
      Madison, Wisconsin 53701-1784
      twaskowski@staffordlaw.com
      608.256.0226